```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICHARD ROSARIO,                                            :
                                          Plaintiff,        :
                                                            :              18 Civ. 4023 (LGS)
                    -against-                               :
                                                            :                    ORDER
CITY OF NEW YORK, et al.,                                   :
                                          Defendants.       :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Second Amended Civil Case Management Plan ("CMP") at Dkt. No. 92 requires the parties to file joint status letters every 45 days, beginning on October 5, 2018, and then on November 19, 2018, and January 3, February 18, April 4, and May 20, 2019;

WHEREAS, the parties did not timely file a letter due by May 20, 2019. It is hereby

**ORDERED** that, rather than belatedly file the joint status letter due May 20, 2019, the parties shall provide their update in the status letter due May 31, 2019, as required in Section 13.b of the Second Amended CMP at Dkt. No. 92. The parties are warned, however, that continuing failure to follow Court-ordered deadlines may result in sanctions.

Dated: May 21, 2019
       New York, New York

                                        _____
                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE