UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD ROSARIO,
                                Plaintiff,

                                18 Civ. 4023 (LGS)
          -against-

                                ORDER
THE CITY OF NEW YORK, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a telephonic status conference was held today to discuss the parties' pretrial deadlines, among other issues. For the reasons stated at the conference, it is hereby

       **ORDERED** that the parties' pretrial deadlines will remain in place, except the deadline for the parties' deposition designations will be determined once there is further information on when this jury trial may proceed. A status conference will be scheduled once such information is made available.

Dated: February 25, 2021
       New York, New York

                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**