UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    RICHARD ROSARIO,
                                    Plaintiff,

                            18 Civ. 4023 (LGS)
                -against-

                            ORDER
    THE CITY OF NEW YORK, et al.,
                                 Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a limited number of courtrooms is available for jury trials during ongoing COVID-19 protocols, and a courtroom assignment is required to conduct a trial in this matter. The courtroom assignments for the second quarter of 2021 were made, and no courtroom was assigned for a trial in this matter.  It is hereby

**ORDERED** that by **March 8, 2021**, the parties shall meet and confer and file a letter proposing three Mondays in the third quarter of 2021 on which they could commence a trial and stating the estimated duration of the trial.  The Court will request a courtroom to commence a trial in this matter on or around the proposed dates and notify the parties of any firm or back-up trial date when third quarter courtroom assignments are made (approximately a month in advance).

Dated:  March 1, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**