

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081  
Fax: [212] 965-9084

99 Hudson Street, 8th Floor  
New York, New York 10013

nsbcivilrights.com

June 1, 2021

**Via ECF**

Honorable Lorna G. Schofield  
United States District Judge  
U.S. District Court, Southern District of New York  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, NY 10007

*The parties' application for an extension of time to file pre-trial submissions is **GRANTED**.*

*Dated: June 1, 2021*  
*New York, New York*

LORNA G. SCHOFIELD  
UNITED STATES DISTRICT JUDGE

Re: *Rosario v. City of New York, et al.*, Case No. 18-cv-4023

Dear Judge Schofield:

The parties to the above-referenced action respectfully request an extension of time to file pre-trial submissions. When the current deadlines for pre-trial submissions were set, it was expected that trial was likely to begin in the fall of 2021. Now that trial has been set for January 10, 2022, *see* ECF No. 228, both parties would benefit from taking additional time to craft pre-trial submissions in this complex matter.

This is the second request of its kind. The Court previously granted the parties an extension of one month for pretrial submissions. *See* ECF No. 225. The parties do not anticipate that the proposed extension would impact trial plans in any way, given that the final pretrial conference is currently scheduled for December 20, 2021, several months after the latest deadline proposed herein. *See* ECF No. 225.

The parties jointly propose the following schedule:

| Pre-Trial Submission | Current Deadline | Proposed New Deadline |
|---|---|---|
| Motions In Limine | June 13, 2021 | June 24, 2021 |
| Responses to Motions in Limine | June 24, 2021 | July 14, 2021 |
| Joint Requests to Charge | June 24, 2021 | August 24, 2021 |
| Voir Dire | June 24, 2021 | August 24, 2021 |
| Verdict Form | June 24, 2021 | August 24, 2021 |
| Pre-Trial Memoranda | June 24, 2021 | August 24, 2021 |
| Joint Pre-Trial Order | July 1, 2021 | August 24, 2021 |

Thank you for your consideration of this matter.

1

Respectfully submitted,

*/s Emma Freudenburger*
Emma Freudenburger

*Counsel for Plaintiff*

Cc: all counsel (via ECF)