UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ROSARIO,<br><br>   Plaintiff,<br><br> -against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>   Defendants. | 18-cv-4023 (LGS)<br><br>**NOTICE OF PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE INADMISSIBLE LEGAL CONCLUSION AND CREDIBILITY TESTIMONY** |

  Plaintiff Richard Rosario, by and through the undersigned counsel, upon the Memorandum dated June 24, 2021, respectfully seeks an order under Federal Rules of Evidence 403 and 701 precluding witnesses from offering testimony on credibility, and from testifying as to legal conclusions at trial.

  Pursuant to the Court's June 1, 2021 Order (DE 231), Defendants' Response is due on July 14, 2021.

Dated: June 24, 2021

               Respectfully submitted,
               /s/ Emma Freudenberger
               Nick Brustin
               nick@nsbcivilrights.com
               Emma Freudenberger
               emma@nsbcivilrights.com
               Anna Benvenutti Hoffmann
               anna@nsbcivilrights.com
               Katherine Haas
               katiehaas@nsbcivilrights.com
               NEUFELD SCHECK & BRUSTIN, LLP
               99 Hudson Street, 8th Floor
               New York, New York 10013
               (212) 965-9081

               *Attorneys for Plaintiff Richard Rosario*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered use of record.

Dated: June 24, 2021

Respectfully submitted,

/s/ Kayla Jessup
*Paralegal, Neufeld Scheck & Brustin, LLP*