**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

RICHARD ROSARIO,

    Plaintiff,

 -against-

THE CITY OF NEW YORK, *et al.*,

    Defendants.

18-cv-4023 (LGS)

**NOTICE OF PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE PURPORTED HEARSAY STATEMENT BY JASON LEBRON**

---

   Plaintiff Richard Rosario, by and through the undersigned counsel, upon the Memorandum dated June 24, 2021, respectfully seeks an order under Federal Rules of Evidence 403, 801, 802, 805, and 807, excluding Defendants from submitting evidence of the purported hearsay statement by Jason Lebron.

   Pursuant to the Court's June 1, 2021 Order (DE 231), Defendants' Response is due on July 14, 2021.

Dated: June 24, 2021

            Respectfully submitted,

            /s/ Emma Freudenberger
            Nick Brustin
            nick@nsbcivilrights.com
            Emma Freudenberger
            emma@nsbcivilrights.com
            Anna Benvenutti Hoffmann
            anna@nsbcivilrights.com
            Katherine Haas
            katiehaas@nsbcivilrights.com
            NEUFELD SCHECK & BRUSTIN, LLP
            99 Hudson Street, 8th Floor
            New York, New York 10013
            (212) 965-9081

*Attorneys for Plaintiff Richard Rosario*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to registered users of record, and that the Court's electronic records show that each party to this action is represented by at least one registered use of record.

Respectfully submitted,

Dated: June 24, 2021

/s/ Kayla Jessup
*Paralegal, Neufeld Scheck & Brustin, LLP*