UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ROSARIO,<br><br>   Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>   Defendants. | 18-cv-4023 (LGS)<br><br>**NOTICE OF PLAINTIFF'S MOTION<br>FOR A JURY QUESTIONNAIRE** |

  Plaintiff Richard Rosario, by and through the undersigned counsel, upon the Memorandum dated September 20, 2021 and pursuant to Fed. R. Civ. P. 47, respectfully requests that a written jury questionnaire be distributed to potential jurors in this matter, to be followed by individual *voir dire* as necessary.

Respectfully Submitted,

Dated: September 20, 2021

*/s/ Emma Freudenberger*
Emma Freudenberger
emma@nsbcivilrights.com
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081

*Attorney for Plaintiff Richard Rosario*

Plaintiff's motion is denied without prejudice for failure to comply with Individual Rule III.A.I.  If Plaintiff seeks to renew his motion, he shall file a pre-motion letter.  Prior to filing a letter, Plaintiff shall confer with Defendants to determine if they consent to Plaintiff's request.  So Ordered.

Dated: September 22, 2021
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE