# EXHIBIT B

# Plaintiff's Proposed Jury Questionnaire

# JUROR QUESTIONNAIRE

### Please PRINT your answers

To Be Completed by Jurors called to the Courtroom of the Hon. Lorna G. Schofield for the Trial of:

**Richard Rosario v. The City of New York, et al.,     Case Number: 1:18-cv-04023-LGS**

**Name:**_____**Age:**_____**Birthplace:** _____

**Residence:**_____Years:_____Prior Residence:_____Years: _____

**Education:** Highest Grade Completed:_____Degrees: _____

College/Vocational Schools attended:_____Areas of Study: _____

_____

**Current Occupation/Position**:_____Length of Service: _____

Employer: _____

Describe Any Supervisory Roles: _____

**Prior Occupation/Position:**_____Length of Service: _____

Employer: _____

Describe Any Supervisory Roles: _____

**Current Status** (Circle):  Single (living alone/with others)     Married     Separated     Divorced     Widowed

**Occupation & Employer of Adults Living in the Same Household**: _____

_____

**Children:** Age(s)_____Occupation(s) if employed: _____

_____

**Is English your first language?** YES ☐   NO ☐   IF NO, do you use it regularly at work or home? YES ☐  NO ☐

**Do You OR any CLOSE Family/Friends have military, criminal forensics or medical training, including in mental health?** YES ☐  NO ☐

If yes, describe: _____

1

**Have you OR any CLOSE family/friends ever worked in or had training in law enforcement (e.g. NYPD, State Police, Highway Patrol, TSA, FBI, Probation Agent, Dep't of Corrections, etc.)?** YES ☐    NO ☐

If yes, describe: _____

**Have You Ever Served on a Jury? Circle: YES    NO    Number of times:____ Date(s) of Service: _____**

Circle:    State Court    Federal Court    Both        Circle: Civil Case        Criminal Case        Both

Did each jury reach a verdict?  YES ☐ NO☐ Have you ever served as Foreperson?  YES ☐ NO☐

If you have served on a jury, how would you rate your previous experience(s) as a juror?

Circle:            Positive            Negative            Neutral

1.  **What source of news do you use on a regular basis (Facebook, Twitter, Fox News, NY Times, etc.)?**

    Please describe: _____

2.  **Richard Rosario was convicted of the June 1996 Bronx murder of George Collazo. His conviction was reversed and charges were dismissed in 2016.  In this suit, he claims that New York City Police Department officers Gary Whitaker, Richard Martinez, Charles Cruger, and Irwin Silverman violated his constitutional rights and caused him to be wrongly convicted and that he is innocent.  Defendants deny that they violated his constitutional rights or caused him to be wrongfully convicted.  Have you heard or read anything about the criminal trials, and/or release of the plaintiff, Richard Rosario, about any of the parties, or about this civil action?** YES ☐ NO☐

    Please describe: _____

3.  **Is there any reason you would not be able to follow the law as explained to you by a judge when evaluating this case?**  YES ☐  NO☐

    If yes, describe: _____

4.  **Do you feel that there are too many restrictions on free speech, such that it would be hard to freely express your beliefs in the jury room?**  YES ☐  NO ☐

    If yes, describe: _____

5.  **What specific groups or organizations are you a part of (civic, social, religious, volunteer, social justice, political, etc.)? Do you have a leadership role in any such group or organization?**

    Please describe: _____

6.  **Do you OR any CLOSE family/friends have experience in conducting any kind of investigation?** YES ☐  NO ☐

    If yes, describe: _____

2

**7.  Have you OR any CLOSE family/friends been victims of or eyewitnesses to violent crimes?**  YES ☐  NO ☐

If yes, describe: _____

**8.  Have you, a family member, or a close friend ever been the victim of a crime (whether or not reported to the police)?**  YES ☐  NO ☐

If yes, describe: _____

**9.  Have you ever testified in any court proceeding or been a plaintiff or defendant in a civil suit?** YES ☐ NO☐

If yes, describe: _____

**10. The trial may involve graphic photos and details concerning the underlying murder.** Do you have any reason to believe that you will not be able to consider this evidence in a fair and impartial manner?  YES ☐ NO☐

Please explain: _____

**11. There will be testimony in this case by people who treat mental health issues. What are your thoughts and feelings about people who treat or are treated by mental health professionals?**

Please explain: _____

**12. Would you tend to give more or less weight to the testimony of a witness who is a law enforcement officer or prosecutor than other witnesses? More ☐ Less ☐ Equal ☐**

Please explain: _____

**13. Sometimes law enforcement officers or investigators need to be able to bend the rules to catch those who commit violent crimes.**

   Strongly Agree        Agree          Disagree        Strongly Disagree       No Opinion

Please explain: _____

**14. Have recommendations by established scientific institutes, like the Centers for Disease Control and Prevention ("CDC"), ever conflicted with your strongly held beliefs?** YES ☐ NO ☐

Please explain: _____

**15. Do you have strongly held beliefs on the Black Lives Matter Movement?** YES ☐ NO ☐

Please explain: _____

**16. In general, I think the amount of immigration to the United States from other countries is:**

   Too high        Too low        Just right        I'm not sure/no Opinion        Other

Please explain: _____

3

**17. You may know that in a criminal case, the prosecution must prove the defendant's guilt "beyond a reasonable doubt." But in a civil case, like this one, plaintiffs must only show that it is "more likely than not" that defendants caused their injury. Do you feel that you might have difficulty applying this "more likely than not" standard to plaintiff's claims?** YES ☐ NO ☐

Please explain: _____

**18. What are your thoughts and feelings about whether there should be limits set on the amount of money a jury may award to a plaintiff?**

Please explain: _____

**19. In general, I think damages awards from civil lawsuits are:**

Too high             Too low         Just right      I'm not sure/no Opinion        Other

Please explain: _____

**20. Do you have concerns about the financial impact of the COVID-19 crisis that might impact in any way your ability to award damages in this case?** YES ☐ NO☐

If yes, describe: _____

**21.  The City of New York is a Defendant in this case. Do you have concerns about the government paying damages that might impact your ability to award damages in this case?** YES ☐ NO☐

If yes, describe: _____

**22. In the event you find any defendant liable, you will have to decide the amount of damages, as instructed by the Court. Among other things, the judge will instruct you that you are not permitted to consider who or what will pay the damages award in determining the amount.  Do you have any personal, moral, political, religious or other concerns that might make it difficult for you to follow this instruction?** YES ☐ NO☐

If yes, describe: _____

**23. Is there anything about the nature of the allegations or the parties involved in this case that will make it difficult for you to consider the evidence, the arguments of the attorneys, and the court's instructions on the law with an open mind?**  YES ☐ NO☐

If yes, describe: _____

**24. Is there any other issue you would like to discuss with the judge regarding your ability to serve as a juror in this case?** YES ☐ NO☐

If YES, please describe briefly: _____

**The following is a list of potential witnesses and persons affiliated with the case.  CIRCLE any names of those who you know or with whom you are personally familiar:  TO BE FILLED IN BY THE PARTIES**

| Individuals |
| --- |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |
| |

| Individuals Cont'd. |
| --- |
| |
| |
| Entities |
| |
| |
| |
| |
| |
| |
| |
| |

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING INFORMATION IS TRUE AND CORRECT.**

**SIGNATURE:**_____    **DATE:** _____