UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ROSARIO,<br><br>                    Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, GARY WHITAKER, IRWIN SILVERMAN, CHARLES CRUGER, RICHARD MARTINEZ,<br><br>                    Defendants.[1] | 18 Civ. 4023 (LGS)<br><br>**[Proposed] Joint Verdict Sheet** |

**Plaintiff's Proposed Question 1**

For each of the following defendants, do you find by a preponderance of the evidence that the defendant denied plaintiff Richard Rosario his constitutional rights to due process and a fair trial by (1) fabricating evidence, (2) withholding material favorable evidence, **and/or** (3) using a suggestive identification procedure?

**Defendants' Proposed Question 1**

Has plaintiff Richard Rosario proven by a preponderance of the credible evidence that he was denied the right to a fair trial by the following defendants?

    Gary Whitaker:        Yes _____           No _____

    Charles Cruger:      Yes _____           No _____

    Richard Martinez:   Yes _____           No _____

**If you answered YES to Question 1 for at least one defendant, then you must answer Question 2.**

---

[1] Defendants have moved to preclude the inclusion of the City of New York on the verdict form. As it is not in dispute at this time that defendants were acting within the scope of their employment, the City of New York should not be included on the verdict form; nor should there be any question about respondeat superior.

**If you answered NO to Question 1 for all defendants, do not answer Question 2. Instead, proceed to Question 3.**

**Question 2**

Has plaintiff proven by a preponderance of the **credible**[2] evidence that defendants failed to intervene when another defendant denied plaintiff the right to a fair trial?

| | | |
|---|---|---|
| Gary Whitaker: | Yes _____ | No _____ |
| Charles Cruger: | Yes _____ | No _____ |
| Richard Martinez: | Yes _____ | No _____ |
| Irwin Silverman: | Yes _____ | No _____ |

**Proceed to Question 3.**

**Plaintiff's Proposed Question 3**

For each of the following defendants, do you find by a preponderance of the evidence that he maliciously prosecuted plaintiff Richard Rosario?

**Defendants' Proposed Question 3**

Has plaintiff proven by a preponderance of the credible evidence that he was maliciously prosecuted by the following defendants?

*You must choose one answer for each defendant listed below.*

| | | |
|---|---|---|
| Gary Whitaker: | Yes _____ | No _____ |
| Charles Cruger: | Yes _____ | No _____ |
| Richard Martinez: | Yes _____ | No _____ |

**Plaintiff's Proposed Question 4**

Do you find by a preponderance of the evidence that the City of New York is liable for the malicious prosecution of Richard Rosario? As the Court instructed you previously, if you

---

[2] Plaintiff objects to the use of the word "credible" here and throughout Defendants' proposed questions. The Court will instruct the jury on how to weigh the evidence, and there is no need to confuse the issues by including the word "credible" on the verdict sheet.

2

answered "yes" as to **any** defendant for Question 3, you must answer "yes" to this question. If you answered "no" for **all** defendants in Question 3, you must answer "no" to this question.[3]

Yes \_\_\_\_

No \_\_\_\_

**If you answered "no" as to all defendants with regard to all of Question 1, Question 2, Question 3, and Question 4 then your deliberations are finished. You must proceed to the end of the verdict form, and sign and date this form and return it to the Court.**

**If you answered "yes" to any part of Question 1, Question 2, Question 3, or Question 4, then you must answer Question 5.**

**Defendants' Proposed Question 5[4]**

Has plaintiff proven by a preponderance of the credible evidence that he suffered compensatory damages as a result of defendants' conduct?

| | | |
|---|---|---|
| Gary Whitaker: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| Charles Cruger: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| Richard Martinez: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |
| Irwin Silverman: | Yes \_\_\_\_\_ | No \_\_\_\_\_ |

**If you answered YES to any part of Question 5, proceed to Question 7. If you answered NO to all parts of Question 5, then proceed to Question 6.**

---

[3] Defendants object to this question for the reasons stated in footnote 1.

[4] Plaintiff objects to the inclusion of this question. If Defendants have committed the misconduct alleged, as a matter of law the jury cannot award merely nominal damages in a case such as this one involving a decades-long deprivation of liberty. *See Kerman v. City of New York*, 374 F.3d 93, 124 (2d Cir. 2004) ("Similarly, where the plaintiff was indisputably deprived of his liberty, and the conduct of the defendant responsible for the deprivation was found to be unlawful, we have held that the plaintiff is entitled to compensatory, not merely nominal, damages.").

**Defendants' Proposed Question 6**[5]

State the dollar amount of any nominal damages (not to exceed one dollar) that you award plaintiff.

  Nominal damages: $_____


**Plaintiff's Proposed Question 7**

Please state the amount of damages Mr. Rosario has proven by a preponderance of the evidence, in accordance with the Court's instructions regarding compensatory damages.

  $ _____

**Defendants' Proposed Question 7**

Please state the amount of damages plaintiff has proven by a preponderance of the credible evidence.

  $ _____


**Question 8**[6]

*As the Court instructed you earlier, you are **not** required to award punitive damages to Mr. Rosario, regardless of your answers to the questions above.*

If you have found that plaintiff has proven his claims against a defendant (Questions 1, 2, or 3), has plaintiff proved, by a preponderance of the credible evidence, that he is entitled to punitive damages from that defendant?

  Gary Whitaker:  Yes _____  No _____

  Charles Cruger:  Yes _____  No _____

  Richard Martinez:  Yes _____  No _____

  Irwin Silverman:  Yes _____  No _____

---

[5] Plaintiff objects to the inclusion of a question on nominal damages for the reasons stated above.
[6] Defendants object to the inclusion of punitive damages as plaintiff will be unable to establish the requisite factual predicate to pursue this form of damages.

If you answered yes to any of the above question, what amount of punitive damages do you award?

Gary Whitaker:      $_____

Charles Cruger:     $_____

Richard Martinez: $_____

Irwin Silverman:   $_____

**Foreperson, please sign and date this Verdict Sheet and advise the Court by note that you have reached a verdict and are ready to return to the courtroom to announce your verdict.**

Dated: _____, 2022
      New York, NY

                                                                              _____
                                                                              Foreperson