UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARSD ROSARIO,

                Plaintiff,

         -against-

CITY OF NEW YORK, et al.,

               Defendants.
------------------------------------------------------------X

18 Civ. 4023 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the parties filed proposed voir dire questions, proposed jury instructions and a proposed jury charge on October 7, 2021 (Dkt. Nos. 288, 290 and 291). It is hereby

    **ORDERED** that the parties shall email the aforementioned documents in Microsoft Word format to the Court's email inbox by **November 16, 2021**.

Dated: November 15, 2021
         New York, New York

                                        **LORNA G. SCHOFIELD**
                                 **UNITED STATES DISTRICT JUDGE**