UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD ROSARIO,
                        Plaintiff,

                                              18 Civ. 4023 (LGS)
-against-

                                              ORDER
CITY OF NEW YORK, et al.,
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on December 6, 2021, to discuss the upcoming trial in this case. It is hereby

      **ORDERED** that by **December 10, 2021**, the parties shall (1) meet and confer to discuss objections regarding proposed trial exhibits, (2) update their exhibit lists to reflect their discussions and the removal of exhibits that a party does not intend to introduce in its case in chief and (3) hand deliver to the Court CDs containing their proposed trial exhibits in PDF format and updated exhibit list (hyperlinked if possible). The parties shall file the updated exhibit list on the docket. It is further

      **ORDERED** that by **December 15, 2021,** Defendants shall file any objection to the Court's excusing for cause potential jurors who are not vaccinated. It is further

      **ORDERED** that Plaintiff's deadline to file a letter regarding Fernando Torres's availability to testify at trial is extended to **December 21, 2021**. It is further

      **ORDERED** that by **December 17, 2021**, the parties shall email highlighted and annotated proposed deposition designations to the Court's email inbox. It is further

      **ORDERED** that the jury trial in this matter is adjourned to **January 6, 2022, at 9:45 a.m.**, which is a trial date certain subject to the exigencies of the ongoing COVID-19 pandemic.

Dated: December 7, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE