UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD ROSARIO,
                             Plaintiff,

-against-                                 18 Civ. 4023 (LGS)

                                         ORDER
THE CITY OF NEEW YORK, et al.,
                             Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on December 6, 2021, to discuss the upcoming trial in this matter;

      WHEREAS, at the conference, Plaintiff made an oral request to modify the time limit for the presentation of Plaintiff's alibi witnesses. It is hereby

      **ORDERED** that Plaintiff's request is GRANTED. Plaintiff may call up to five alibi witnesses, and the total time for presenting alibi witnesses shall not exceed forty-five (45) minutes, which is included in the total time limit. It is further

      **ORDERED** that the time limit is fourteen (14) hours per side, comprising opening statements, direct examination and cross examination (any time that counsel are on their feet). This time limit does not include summations, nor does it include time for Plaintiff's witnesses called exclusively for authentication or foundation of evidence that Defendants do not actually dispute. Defendants will not be given additional time for any such witnesses. The parties are advised that jury selection is likely to take place on January 6, 2022, and the trial will resume on January 10, 2022. The Court intends to sit Monday through Thursday, except federal holidays, and the parties can expect approximately five hours of testimony each day.

Dated: December 13, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE