UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ROSARIO,<br><br>          Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>          Defendants. | 18-cv-4023 (LGS)<br><br>**Plaintiff's Proposed Jury Instruction on Law Enforcement Techniques** |

Pursuant to the Court's order of December 9, 2021 (ECF No. 318), Plaintiff submits the following proposed jury instruction regarding law enforcement techniques:

Earlier, you heard that in order to decide Mr. Rosario's malicious prosecution claim, you must determine whether the presumption of probable cause created by the grand jury indictment has been rebutted. You also heard that you may decide the presumption has been rebutted if Defendants' actions deviated so egregiously from acceptable police activity as to demonstrate intentional or reckless disregard for proper procedures.[1] The presumption may also be rebutted when police fail to make further inquiry when a reasonable person would have done so.[2] When considering whether the presumption of probable cause has been rebutted, you may consider any failure on the part of Defendants to investigate Mr. Rosario's alibi. However, I also instruct you that failure to investigate an alibi is not, on its own, a separate constitutional violation.

Dated: December 15, 2021            Respectfully submitted,

                                                 /s/ Katherine Haas
                                                 Nick Brustin

---

[1] *Vazquez v. City of New York*, No. 10-cv-6277(JMF), 2014 WL 4388497, at *9 (S.D.N.Y. Sept. 5, 2014).
[2] *Haynes v. City of New York*, 29 A.D. 3d 521, 523 (2d Dep't 2006).

nick@nsbcivilrights.com
Emma Freudenberger
emma@nsbcivilrights.com
Anna Benvenutti Hoffmann
anna@nsbcivilrights.com
Katherine Haas
katiehaas@nsbcivilrights.com
Gerardo Romo
gerardo@nsbcivilrights.com
NEUFELD SCHECK & BRUSTIN, LLP
99 Hudson Street, 8th Floor
New York, New York 10013
(212) 965-9081

*Attorneys for Plaintiff Richard Rosario*