UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                            :

RICHARD ROSARIO,                       :
                              Plaintiff,     :
                                             :               18 Civ. 4023 (LGS)
-against-                             :
                                           :                 ORDER
THE CITY OF NEW YORK, et al.,     :
                                 Defendants.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a final pre-trial conference was held on December 16, 2021.  It is hereby

      **ORDERED** that, for the reasons stated at the conference, Plaintiff's motion for reconsideration of the time limits previously set by the Court is GRANTED IN PART.  Plaintiff's time limit is twenty-five (25) hours and Defendants' time limit is twenty (20) hours, comprising direct examination and cross examination (any time that counsel are on their feet).  This time limit does not include opening statements or summations, nor does it include time for Plaintiff's witnesses called exclusively for authentication or foundation of evidence that Defendants do not actually dispute.  Defendants will not be given additional time for any such witnesses.  Further, Plaintiff may allocate any amount of time for alibi witnesses within his twenty-five hour limit, but shall present no more than five alibi witnesses.  Opening statements shall be limited to forty-five (45) minutes.  It is further

      **ORDERED** that by **December 24, 2021**, Plaintiff shall submit a letter stating how he would like to address his claims against Defendant Silverman.  It is further

      **ORDERED** that by **December 20, 2021**, Defendant shall submit a letter regarding (1) the favorable termination element of Plaintiff's malicious prosecution claim and (2) case law related to damages in § 1983 denial of a right to a fair trial cases that bears on the use of "if any" in the damages section of the preliminary jury charge.  By **December 20, 2021**, Plaintiff shall submit a

letter regarding the same damages issue.  It is further

**ORDERED** that Defendant shall submit proposed special interrogatories before the final

charging conference.  It is further

**ORDERED** that the parties' deadline to email to the Chambers in box highlighted and

annotated proposed deposition designations is extended to **December 21, 2021**.  It is further

**ORDERED** that the final pretrial conference will continue on **December 21, 2021, at**

**2:00 P.M.**  The parties shall call 888-363-4749 using access code 558-3333 at that time.  In

advance of the conference, the parties shall confer and attempt to resolve any remaining

objections to the proposed trial exhibits.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 323.

Dated:  December 17, 2021
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE