

Neufeld Scheck & Brustin, LLP

Tel: [212] 965-9081  
Fax: [212] 965-9084

99 Hudson Street, 8th Floor  
New York, New York 10013

nsbcivilrights.com

December 17, 2021

<u>Via ECF</u>

Honorable Lorna G. Schofield  
United States District Judge  
U.S. District Court, Southern District of New York  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, NY 10007

    Re:    *Rosario v. City of New York, et al.*, Case No. 18-cv-4023

Dear Judge Schofield:

    Pursuant to the Court's order of December 17, 2021 (ECF No. 329), and following Defendants' filing of a Suggestion of Death regarding Defendant Irwin Silverman (ECF No. 328), Plaintiff writes to inform the Court that he voluntarily dismisses his claims against Defendant Irwin Silverman.

    Respectfully submitted,

    */s Emma Freudenberger*  
    Emma Freudenberger

    *Counsel for Plaintiff*

Cc: all counsel (via ECF)

1