UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RICHARD ROSARIO,
                      Plaintiff,

           -against-

CITY OF NEW YORK, et al.,
                      Defendants.
------------------------------------------------------------- X

18 Civ. 4023 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a jury trial is currently scheduled to commence on January 6, 2022, at 9:45 a.m.  It is hereby

    **ORDERED** that the jury trial in this matter is **adjourned sine die** and all deadlines for the trial are **adjourned sine die**.  The parties shall confer and file a joint letter no later than **January 7, 2022** stating when they are available to proceed with the trial, both later this month as well as in the second quarter of 2022.

Dated: January 3, 2022
       New York, New York

                                              LORNA G. SCHOFIELD
                                           **UNITED STATES DISTRICT JUDGE**