UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RICHARD ROSARIO,

                        Plaintiff,

-against-

CITY OF NEW YORK, et al.,

                        Defendants.
------------------------------------------------------------- X

18 Civ. 4023 (LGS)

SCHEDULING ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on January 3, 2022, the jury trial scheduled in this case was adjourned sine die.  It is hereby

    **ORDERED** that the jury trial in this matter is scheduled to commence on **January 25, 2022, at 9:45 a.m.**  This date should be considered firm.

Dated: January 3, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE