

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081  
Fax: [212] 965-9084

99 Hudson Street, 8th Floor  
New York, New York 10013  
nsbcivilrights.com

January 11, 2022

**Via ECF**

Honorable Lorna G. Schofield  
United States District Judge  
U.S. District Court, Southern District of New York  
Thurgood Marshall Courthouse  
40 Foley Square  
New York, NY 10007

Re: *Rosario v. City of New York, et al.*, Case No. 18-cv-4023

Dear Judge Schofield,

     Plaintiff writes to request an additional conference with the Court prior to the start of trial in the above-referenced matter on January 25, 2022. There are several matters Plaintiff hopes to clarify with the Court, and respectfully submits that doing so through a telephonic conference will be more efficient than submitting additional letters to the Court.

     The matters Plaintiff wishes to discuss with the Court are primarily questions Plaintiff anticipates arising early at trial. For instance, Plaintiff has questions about what will be permitted during opening statements in light of the Court's recent orders. Additionally, the Court has indicated it will give several limiting instructions; Plaintiff seeks clarity on the timing and language of those instructions, and will submit proposals in writing in advance of any conference for the Court's review.

     Plaintiff also wishes to discuss several matters that are more administrative in nature, including among other things whether reference to portions of depositions currently deemed confidential will be permitted at trial, whether designated deposition testimony may be read out of order, and when Defendants will be required to provide counter-designations for the deposition testimony of Fernando Torres and Lymari Leon.

     Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Emma Freudenberger*  
Emma Freudenberger

*Counsel for Plaintiff*

Cc: All counsel (via ECF)

1