UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
RICHARD ROSARIO,
                              Plaintiff,

                    -against-

CITY OF NEW YORK, et al.,
                             Defendants.
------------------------------------------------------------- X

18 Civ. 4023 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial scheduled in this case is scheduled to commence on January 25, 2022, at 9:45 a.m.  It is hereby

**ORDERED** that the Defendants shall email their counter-designations and objections to Plaintiff's deposition designations of Mr. Torres and Ms. Leon's testimony by **January 14, 2022**.  It is further

**ORDERED** regarding the disputed twenty-two minute video of Plaintiff and the NBC Dateline videos, the parties shall submit to the Court the portions of the videos on which they seek a ruling and that they may actually play.  The parties need not share these excerpts with each other at this time, as the opposing parties have the videos in their entirety and object in their entirety.  The parties shall coordinate with Mr. Street as soon as possible to arrange electronic delivery of the videos.  It is further

**ORDERED** that the parties shall contact Mr. Street to arrange a time in advance of the trial to schedule a time to walkthrough the courtroom and discuss any necessary logistics for conducting the trial.

Dated: January 11, 2022
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE