

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

January 13, 2022

**Via ECF**
Honorable Lorna G. Schofield
United States District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Rosario v. City of New York, et al.*, Case No. 18-cv-4023

Your Honor:

      We write in response to Defendants' request for an adjournment of the rescheduled trial date. Upon receiving notification by email tonight that Defendants intended to seek an adjournment, Plaintiff's counsel spoke with counsel for the defense. Based on the information relayed, Plaintiff does not believe the defense's circumstances warrant any adjournment of the trial. In addition, under these unique circumstances, Plaintiff would be willing to consider a number of options that could potentially enable the trial to go forward as planned. Plaintiff therefore respectfully requests that the Court set a conference and permit Plaintiff to be heard before making a final decision regarding Defendants' request.

      Respectfully submitted,

*/s/ Emma Freudenberger*
Emma Freudenberger

*Counsel for Plaintiff*

Cc: all counsel (via ECF)