

| GEORGIA M. PESTANA<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | HANNAH V. FADDIS<br>*Senior Counsel*<br>phone: (212) 356-2486<br>fax: (212) 356-1148<br>hfaddis@law.nyc.gov |
|---|---|---|

January 13, 2022

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application GRANTED for substantially the reasons stated in this letter. The trial scheduled to begin on January 25, 2022, is adjourned sine die, and all deadlines for the trial are adjourned sine die.

Dated: January 18, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Rosario v. City of New York, et al.,
18 Civ. 4023 (LGS)

Your Honor:

      I am one of the attorneys assigned to represent the defendants in this action. Defendants write to respectfully request an adjournment of the trial of this matter presently scheduled to begin on January 25, 2022. Defendants have advised plaintiff's counsel of their intention to make this request.

      This request is made due to medical issues that have arisen with one of the individual defendants and defense counsel. Briefly, one of the individual defendants has a severe, urgent medical issue that will render him unavailable during the trial period. Additionally, the defense team has been impacted by a COVID-19 case such that it will be impossible to adequately prepare the defense for trial. In accordance with the Court's January 13th Order (ECF No. 364) and in accordance with the Court's Individual Rules of Practice, defendants have submitted the details of these issues in a letter to the Court via email on an *ex parte* basis.

      Accordingly, and regrettably, defendants have no choice but to request an adjournment of the trial at this time. Defendants thank the Court for its time and attention, and are available at the Court's convenience to discuss any of the matters addressed herein.

Respectfully submitted,

Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

2

Cc: <u>VIA ECF</u>
*All Counsel of Record*