UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD ROSARIO,
                       Plaintiff,

            -against-                             18 Civ. 4023 (LGS)

CITY OF NEW YORK, et al.,                ORDER

                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated January 13, 2022 (Dkt. No. 366), Defendants' objection to the Court excusing for cause potential jurors who were not vaccinated was overruled in light of the conditions of the COVID-19 pandemic in New York at that time. It is hereby

**ORDERED** that the Court's January 13, 2022, Order at Docket No. 366 is **VACATED** as moot in light of the changing conditions of the COVID-19 pandemic.

Dated: May 16, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE