UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
RICHARD ROSARIO,                                              :
                                      Plaintiff,              :
                                                              :        18 Civ. 4023 (LGS)
           -against-                                          :
                                                              :        ORDER
CITY OF NEW YORK, et al.,                                     :
                                      Defendants.             :
                                                              :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial in this case is scheduled to begin on July 25, 2022, at 9:45 a.m. It is hereby

**ORDERED** that, by **June 28, 2022**, Plaintiff shall file a letter stating whether the testimony of Fernando Torres, Lymari Leon and Chenoa Ruiz will be presented at trial via live testimony rather than deposition. It is further

**ORDERED** that, by **July 12, 2022,** the parties shall file a joint letter that includes the following: (i) Defendants' counter-designations; (ii) Defendants' objections to Plaintiff's deposition designations of Mr. Torres, Ms. Leon's and/or Ms. Ruiz's testimony, if Plaintiff expects to present the testimony of Mr. Torres, Ms. Leon and/or Ms. Ruiz by deposition and (iii) Plaintiff's objections to Defendants' counter-designations. The joint letter shall comply with the Court's Individual Rule IV.B.2(g) regarding deposition designations.

Dated: May 16, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE