UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                     :

RICHARD ROSARIO,                      :

                 Plaintiff,    :

                                   :             18 Civ. 4023 (LGS)

           -against-       :

                                   :                ORDER

CITY OF NEW YORK, et al.,        :

                 Defendants. :

                                   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the jury trial in this case is scheduled to begin on July 25, 2022, at 9:45 a.m.

      WHEREAS, the Court has determined that under the circumstances, including the current state of the COVID-19 pandemic, a juror questionnaire will be used in aid of voir dire.  It is hereby

      **ORDERED** that by **May 25, 2022**, the parties shall jointly file a proposed juror questionnaire, prepared with reference to the previously approved voir dire questions and a sample from a recent civil trial, which are attached hereto.  The parties should indicate any disagreement through footnotes or highlighted text.

Dated: May 18, 2022
      New York, New York

                                  LORNA G. SCHOFIELD
                         UNITED STATES DISTRICT JUDGE

**VOIR DIRE EXCERPT**
**<u>Richard Rosario v. The City of New York, et al.,</u>**

18 Civ. 4023

**V.**   **<u>OUTLINE OF THE CASE</u>**

As I mentioned before, this is a civil case.

You may hear the term "plaintiff" and "defendant."  In this case, the plaintiff is Richard Rosario, a private citizen.  The defendants are Charles Cruger, Richard Martinez and Gary Whitaker, who were police officers with the New York City Police Department.  The City of New York is also a defendant.  The term "plaintiff" just means the party who brought the lawsuit, and "defendant" means the person who was sued.  You must not attach any significance to the terms "plaintiff" and "defendant" in weighing the evidence.  I'm going to refer to each party to this lawsuit by just their last name.  I don't mean them any disrespect by doing that.  It will just take less time and paper.

Richard Rosario was arrested on July 1, 1996, for the Bronx murder of Jorge Collazo.  In 1998, a jury convicted Rosario of the murder and he was sentenced to prison.  In 2016, after nearly twenty years in custody, Rosario's conviction was vacated, and he was freed from prison. In this lawsuit, Rosario claims that the Defendants violated his constitutional rights and caused him to be wrongly prosecuted for murder.  Each of the Defendants deny any wrongdoing and assert that they acted properly in arresting and prosecuting Rosario.  This is just a summary of the parties' claims and defenses.

Under the law, the facts are for the jury to determine and the law is for the Court.  The two areas are separate and distinct.  At the beginning of the case and again at the end of the case, I will instruct you on the law, and you are required to accept the law as I explain it to you.  It will

1

be your job to determine the facts under my explanation of the law.

## VI.     <u>INTRODUCTORY QUESTIONS ABOUT THE CASE</u>

Those of you who were not chosen as part of the sixteen, please make a note if you would answer yes to any of these questions so that if you are called up later, you can tell me about it. First, let me ask some very general questions.

1.     Is there anyone who before today has heard or read about this lawsuit or the events leading up to it?  Is there anyone who believes that he or she cannot be fair and impartial in a case involving these allegations?

2.     Is there anyone who believes that he or she cannot be fair and impartial in a case involving Richard Rosario, Gary Whitaker, Irwin Silverman, Charles Cruger, Joseph Fortunato, Richard Martinez, Edward Monks and the City of New York?

3.     Is there anyone who believes that he or she will not be able to apply the law as I explain it, including about how much – if any – money any party may recover, even if they disagree with it?

4.     Do any of you have any physical or personal problems that would prevent you from serving in this case, which is expected to last a little less than two weeks?

5.     Do any of you have any difficulty with your sight or hearing that could affect your perception of the proceedings?

6.     Are you taking any medication that would prevent you from giving your full attention to all the evidence?

7.     Does any juror have any difficulty in reading or understanding English?

8.      Does anyone NOT live in Manhattan, the Bronx, or one of the following counties: Westchester, Rockland, Putnam, Orange, Dutchess or Sullivan?  [All in SDNY].  Does anyone live in Queens?  Brooklyn?  Staten Island?   [Not SDNY].

VII.    **CASE SPECIFIC AND OTHER FOR CAUSE QUESTIONS**

Now I will ask some questions that are more about this case.

1.      Have you or has anyone close to you ever been employed by a local, state, or federal government agency?

2.      Have you or has anyone close to you ever been employed by a New York City agency or any other city agency such as the department of corrections, police department, fire department, or sanitation department?  Is there anything about your employment with that agency that would affect your ability to be fair and impartial in this case?

3.      Do you or does anyone close to you work in law enforcement?

4.      Have you or has anyone close to you ever attended any protests or demonstrations related to police activity, whether for or against? Is there anything about that experience that would affect your ability to be fair and impartial in this case?

5.      Have you or has anyone close to you ever been the victim of or eyewitness to a violent crime? [Speak to juror privately]

6.      Have you or has anyone close to you ever had an interaction with a law enforcement officer that would affect your ability to be fair and impartial in this case? [Speak to juror privately]

7.      Have you or has anyone close to you ever been detained in a jail, prison, or other correctional facility?  [Speak to juror privately]

8.      Have you or has anyone close to you ever been charged for a crime you or they did not commit?  [Speak to juror privately]

9.   Do you believe that a police officer is more likely to tell the truth simply because he or she is a police officer?

10. Would you tend to give more or less weight to the testimony of a witness who is a law enforcement officer or prosecutor than other witnesses?

11.    Have you or has anyone close to you ever been a party to a lawsuit?

12.    Have you ever served on a grand jury?  Where?  When?

13.    Have you ever served on a trial jury?  If so, was it civil or criminal?  Did the jury reach a verdict? (Do not tell us what the verdict was.)

14.    Do you or does anyone close to you have legal training?  If so, would this prevent you from applying the law as I instruct you?  Will each of you (the entire venire) accept my instruction that you are not to discuss the case with anyone, including attorneys you may know, until you are excused as jurors?


**VIII.   INTRODUCTION TO THE PARTIES AND COUNSEL**

1.     **I'm going to ask each person to stand and briefly remove your mask as you are introduced.**  The Plaintiff is Richard Rosario. Do you know, or have you had any dealings with him?

2.     Mr. Rosario is represented by attorneys Nick Brustin, Emma Freudenberger, Anna Hoffman, and Katherine Haas from the firm Neufeld Scheck & Brustin, LLP.  Do any of you know any of them or have you had any dealings with them or their firms?

3.      The Defendants are Gary Whitaker, Richard Martinez, Charles Cruger and the City of
        New York. Do you know, or have you had any dealings with them?

4.      The Defendants are represented by Brachah Goykadosh from the New York City Law
        Department.  Do you know [him/her] or have you had any dealings with [him/her] or the
        New York City Law Department?

5.      Have any of you or anyone close to you ever been employed by or applied for
        employment with these law firms or the New York City Law Department?

6.      Have you or has anyone close to you ever had a dispute with these parties or their
        lawyers?

7.      Do you know any of the other potential jurors?
        Do you know me or any of my staff?


## IX.    WITNESS INTRODUCTION

I will now read you the names of potential witnesses and other people who may be
mentioned during the trial.  My including a name, however, imposes no obligation on any party
to call that person as a witness.  Some of these individuals might not testify.  My question is
whether you personally know or have had any dealings with the following people (or places):

1.  Bhushan Agharkar, M.D., D.F.A.P.A.
2.  Charles Cruger
3.  Robert Davis
4.  Jennifer Dysart, Ph.D.
5.  Steven Fayer, M.D.
6.  Detective Joseph Fortunato
7.  Alexis  Gonzalez
8.  Assistant District Attorney David Greenfield
9.  Joyce Hartsfield
10. Patrick Hoffman
11. Steven Kaiser
12. Lymari Leon
13. Carl Loewenson, Jr.
14. Carlos  Maldonado, Jr.
15. Richard Martinez
16. Vivene Martinez
17. Detective Edward Monks
18. DeAnsin Parker, Ph.D
19. Jeanne Petrauskas
20. Assistant District Attorney Jeanne Petrauskas
21. Richard Rosario
22. Minerva Rosario
23. Chenoa Ruiz
24. Michael Sanchez
25. Michael Serrano
26. Irwin Silverman
27. Dan Slepian
28. Fernando Torres
29. Jenine Torres
30. John Torres
31. Nicole Torres
32. Detective John Wall
33. Gary Whitaker

## PRELIMINARY INSTRUCTIONS

The purpose of this questionnaire is to provide information to the Court and the attorneys in this case, so that they can determine whether you can be a fair and impartial juror. Please read the following instructions carefully before completing any portion of this questionnaire. Please print your juror number in the space provided at the top of each page.

**YOU ARE SWORN TO GIVE TRUE AND COMPLETE ANSWERS TO ALL QUESTIONS IN THIS QUESTIONNAIRE**. The questions are not intended to inquire unnecessarily into personal matters. Although some of the questions may appear to be of a personal nature, please understand that the Court and the parties must learn enough information about each juror's background and experiences to select a fair and impartial jury.

Please answer every question. If you do not understand a particular question or do not know the answer, please write either "I do not understand" or "I do not know." If you feel a question does not apply to you write "N/A." Please answer each question fully. Some questions have more than one part. There are no "right" or "wrong" answers, only truthful answers. Remember, you are sworn to give true and complete answers to all questions.

If you need extra space for any answer, please use the blank sheets of paper included at the end of the questionnaire. Be sure to indicate on the blank page the number of the question you are answering. Do not write anything on the back of any page.

If you believe that any of your answers contain private information that could embarrass you or otherwise seriously compromise your privacy and wish to request that the Court keep them confidential and not distribute them beyond the judge and the attorneys in the case, you may indicate that on one of the blank pages at the end of this form. (Please identify the specific answer or answers that you believe should remain confidential.) After a jury has been selected, all copies of your responses to the questionnaire will be destroyed, except one copy which the judge will keep.

**DO NOT DISCUSS YOUR QUESTIONS AND ANSWERS OR THE CASE WITH ANYONE, NOW OR UNTIL FURTHER INSTRUCTED BY THE COURT.** You should not discuss the questions or answers with fellow jurors. It is very important that your answers be your own individual answers. More broadly, do not discuss the case with anyone, including the lawyers, your fellow jurors, your family, your friends, or anyone else. Do not communicate about the case in any way, including by text, telephone, e-mail, or social media (like Facebook or Twitter). You must also avoid reading or hearing about the case (or anyone participating in the case) in newspapers, in magazines, on the radio or television, or on the Internet.

**DO NOT READ, WATCH, OR LISTEN TO ANY INFORMATION ABOUT THIS CASE OR CONDUCT YOUR OWN RESEARCH ON THE CASE.** Do not conduct any research into the case (or anyone participating in the case) at any time before your entire jury service has been completed. That includes performing Internet searches, asking other people about the case, reading news stories, books, or reports about the case, or watching films or television programs that relate to the case.

**Juror ID**: _____

## <u>SUMMARY OF THE CASE</u>

**The Court is selecting a jury for an approximately four-week trial beginning April 22, 2022. The trial should end by around Friday, May 20, but may last a few days less or more. We generally will not sit on Fridays.**

This is a civil antitrust case brought by Plaintiff US Airways, Inc. against three defendants (collectively "Sabre").  U.S. Airways is an airline.  Sabre operates a computerized service for certain travel agents to, among other things, book airline tickets.

US Airways contends that Sabre harmed competition and engaged in unlawful monopolization in violation of the federal antitrust laws through certain exclusionary actions.  Sabre disputes this contention and denies that it harmed competition, engaged in unlawful monopolization, or committed exclusionary actions.]

**Juror ID**: _____

1. Name: _____
   <br>First            Middle/Maiden           Last

2. What borough or county do you live in? _____

   Do you live in Queens, Brooklyn or Staten Island?      ❑Yes     ❑No

3. What is your age? _____

4. What is your current employment status?  (*Please check all that apply*)

   ❑ Employed Full-time   ❑ Employed Part-time   ❑ Homemaker    ❑ Looking for work (for how long? _____ )

   ❑ Student    ❑ Disabled    ❑ Retired     ❑ Self-employed    ❑ Unemployed (for how long?_____ )

5. What is your current occupation?  (If you are retired, unemployed, looking for work, or a homemaker, please describe the last job you held outside the home)

   Employer: _____

   Job title: _____ How long you have you held this position: _____

   Job duties/responsibilities: _____

6. List other jobs you have held in the past 5 years, including self-employment, beginning with the most recent.  Please also briefly describe the job duties you had, including whether you were a supervisor.

| Employer | Approx. Dates of Employment | Jobs Held | Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

7. What level of school did you reach?

   ❑ Less than high school    ❑ High school graduate    ❑ Some college      ❑ Trade school

   ❑ Associates Degree    ❑ College graduate     ❑ Post-grad/Masters    ❑ Ph.D./M.D./Ed.D./J.D.

   Degrees: _____ Major areas of study: _____

Juror ID: _____

8.  Who lives with you? (*Please check all that apply*):
    ❑ Spouse or Domestic Partner   ❑ Child or Children ages: _____   ❑ Roommate(s)   ❑ Live Alone

9.  What kind of work do the members of your household do; or if retired, what did they do? _____

    _____

10. Have you ever owned or operated a business?   ❑ Yes   ❑ No

    If **YES**, please describe:_____

    Years of operation: _____

    If the business is not still operating, what is the reason? _____

11. Have you ever worked in a job that paid commission?   ❑ Yes   ❑ No

12. Do you, a family member, or anyone close to you have experience, education, or training involving any of the following?

| | | | | |
|---|---|---|---|---|
| Contracts<br>(drafting, negotiating, reviewing) | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Law | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Marketing | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Sales | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Information Technology | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Computer Programming | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Websites | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Hospitality | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Airlines/Air Travel | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Negotiations | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Accounting | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Broker | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |

    If **YES**, please identify the person and explain: _____

    Please describe the training or experience in any areas checked above for you, a family member, or someone close

    to you: _____

    _____

    _____

13. Have you, a family member, or anyone close to you ever been employed by any of the following (*check all that apply*)?  If **YES**, please explain below.

| | | | | |
|---|---|---|---|---|
| Airline | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Traditional travel agent/agency<br>(e.g., American Express) | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Online booking site<br>(e.g., Expedia, Orbitz, Priceline) | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| Other internet travel site | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| American Airlines, America West | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |
| US Airways | ❑ Self | ❑ Family member | ❑ Someone close | ❑ No |

Juror ID: _____

| | | | |
|---|---|---|---|
| Sabre | ❑ Self | ❑ Family member | ❑ Someone close   ❑ No |
| Travelport, Worldspan, Galileo | ❑ Self | ❑ Family member | ❑ Someone close   ❑ No |
| Amadeus | ❑ Self | ❑ Family member | ❑ Someone close   ❑ No |
| Travel industry | ❑ Self | ❑ Family member | ❑ Someone close   ❑ No |
| Government agency regulating airlines | ❑ Self | ❑ Family member | ❑ Someone close   ❑ No |

If **YES**, please identify the person and explain: _____

How many years of employment: _____   Name of employer: _____

If **YES** for a second person, please identify the person and explain: _____

How many years of employment: _____   Name of employer: _____

14. Have you, a family member, or anyone close to you ever had business dealings with America West, US Airways, or American Airlines?   ❑ Yes, I have   ❑ Yes, a family member has   ❑ Yes, someone close has   ❑ No

    If **YES**, please identify the person, which company and explain:_____

    _____

15. Have you ever flown on US Airways?   ❑ Yes   ❑ No

    Were your experiences generally:   ❑ Positive   ❑ Neutral   ❑ Negative

16. Have you heard of a company called Sabre, a technology company that provides software and services to travel agencies, airlines and other travel-related businesses?   ❑ Yes   ❑ No

    If **YES**, please explain what you heard:_____

17. Have you, a family member, or anyone close to you ever had business dealings with Sabre?

    ❑ Yes, I have          ❑ Yes, a family member has          ❑ Yes, someone close has          ❑ No

    If **YES**, please identify the person and explain:_____

18. Do you directly own, or have you ever directly owned, stock in US Airways, American Airlines, or Sabre?

    ❑ Yes   ❑ No

    If **YES**, which one(s):_____

19. How often did you fly on a commercial airplane before the 2020 pandemic?

    ❑ Very often   ❑ Often   ❑ Sometimes   ❑ Rarely   ❑ Never

20. Was your flying:   ❑ Mostly business   ❑ Mostly pleasure   ❑ Both equally

21. How satisfied have you been with your experiences flying during the pandemic?

    ❑ Satisfied   ❑ Neutral   ❑ Unsatisfied   ❑ Have not flown

22. Which do you use to make airline reservations when you fly (*Check all that apply*)?

    ❑ Travel search sites (e.g., Expedia, Travelocity, Kayak).  If **YES**, which one(s): _____
    ❑ Airline websites
    ❑ Airline telephone reservations
    ❑ American Express Travel

Juror ID: _____

❑ Local travel agent/agency
❑ Cruise or tour company
❑ My company's travel agent
❑ Other (please specify: _____)

23. Do you have one preferred airline?      ❑ Yes      ❑ No      ❑ Not really, I fly many airlines

If **YES**, what airline? _____

24. Which of the following do you think typically has the lowest ticket price?

❑ Airline websites      ❑ Online travel websites      ❑ Other: _____      ❑ Unsure

25. What are the most important travel options that you consider when you are booking your own reservations?  (e.g., which airline, flight times, seating, prices, etc.)

_____

26. What social, civic, professional, labor (including unions), religious, or other organizations do you participate in? ____

_____

27. Are you a leader in any of these organizations?  ❑ Yes      ❑ No

28. Please name where you get your news, i.e., the name of the newspapers, magazines, websites or news apps:

_____

29. What topics do you enjoy reading about in newspapers, books, or magazines? _____

_____

30. What sort of things do you do in your spare time? _____

_____

31. Have you or a member of your household ever been involved in a lawsuit or claim?  (Check all that apply)

❑ Yes, filed lawsuit      ❑ Yes, been sued            ❑ No

❑ Yes, given a deposition and/or testified in court

If **YES:**  Please explain who was involved, the circumstances, and how the lawsuit or claim was resolved:

_____

_____

Did anything happen during the lawsuit or claim that might affect your ability to be fair and impartial in this case? ❑ Yes   ❑ No

If **YES**, please explain: _____

_____

32. Have you ever served on a jury?   ❑ Yes   ❑ No      If **YES**, how many times? _____

If **YES**, did anything happen during jury service that might affect your ability to be fair and impartial in this case?

❑ Yes   ❑ No

If **YES**, please explain: _____

_____

Juror ID: _____

Please describe each case:

| Civil or Criminal | Type of Case (e.g. personal injury, homicide, etc.) | Did you reach a verdict, did the jury hang, or was the case settled? | Were you the jury foreperson? (Y/N) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

33. Have you ever served on a grand jury?  ❑ Yes  ❑ No

    If **YES**, did anything happen during your time as a grand juror that might affect your ability to be fair and impartial in this case? ❑ Yes  ❑ No

    If **YES**, please explain: _____

    _____

    Were you the grand jury foreperson?  ❑ Yes  ❑ No

34. Have you read or heard anything about this lawsuit between US Airways and Sabre? ❑ Yes   ❑ No   ❑ Unsure

    Please describe what you have read or heard: _____

    _____

35. Putting aside this case, have you read or heard anything about any lawsuit involving US Airways, American Airlines, or Sabre? ❑ Yes   ❑ No   ❑ Unsure

    Please describe what you have read or heard: _____

    _____

36. Is there anything about the nature of the arguments summarized on the first page or the parties involved that will make it difficult for you to consider the evidence, the arguments of the attorneys, and the Court's instructions on the law, with an open mind?    ❑ Yes   ❑ No

    If **YES**, please explain: _____

    _____

37. Do you have any difficulty speaking or reading the English language? ❑ Yes   ❑ No   ❑ Unsure

    If **YES** or **UNSURE**, please explain: _____

38. Do you have any difficulty with your sight or hearing that could affect your perception of the trial?

    ❑ Yes  ❑ No  ❑ Unsure

    If **YES** or **UNSURE**, please explain: _____

39. Do you or a family member have a medical condition that may interfere with your ability to serve as a juror?

    ❑ Yes  ❑ No  ❑ Unsure

    If **YES** or **UNSURE**, please explain: _____

40. Are you the primary caretaker for someone in need of daily care or assistance? ❑ Yes   ❑ No

    If **YES**, please explain: _____

41. Will you be paid your regular salary while serving as a juror? ❑ Yes    ❑ No    ❑ Not applicable

Juror ID: _____

42. This trial is expected to last approximately four weeks beginning Friday April 22, 2022, and continuing Monday to

Thursday thereafter.  Do you have a <u>severe</u> hardship that would prevent you from serving as a juror in this case?

❑ Yes   ❑ No   ❑ Unsure

If **YES** or **UNSURE**, please explain: _____

_____

_____

43. Is there any reason (e.g., religious or philosophical) you would you find it difficult to serve as fair and impartial juror

in this case?  ❑ Yes   ❑ No   ❑ Unsure

Please explain: _____

_____

44. Is there anything else that you think the Court or the parties should know about you?  ❑ Yes   ❑ No   ❑ Unsure

If **YES** or **UNSURE**, please explain: _____

_____

45. Have you, a family member or anyone close ever had a personal or professional connection to any of the below
companies or individuals (other than what you have already described above)?  If yes, please circle the name and
explain the nature of the relationship in the lines provided below.

**Companies:**

| | | |
|---|---|---|
| US Airways | Trachtenberg Rodes & Friedberg LLP | Skadden Arps, Slate, Meagher & Flom LLP |
| American Airlines | O'Melveny & Myers LLP | Cleary Gottlieb Steen & Hamilton LLP |
| Sabre | Yetter Coleman, LLP | Cravath, Swaine & Moore LLP |
| Travelport | | |
| Amadeus | | |
| Orbitz | | |

**Individuals:**

| | | | | |
|---|---|---|---|---|
| Al Lenza | David Gross | Jeremy Wertheimer | Madeline Gray | Robert Topel |
| Alex Zoghlin | David Korn | Joel Smith | Madhu Pocha | Rory Leraris |
| Andrew Frackman | David Trachtenberg | Joelle Cuvelier | Mark Burgoz | Rosa ("Romy") Abrantes- Metz |
| Andrew Menkes | Derek Moore | John Gustafson | Mark Zmijewski | Rose Stratford |
| Andrew Nocella | Dhiren Fonseca | John Stow | Matt Beatty | Ryan Travers |
| Andrew Winterton | Dirk Guenther | Joseph Stiglitz | Matt Cummings | Sam Gilliland |
| Anton Melitsky | Douglas Parker | Julia York | Matthew Beatty | Scott Kirby |
| Beverly Goulet | Evan Chesler | Katrina Robson | Mia Gonzalez | Sean Menke |
| Bill Brindle | Evan Kreiner | Kay Dannenmaier | Michael Harbin | Sergei Zaslavsky |
| Boris Bershteyn | Evan Levicoff | Keith Wallis | Michael Koetting | Seth Perelman |
| Brett Berman | Gavin Malloy | Kenneth Reinker | Michael Schmeltzer | Shelly Terry |
| Bridget Blaise-Shamai | George Cary | Kevin Murphy | Mike Qualantone | Stephen Arena |
| Bryce Callahan | Glenn Wallace | Kevin Orsini | Patrick Fitzgerald | Steve Praven |
| Candi Clarke | Graham Wareham | Kim Jirrels | Patrick Jones | Steve Sunshine |
| Carl Malm | Greg Webb | Larry Work-Dembrowski | Peter Barbur | Steven Kaiser |

8

**Juror ID**: _____

| | | | | |
|---|---|---|---|---|
| Charles Sultan | Henry Thumann | Lea Cahill | Peter Moll | Susanna Allen |
| Chris Kroeger | Hugh Jones | Lev Dassin | R. Paul Yetter | Tara Reinhart |
| Chris Wilding | Ian Simmons | Lindsey Sieling | Raj Varadarjan | Timothy O'Neil-Dunne |
| Dan Garton | James Davidson | Lissa Bloomgren | Rich Lowry | Todd Richmond |
| Daniel Kasper | Jason Toothman | Louis Dudney | Robert Brown | Tom Klein |
| David Carney | Jay Jones | Madeline Gray | Robert Jensen | Tom Trenga |
| | | | | Tyler Young |
| | | | | William Hopping |
| | | | | Wyatt Dowling |

*Explain nature of relationship:*

## DECLARATION

I, _____ declare under penalty of perjury that the foregoing answers set forth
  *(print name)*

in this Jury Questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.

Signed this _____ day of April, 2022

_____
  *(signature)*

9

**Juror ID**: _____

You may use this space to finish any answers which you could not fit in the spaces provided above (include Q number):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____