UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD ROSARIO,
                              Plaintiff,

            -against-

CITY OF NEW YORK, et al.,
                            Defendants.
-------------------------------------------------------------X

18 Civ. 4023 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial in this case is scheduled to begin on July 25, 2022, at 9:45 a.m. It is hereby

**ORDERED** that the parties shall appear for a conference to discuss the upcoming trial on **May 25, 2022**, at **5:00 p.m.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: May 24, 2022
         New York, New York

                                                 **LORNA G. SCHOFIELD**
                                           **UNITED STATES DISTRICT JUDGE**