UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD ROSARIO,
                            Plaintiff,

                    -against-                          18 Civ. 4023 (LGS)

                                        ORDER
CITY OF NEW YORK, et al.,
                          Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held in this action on May 25, 2022, to discuss the upcoming jury trial on July 25, 2022. For the reasons discussed at the conference, it is hereby

      **ORDERED** that by **June 3, 2022**, Defendants shall file a letter stating whether they oppose Plaintiff's presentation of more than five alibi witnesses, so long as no additional time is allocated for the testimony of any additional alibi witnesses. It is further

      **ORDERED** that the parties shall appear for a conference on **July 19, 2022**, at **4:00 p.m.**, to discuss any outstanding issues before the trial begins, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: May 26, 2022
       New York, New York

                                                       LORNA G. SCHOFIELD
                                               UNITED STATES DISTRICT JUDGE