

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **HANNAH V. FADDIS**<br>*Senior Counsel*<br>phone: (212) 356-2486<br>fax: (212) 356-1148<br>hfaddis@law.nyc.gov |

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Application GRANTED.** By **July 14, 2022**, the parties shall file a joint letter pursuant to the Court's May 16, 2022, Order (Dkt. No. 376). The Clerk of Court is respectfully directed to close the motion at Docket No. 400.

Dated: July 13, 2022
         New York, New York

L**ORNA** G. S**CHOFIELD**
U**NITED** S**TATES** D**ISTRICT** J**UDGE**

   Re: Rosario v. City of New York, et al.,
      18 Civ. 4023 (LGS)

Your Honor:

  I am one of the attorneys assigned to represent the defendants in this action. Defendants write to respectfully request an extension of time for the parties to file their joint letter regarding the deposition designations for Lymari Leon and Fernando Torres. (ECF No. 376). Plaintiff's counsel consents to this request.

  This request is made due to scheduling conflicts. The undersigned was assigned to the defense of a trial matter which began on June 21, 2022, and unexpectedly continued through July 1, 2022. The undersigned was subsequently on leave from July 5 through July 8, 2022, and not able to confer with opposing counsel regarding this letter. Defendants provided plaintiff with their counter-designations early this morning. In order to permit plaintiff time to respond to those counter-designations and the parties time to prepare a joint letter, defendants are respectfully requesting an enlargement of time to July 14, 2022.

  Defendants thank for Court for its consideration.

               Respectfully submitted,

               Hannah V. Faddis
               *Senior Counsel*
               Special Federal Litigation Division

cc: VIA ECF
   *All Counsel of Record*