```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RICHARD ROSARIO,                                             :
                                        Plaintiff,           :
                                                             :   18 Civ. 4023 (LGS)
                    -against-                                :
                                                             :        ORDER
CITY OF NEW YORK, et al.,                                    :
                                        Defendants.          :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury questionnaire was administered on July 19, 2022, by the Court's Jury Department.

WHEREAS, on July 20, 2022, the parties jointly identified forty-one prospective jurors to be excused for cause, and the parties separately identified additional prospective jurors they respectively requested to be excused for cause. It is hereby

**ORDERED** that the parties' joint application to excuse for cause forty-one prospective jurors is **GRANTED**. It is further

**ORDERED** that Defendants' application to excuse for cause forty-two additional jurors is **GRANTED IN PART** as to the following ten jurors: Juror #1, Juror #20, Juror #29, Juror #32, Juror #47, Juror #85, Juror #90, Juror #91, Juror #101 and Juror #108. Defendants' application to excuse for cause the remaining thirty-two jurors is DENIED, subject to renewal after voir dire. It is further

**ORDERED** that Plaintiff's application to excuse for cause two additional jurors is **DENIED,** subject to renewal after voir dire.

Dated: July 21, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE