```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   RICHARD ROSARIO,                                         :
                                    Plaintiff,              :
                                                            :   18 Civ. 4023 (LGS)
                 -against-                                  :
                                                            :       ORDER
   CITY OF NEW YORK, et al.,                                :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, during a conference on July 19, 2022, Defendants objected to the presentation of Fernando Torres's deposition testimony by video. It is hereby

**ORDERED** that Defendants' objection is SUSTAINED. All of Torres's testimony, shall be read, as it may be confusing for the jury for some of the testimony to be presented by video and some to be presented by reading.

Dated: July 23, 2022
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE