

**Neufeld Scheck & Brustin, LLP**

Tel: [212] 965-9081
Fax: [212] 965-9084

99 Hudson Street, 8th Floor
New York, New York 10013
nsbcivilrights.com

July 27, 2022

**Via ECF**

Honorable Lorna G. Schofield
United States District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

Re: *Rosario v. City of New York, et al.*, Case No. 18-cv-4023

Dear Judge Schofield:

    Plaintiff writes to respectfully request an extension of time with reference to the Court's order dated today, July 27, 2022, at ECF No. 427. That Order requires Plaintiff to file the letters and accompanying exhibits he submitted to Chambers via email on the docket, and specifies that if Plaintiff believes any of the materials contain confidential information, he shall file a motion to seal explaining why the materials should be afforded confidential treatment.

    Pursuant to the Court's earlier order at ECF No. 424, Plaintiff already filed today a letter (at ECF No. 428) explaining why he believes both Defendants' letter at ECF No. 420 and similar letters from any party, including those which Plaintiff emailed to Chambers, warrant confidential treatment and should be filed either under seal for some materials, or publicly with redactions of specific information for other materials.

    Plaintiff respectfully requests permission to file the letters and accompanying exhibits he has emailed to Chambers after the Court rules on Plaintiff's request at ECF No. 428, so Plaintiff need only file his letters on the docket once, with the correct information redacted should the Court rule that redactions are appropriate.

                                                                           Respectfully submitted,

                                                                           */s/ Emma Freudenberger*
                                                                           Emma Freudenberger

                                                                           *Counsel for Plaintiff*

Cc: all counsel (via ECF)