UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    RICHARD ROSARIO,
                              Plaintiff,

                -against-                  18 Civ. 4023 (LGS)

                                    ORDER
    CITY OF NEW YORK, et al.,
                            Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the jury trial in this matter commenced on July 25, 2022. It is hereby

    **ORDERED** that if the parties plan to make any additional applications in anticipation of trial resuming on August 1, 2022, the application(s) and response(s) must be filed by **July 29, 2022**, at **12:00 p.m.**

Dated: July 28, 2022
       New York, New York

                                                      LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE