UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RICHARD ROSARIO,

                        Plaintiff,

-against-                           18 Civ. 4023 (LGS)

                                              ORDER

CITY OF NEW YORK, et al.,

                        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the jury trial in this matter commenced on July 25, 2022.  It is hereby

**ORDERED** that, starting on August 8, 2022, the trial will be conducted from 9:30 a.m. to 5:30 p.m., until testimony is completed.  It is further

**ORDERED** that by **August 8, 2022**, at **9:00 a.m.**, the parties shall email to Chambers an updated joint exhibit list.  It is further

**ORDERED** that summations for each side are limited to one hour.  It is further

**ORDERED** that the charging conference will take place on **August 8, 2022**, at **5:30 p.m.**

Dated: August 5, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**