UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RICHARD ROSARIO,
                          Plaintiff,

           -against-                          18 Civ. 4023 (LGS)

CITY OF NEW YORK, et al.,                    ORDER
                        Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated December 17, 2021 (Dkt. No. 329), Defendants were directed to file proposed special interrogatories before the final charging conference.

      WHEREAS, the final charging conference is scheduled for August 8, 2022, at 5:30 p.m. It is hereby

      **ORDERED** that by **August 8, 2022**, at **9:30 a.m.**, Defendants shall file any proposed special interrogatories. It is further

      **ORDERED** that by **August 9, 2022**, at **8:00 a.m.**, Plaintiff shall file any response.

Dated: August 6, 2022
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE