**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

RICHARD ROSARIO,

        Plaintiff,

  -against-

GARY WHITAKER, CHARLES CRUGER,
RICHARD MARTINEZ, THE CITY OF
NEW YORK,

        Defendants.

18 Civ. 4023 (LGS)

**Verdict Sheet**

**Question 1**

Has plaintiff Richard Rosario proven by a preponderance of the evidence that any of the following defendants caused him to be denied his constitutional rights to due process and a fair trial by (1) fabricating evidence, (2) withholding material favorable evidence, and/or (3) using a suggestive identification procedure?

Gary Whitaker:      Yes  ✓         No  _____

Charles Cruger:     Yes  _____        No  ✓

Richard Martinez:   Yes  _____        No  ✓

**If you answered YES to Question 1 for <u>at least one</u> defendant, then you must answer Question 2.**

**If you answered NO to Question 1 for <u>all</u> defendants, do <u>not</u> answer Question 2. Instead, proceed to Question 3.**

**Question 2**

Has plaintiff proven by a preponderance of the evidence that any of the following defendants failed to intervene when another defendant denied plaintiff the right to due process and a fair trial?

    Gary Whitaker:        Yes _____                No __✓__

    Charles Cruger:        Yes _____                No __✓__

    Richard Martinez:     Yes _____                No __✓__

**Proceed to Question 3.**

**Question 3**

Has plaintiff proven by a preponderance of the evidence that he was maliciously prosecuted by any of the following defendants?

    Gary Whitaker:        Yes __✓__                No _____

    Charles Cruger:        Yes _____                No __✓__

    Richard Martinez:     Yes _____                No __✓__

**Proceed to Question 4.**

**Question 4**

Has plaintiff proven by a preponderance of the evidence that the City of New York is liable for the malicious prosecution of Richard Rosario?  As the Court instructed you, if you answered "yes" as to **any** defendant for Question 3, you must answer "yes" to this question.  If you answered "no" for **all** defendants in Question 3, you must answer "no" to this question.

Yes __✓__

No _____

**If you answered "no" as to all defendants with regard to all of Question 1, Question 2, Question 3 and Question 4 then your deliberations are finished.  Please proceed to the last page of the verdict form.**

**If you answered "yes" to <u>any part</u> of Question 1, Question 2, Question 3 or Question 4, then you must answer Question 5.**

## Question 5

Has plaintiff proven by a preponderance of the evidence that he suffered compensatory damages as a result of any of the following defendants' conduct?

Gary Whitaker:   Yes  ✓            No _____

Charles Cruger:   Yes _____        No ✓

Richard Martinez:   Yes _____       No ✓

**If you answered YES to any part of Question 5, proceed to Question 6.  If you answered NO to all parts of Question 5, then proceed to Question 7.**

## Question 6

Please state the amount of damages Mr. Rosario has proven by a preponderance of the evidence, in accordance with the Court's instructions regarding compensatory damages.

$ 5,000,000

**If you answered YES to any part of Question 5, and you answered Question 6, omit Question 7.  Your deliberations are finished.  Please proceed to the last page of the verdict form.**

## Question 7

State the dollar amount of any nominal damages (not to exceed one dollar) that you award plaintiff.

Nominal damages:   $_____

**Your deliberations are finished.**

3

**Please sign and date this Verdict Sheet, and advise the Court by note that you have reached
a verdict and are ready to return to the courtroom to announce your verdict.**

Dated: August 11 , 2022
New York, NY

1. _____

2. _____

3. _____

4. _Michael Perez_

5. _Alejandra R_

_____
Foreperson

4:27pm

6. _Dropadee Parasram_

7. _____

8. _____

9. _____

10. _____