UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ROSARIO,<br><br>              Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>              Defendants. | 18-cv-4023 (LGS) |

## **PLAINTIFF'S NOTICE OF MOTION FOR ATTORNEY'S FEES AND COSTS**

Plaintiff Richard Rosario, through his undersigned attorneys, will move this Court before the Honorable Lorna G. Schofield, in Courtroom 1106 of the United States District Court for the Southern District of New York, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order awarding attorney's fees and costs pursuant to 42 U.S.C. § 1988, together with such other and further relief as the Court may deem just and proper. Plaintiff's motion is based on the accompanying Memorandum of Law, the accompanying Declaration of Emma Freudenberger and Declaration of Nick Brustin, together with the exhibits identified therein and attached thereto, and all prior pleadings, papers and proceedings had herein.

Dated:  New York, New York
         October 7, 2022

                                        Respectfully submitted,

                                        /s/ Anna Benvenutti Hoffmann
                                        Emma Freudenberger
                                        Nick Brustin
                                        Anna Benvenutti Hoffmann
                                        Amelia Green

Gerardo Romo
Neufeld Scheck & Brustin, LLP
99 Hudson Street, Eighth Floor
New York, NY 10013
(212) 965-9081

*Attorneys for Plaintiff Richard Rosario*

## CERTIFICATE OF SERVICE

I hereby certify that I delivered the foregoing document to all counsel of record by ECF on October 7, 2022.

>Respectfully submitted,
>
>/s/ Gerardo Romo
>
>Gerardo Romo
>*An attorney for Plaintiff Richard Rosario*