# EXHIBIT 12

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

RICHARD ROSARIO,

        Plaintiff,

  -against-

                              18-cv-4023 (LGS)
THE CITY OF NEW YORK, *et al.*,

        Defendants.

## DECLARATION OF AVINASH SAMARTH

I, AVINASH SAMARTH, an attorney admitted to practice in the State of New York and the
Southern District of New York, submit this declaration under penalty of perjury:

1. From 2019 until 2020, I was employed as a fellow at the firm Neufeld Scheck & Brustin,
   LLP, ("NSB") with offices at 99 Hudson Street, 8th Floor, New York, New York 10013.

2. I make this declaration in support of an application for attorneys' fees pursuant to 42
   U.S.C. § 1988, covering the hours I expended on this matter. I am fully familiar with the
   facts discussed herein.

### EDUCATION AND EXPERIENCE

3. I graduated from Yale Law School in 2016, where I was a Senior Editor of the *Yale Law
   & Policy Review*. After graduating, I worked at the Bronx Defenders as a Staff Attorney
   for three years. I joined NSB as a fellow in 2020. As of June 2022, I am now the Associate
   Court Attorney for Judge Wanda Licitra in Bronx Criminal Court. My most recent resume
   is attached as Exhibit A.

4. During my time at NSB, I worked almost exclusively on 42 U.S.C. § 1983 civil rights
   litigation in federal courts around the country. My practice focused on wrongful conviction
   cases such as Richard Rosario's, involving lawsuits against police, prosecutors and/or state
   and municipal crime lab employees for unconstitutional misconduct. This body of law,

1

arising at the intersection of criminal procedure and civil rights, is relatively new and constantly evolving. To my knowledge, NSB is the only firm in the nation litigating these issues full time.

5.  Generally, all these cases involve procedural defenses such as absolute and qualified immunity and require a nuanced understanding of the differences between what it takes to vacate a criminal conviction and the elements of civil liability. In addition, the cases typically involve the same sets of claims, including for fabrication of evidence, *Brady*, and malicious prosecution, and involve similarly flawed inculpatory evidence, including misidentifications caused by suggestive identification procedures. My focus on these issues during my time at NSB, as well as access to NSB's collective knowledge derived from litigating these cases for over twenty years, made my work on this case much more efficient than it otherwise would have been.

6.  On behalf of Plaintiff, I am seeking compensation for my work at a rate of $400 an hour. In my opinion, this requested rate is reasonable in light of the relevant market and my experience and skill.

## WORK IN THIS CASE

7.  I am seeking compensation, on behalf of Plaintiff, for the time I spent on this matter from October 2019 to February 2020.

8.  Under the guidance of my senior colleague, Anna Benvenutti Hoffmann, I was heavily involved in summary judgment briefing, including drafting the 56.1 statement. I also assisted with expert depositions.

9.  As set forth in the billing records attached as Exhibit B, which come from contemporaneously kept timekeeping logs, I am seeking compensation for a total of 143.4 attorney hours in this matter.

10. I have reviewed the attached billing record in its entirety, and made an effort to take a conservative and reasonable approach to the total hours for which I seek compensation. In my judgment, each hour set forth in Exhibit B was necessitated by the circumstances and

reasonably expended in pursuit of the ultimate favorable outcome in this complicated and important civil rights case.

11. I hereby declare under penalty of perjury that the foregoing is true.

Date:  October 5, 2022

New York, NY

AVINASH SAMARTH

# EXHIBIT A

**Avinash Samarth**

███████████████████████████

## EDUCATION

**YALE LAW SCHOOL**, New Haven, CT                                                                         2013 – 2016
- *Activities*: Clinical Student Board (*Chair*); Yale Civil Rights Project (*Civil Liberties Chair*); Yale Law & Policy Review (*Senior Editor*); Yale Journal of Law and Technology (*Editor*); Green Haven Prison Project (*Member*).
- *Awards*: C. LaRue Munson Prize (for excellence in presenting cases under law school clinical programs).

**UNIVERSITY OF PENNSYLVANIA**, Philadelphia, PA                                                        2007 – 2011
- Bachelor of Arts in Philosophy, Politics, and Economics (PPE), *summa cum laude*, with distinction.
- *Honors Societies*: Phi Beta Kappa, John Marshall.

## RECENT EXPERIENCE

**NEIGHBORHOOD DEFENDER SERVICE OF HARLEM**, New York, NY
*Staff Attorney*                                                                                            2020 – 2022
- Defend 50-70 people at a time from criminal and collateral penalties on all types of felony and misdemeanor cases.
- Litigate each case from arraignment to disposition. Argue bail applications, motions to suppress, motions to dismiss, and motions controverting digital forensic searches. Conduct suppression hearings and trials.
- Write mitigation letters and counsel clients through diversion and alternative-to-incarceration programming.

**NEUFELD SCHECK & BRUSTIN, LLP**, New York, NY                                                        2019 – 2020
*Fellow*
- Represented wrongfully convicted persons in state and federal civil lawsuits. Drafted civil complaints, motions to compel discovery, responses to motions to dismiss, and demands for discovery.

**THE BRONX DEFENDERS**, Bronx, NY                                                                        2016 – 2019
*Staff Attorney*
- Defended nearly 1,000 people accused of misdemeanors and felonies from criminal and collateral penalties.
- Won eight misdemeanor trials and three suppression hearings. Won over fifteen pretrial motions to dismiss for facial insufficiency, for speedy-trial violations, or in the interests of justice.
- Successfully briefed and argued an appeal before the Appellate Term, First Judicial Department of New York.
- Supervised and evaluated law student interns. Assisted in training new attorneys. Served as an office writing tutor.

**MEDIA FREEDOM AND INFORMATION ACCESS CLINIC, YALE LAW SCHOOL**, New Haven, CT
*Law Student Intern*                                                                                        2015 – 2016
- With three other students, handled all aspects of three Freedom of Information Act (FOIA) civil lawsuits.

**THE BRONX DEFENDERS**, Bronx, NY
*Legal Intern*                                                                                                     2015
- Interviewed people held at arraignments and argued for their release. Researched and wrote motions to dismiss and mitigation letters. Analyzed and summarized over 600 discovery documents for a homicide case.

**JEROME N. FRANK LEGAL SERVICES ORGANIZATION, YALE LAW SCHOOL**, New Haven, CT
*Law Student Intern, Criminal Justice Clinic*                                                              2014 – 2016
*Co-Director*
- Represented people from arraignment to dismissal in New Haven courts.
- Wrote clemency petitions and won immediate release for three people from federal drug sentences, including two from life-without-parole sentences.

*Law Student Intern, Educational Opportunity and Juvenile Justice Clinic*                                  2014 – 2016
- Represented children in expulsion hearings before the New Haven Public School District.

**FEDERAL DEFENDERS OF NEW YORK, EASTERN DISTRICT OF NEW YORK**, Brooklyn, NY
*Legal Intern*                                                                                                     2014
- Interviewed clients, wrote sentencing and plea negotiation letters, and analyzed discovery documents.
- Secured a deferred prosecution and a time-served sentence. Researched and wrote motions to suppress.

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**, New York, NY
*Paralegal, National Security Project / Legal Assistant, Speech, Privacy, and Technology Project*          2011 – 2013

# EXHIBIT B

**ALL HOURS**

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|------|--------|--------|----------|-------------|----------|-------------|
| 16-Oct-19 | Avinash Samarth | Rosario (Richard) | Meeting | Dep prep meeting with Nick and Rick | 0:30 | 0.5 |
| 18-Oct-19 | Avinash Samarth | Rosario (Richard) | Deposition | Fayer dep | 3:00 | 3.0 |
| 18-Oct-19 | Avinash Samarth | Rosario (Richard) | Deposition | Fayer dep | 1:30 | 1.5 |
| 4-Dec-19 | Avinash Samarth | Rosario (Richard) | Meeting | Meeting with Anna, Emma, Ali, Bettina re: MSJ | 0:48 | 0.8 |
| 18-Dec-19 | Avinash Samarth | Rosario (Richard) | Meeting | Meeting with Rick, Nick, Anna, Ali | 1:00 | 1.0 |
| 18-Dec-19 | Avinash Samarth | Rosario (Richard) | Digest | digest whitaker | 1:00 | 1.0 |
| 19-Dec-19 | Avinash Samarth | Rosario (Richard) | Digest | digest whitaker | 2:30 | 2.5 |
| 19-Dec-19 | Avinash Samarth | Rosario (Richard) | Digest | digest whitaker | 0:30 | 0.5 |
| 19-Dec-19 | Avinash Samarth | Rosario (Richard) | Digest | digest whitaker | 0:30 | 0.5 |
| 19-Dec-19 | Avinash Samarth | Rosario (Richard) | Digest | digest whitaker | 1:30 | 1.5 |
| 20-Dec-19 | Avinash Samarth | Rosario (Richard) | Meeting | SJ meeting with Rick, Nick, and Anna | 2:20 | 2.3 |
| 27-Dec-19 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 drafting | 4:30 | 4.5 |
| 30-Dec-19 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 statement drafting | 1:50 | 1.8 |
| 30-Dec-19 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 statement | 2:30 | 2.5 |
| 4-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 7:32 | 7.5 |
| 5-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 3:58 | 4.0 |
| 6-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 2:06 | 2.1 |
| 6-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 2:45 | 2.8 |
| 7-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 3:30 | 3.5 |
| 8-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 4:18 | 4.3 |
| 9-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 5:58 | 6.0 |
| 10-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 5:45 | 5.8 |
| 10-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 6:00 | 6.0 |
| 13-Jan-20 | Avinash Samarth | Rosario (Richard) | Meeting | 56.1/SJ meeting | 1:30 | 1.5 |
| 13-Jan-20 | Avinash Samarth | Rosario (Richard) | Phone Call | meet w/ AF, RS | 0:18 | 0.3 |
| 14-Jan-20 | Avinash Samarth | Rosario (Richard) | Meeting | meeting with rick re: 56.1 | 1:40 | 1.7 |
| 15-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 7:18 | 7.3 |
| 16-Jan-20 | Avinash Samarth | Rosario (Richard) | Meeting | 56.1/SJ meeting | 1:20 | 1.3 |
| 16-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | letter motion drafting | 1:30 | 1.5 |
| 16-Jan-20 | Avinash Samarth | Rosario (Richard) | Meeting | Meet w/ RS, AF re: MSJ | 0:12 | 0.2 |

| 17-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | letter motion drafting | 3:20 | 3.3 |
|---|---|---|---|---|---|---|
| 21-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ letter draft | 2:19 | 2.3 |
| 21-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ letter draft | 1:00 | 1.0 |
| 21-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ letter draft | 0:42 | 0.7 |
| 22-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ letter draft | 0:34 | 0.6 |
| 22-Jan-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ letter draft | 1:12 | 1.2 |
| 27-Jan-20 | Avinash Samarth | Rosario (Richard) | Meeting | Meet w/ ABH , BR, RS, AF re: MSJ response | 1:00 | 1.0 |
| 3-Feb-20 | Avinash Samarth | Rosario (Richard) | Meeting | Meet w/ RS re: MSJ response | 0:12 | 0.2 |
| 3-Feb-20 | Avinash Samarth | Rosario (Richard) | Meeting | Meet w/ Rick re: R 56.1 statement | 0:18 | 0.3 |
| 7-Feb-20 | Avinash Samarth | Rosario (Richard) | Meeting | with bettina, rick, anna, ali | 1:00 | 1.0 |
| 7-Feb-20 | Avinash Samarth | Rosario (Richard) | Digest | | 3:00 | 3.0 |
| 10-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ brief outline | 4:37 | 4.6 |
| 10-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ brief outline | 0:32 | 0.5 |
| 10-Feb-20 | Avinash Samarth | Rosario (Richard) | Meeting | with bettina, anna, emma, nick, rick | 1:30 | 1.5 |
| 10-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | MSJ outline | 0:31 | 0.5 |
| 13-Feb-20 | Avinash Samarth | Rosario (Richard) | Meeting | SJ meeting | 0:25 | 0.4 |
| 13-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 4:45 | 4.8 |
| 13-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 2:00 | 2.0 |
| 14-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 2:08 | 2.1 |
| 14-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 4:04 | 4.1 |
| 15-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 | 7:44 | 7.7 |
| 16-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 affirmative citecheck | 1:51 | 1.9 |
| 16-Feb-20 | Avinash Samarth | Rosario (Richard) | Research | rejoining silverman research | 1:38 | 1.6 |
| 16-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | responsive 56.1 review | 2:07 | 2.1 |
| 17-Feb-20 | Avinash Samarth | Rosario (Richard) | Research | MSJ research | 7:01 | 7.0 |
| 18-Feb-20 | Avinash Samarth | Rosario (Richard) | Meeting | brief | 1:42 | 1.7 |
| 19-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 cites | 1:47 | 1.8 |
| 21-Feb-20 | Avinash Samarth | Rosario (Richard) | Draft | 56.1 drafting and filing | 4:45 | 4.8 |

| **Total** | **143.4** |
|---|---|