# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD ROSARIO,<br><br>Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK, *et al.*,<br><br>Defendants. | 18-cv-4023 (LGS) |

## DECLARATION OF GERARDO ROMO

I, GERARDO ROMO, an attorney admitted to practice in the State of New York and the Southern District of New York, submit this declaration under penalty of perjury:

1. I am an associate at the firm Neufeld Scheck & Brustin, LLP ("NSB"), with offices at 99 Hudson Street, 8th Floor, New York, New York 10013.

2. I make this declaration in support of an application for attorneys' fees pursuant to 42 U.S.C. § 1988, covering the hours I expended on this matter. I am fully familiar with the facts discussed herein.

### EDUCATION AND EXPERIENCE

3. I graduated from New York University Law School in 2019. While in law school, I served as an Executive Editor for the *NYU Law Review*, was a Latinx Rights Scholar, and was recognized as an Arthur Garfield Hays Civil Liberties Fellow. After my graduation, I joined the Racial Justice Program of the American Civil Liberties Union as a Marvin M. Karpatkin Fellow. I then clerked for the Honorable James L. Cott in the Southern District of New York. In September 2021, I joined NSB as an associate. My resume is attached as Exhibit A.

1

4. At NSB, I work almost exclusively on 42 U.S.C. § 1983 civil rights litigation in federal courts around the country. My practice focuses on wrongful conviction cases such as Richard Rosario's, involving lawsuits against police, prosecutors and/or state and municipal crime lab employees for unconstitutional misconduct. This body of law, arising at the intersection of criminal procedure and civil rights, is relatively new and constantly evolving. To my knowledge, NSB is the only firm in the nation litigating these issues full time.

5. Generally, all these cases involve procedural defenses such as absolute and qualified immunity and require a nuanced understanding of the differences between what it takes to vacate a criminal conviction and the elements of civil liability. In addition, the cases typically involve the same sets of claims, including for fabrication of evidence, *Brady*, and malicious prosecution, and involve similarly flawed inculpatory evidence, including misidentifications caused by suggestive identification procedures. My focus on these issues at NSB, as well as access to NSB's collective knowledge derived from litigating these cases for over twenty years, made my work on this case much more efficient than it otherwise would have been.

6. On behalf of Plaintiff, I am seeking compensation for my work at a rate of $350 an hour. In my opinion, this requested rate is reasonable in light of the relevant market and my experience and skill.

**WORK IN THIS CASE**

7. I am seeking compensation, on behalf of Plaintiff, for the time I spent on this matter from December 2021 through October 2022.

8. Under the guidance of my senior colleagues, Emma Freudenberger, Nick Brustin, and Anna Benvenutti Hoffmann, I helped prepare Mr. Rosario for his direct and cross-examinations, supervised the paralegals and interns in the case, helped prepare for trial, drafted

pretrial materials, drafted various letters to the Court, met and coordinated with witnesses and experts, and helped prepare Dr. Agharkar for his direct and cross-examinations. During trial, I was heavily involved in preparing each day and drafting motions and letters to the Court, in addition to preparing, organizing, and setting up trial exhibit display.

9. As set forth in the billing records attached as Exhibit B, Chart 1, which come from contemporaneously kept timekeeping logs, I am seeking compensation for a total of 381.3 attorney hours in this matter, excluding my work on this fee application.

10. I have reviewed the attached billing record in its entirety, and made an effort to take a conservative and reasonable approach to the total hours for which I seek compensation. In my judgment, each hour set forth in Exhibit B, Chart 1 was necessitated by the circumstances and reasonably expended in pursuit of the ultimate favorable outcome in this complicated and important civil rights case.

## WORK ON THE FEE APPLICATION

11. I am also seeking compensation for the time I spent on the § 1988 fee application in this case.

12. In connection with this fee petition, I prepared supporting affidavits, drafted the memorandum of law in support of our request, and reviewed time detail of the attorneys, paralegals and law clerks that worked on this case.

13. As set forth in the billing records attached as Exhibit B, Chart 2, which come from contemporaneously kept timekeeping logs, I am seeking compensation for a total of 54.6 hours for working on this fee application.

14. I have reviewed the attached billing record in its entirety, and made an effort to take a conservative and reasonable approach to the total hours for which I seek compensation. In my

judgment, each hour set forth in Exhibit B, Chart 2 was necessitated by the circumstances and reasonably expended in pursuit of the ultimate favorable outcome in this complicated and important civil rights case.

15. I hereby declare under penalty of perjury that the foregoing is true.

Date: October 7, 2022
      New York, NY

_____
GERARDO ROMO

4

# EXHIBIT A

# GERARDO ROMO

## EDUCATION

**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, NY
J.D., May 2019
Honors: Latinx Rights Scholar – for leadership, academic excellence, and public service
Arthur Garfield Hays Civil Liberties Program, *Tom Stoddard Fellow for LGBT Rights*
*NYU Law Review*, Executive Editor
Marsha P. Johnson & Sylvia Rivera Leadership Award – for service to LGBTQ community
Law Alumni of Color Association Clinical Service Convocation Award
Dean John Sexton Convocation Prize – for outstanding service to the Law School
Activities: OUTLaw, Co-Chair
Latinx Law Students Association, Political Action & Community Service Chair
Coalition on Law & Representation, Leadership Collective
Law Students for Justice in Palestine, Board Member & Treasurer
Lawyering Teaching Assistant

**COLUMBIA UNIVERSITY**, New York, NY
Bachelor of Arts in Ethnic Studies with minor in Women's, Gender, and Sexuality Studies, May 2014
Honors: King's Crown Leadership Award (Building Bridges 2013, Indelible Mark 2014)
LGBTQ Community Leader Award (2012, 2013, 2014)
Activities: Proud Colors (LGBT people of color student group), Executive Board Member
Chicano Caucus, Community Chair, Political Chair, Gender & Sexuality Chair

## EXPERIENCE

**NEUFELD SCHECK & BRUSTIN, LLP**, New York, NY
*Johnnie L. Cochran Civil Rights Fellow*, September 2021 – Present

**HON. JAMES L. COTT, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**, New York, NY
*Law Clerk*, September 2020 – September 2021

**RACIAL JUSTICE PROGRAM, AMERICAN CIVIL LIBERTIES UNION**, New York, NY
*Marvin M. Karpatkin Fellow*, August 2019 – August 2020
Drafted memoranda, motions, and writs and defended expert deposition in Fair Housing Act case challenging discriminatory criminal records screenings and occupancy restriction. Drafted successful letter brief in FOIA discovery matter resulting in order that government provide documents at four times its usual rate. Briefed Congresspeople and their staffs to advocate for their further oversight of the FBI. Drafted memoranda and met and conferred with government attorneys in FOIA matters. Partnered with community groups to investigate criminalization of youth of color in schools. Drafted model letters for affiliates regarding hate crimes & racial impact of COVID-19. Supervised summer legal interns.

**SEX WORKERS PROJECT, URBAN JUSTICE CENTER**, New York, NY
*Immigration Legal Intern*, January – May 2019
Prepared U visa, employment authorization renewal, and adjustment of status applications and affidavits with LGBT clients. Met with Spanish-speaking clients to translate and confirm affidavits to support their immigration applications. Researched NY sealing laws for sex work decriminalization campaign.

**CENTER FOR CONSTITUTIONAL RIGHTS**, New York, NY
*Legal Intern*, September – December 2018
Wrote memoranda regarding the extraterritorial application of the Due Process Clause at the U.S-Mexico border as it relates to the denial of asylum, First Amendment retaliation cases on behalf of organizations, and the history and use of Immigration and Nationality Act (INA) § 212(f).

# GERARDO ROMO

**PROFESSOR ALINA DAS**, **NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, NY
*Research Assistant*, June 2018 – January 2019
Wrote memoranda on the history of anti-Blackness and immigration law and the criminalization of Muslim immigrants in the United States through immigration policy.

**IMMIGRANT RIGHTS CLINIC, NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, NY
*Student Advocate*, August 2017 – May 2019
Co-drafted briefs and argued *Hylton v. Sessions* in the Second Circuit, which held that NYPL § 221.45 is not an aggravated felony under the INA. Co-wrote amicus brief in Second and Fourth Circuits on behalf of former immigration judges regarding *Pereira v. Sessions*. Co-wrote brief in Second Circuit challenging denial of asylum and motion to reopen. Co-drafted writs of habeas corpus. Co-drafted motion to reopen asylum claims for 12-year-old Salvadoran client. Co-wrote successful motion and reply brief for stays of removal. Co-drafted community-based curriculum on the school-to-deportation pipeline with Black Alliance for Just Immigration.

**CRIMINAL LAW REFORM PROJECT, AMERICAN CIVIL LIBERTIES UNION**, New York, NY
*Legal Intern*, June – August 2018
Wrote memoranda on tort claims for bounty hunters and their insurers, on *Younger* abstention doctrine, and the *Rooker-Feldman* doctrine for § 1983 claims when habeas relief is unavailable. Assisted with preparation of witnesses for TRO hearing for a lawsuit in Dallas, TX challenging wealth-based pre-trial detention scheme.

**IMMIGRANT DEFENSE PROJECT**, New York, NY
*Legal Intern*, June – August 2017
Drafted advice for criminal lawyers on the immigration consequences of their clients' criminal convictions. Wrote memorandum on the success of habeas corpus writs in remedying conditions of confinement in prisons. Drafted practice note for challenging evidence of gang-related activity at immigration court bond hearings. Researched racial disparities in pre-trial detention and juvenile detention for Second Circuit amicus brief. Collected and organized data related to ICE raids in New York City for ICE raids map.

**BRONX DEFENDERS**, Bronx, NY
*LGBTQ Working Group Legal Intern*, September 2016 – April 2017
Analyzed internal documents to make more inclusive and relevant to transgender and gender non-conforming clients. Compiled resources for LGBT clients.

**CENTER FOR APPELLATE LITIGATION**, New York, NY
*Paralegal*, January 2015 – August 2016
Drafted appellate briefs for sentence reductions. Wrote parole packets to NY State prison parole boards. Translated lawyer-client meetings. Visited and interviewed clients in prisons and on Rikers Island. Wrote letters advocating for incarcerated clients' medical and safety needs.

**ADMISSIONS**
Admitted to practice in New York, Southern District of New York, Eastern District of New York, and District of Colorado.

# EXHIBIT B

## CHART 1
## SUBSTANTIVE HOURS

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|---|---|---|---|---|---|---|
| 8-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | case materials | 1:06 | 1.1 |
| 8-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | case materials | 1:18 | 1.3 |
| 9-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting emma, anna, nick, katie, cam | 1:40 | 1.7 |
| 9-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | katie, cam, | 0:45 | 0.8 |
| 9-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | case materials | 0:36 | 0.6 |
| 9-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | Richard digest | 1:18 | 1.3 |
| 10-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | richard topic digest | 6:42 | 6.7 |
| 11-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | richard digest | 5:30 | 5.5 |
| 12-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | richard by topic digest | 4:06 | 4.1 |
| 13-Dec-21 | Gerardo Romo | Rosario (Richard) | Digest | richard topic prep | 6:06 | 6.1 |
| 14-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | by topic digest | 8:00 | 8.0 |
| 15-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | on designation kayla, katie, nick, emma, anna | 1:46 | 1.8 |
| 15-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | silverman designation | 0:24 | 0.4 |
| 15-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | update stip | 0:20 | 0.3 |
| 15-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting anna nick cam katie kayla | 0:30 | 0.5 |
| 15-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | trial protocol | 0:30 | 0.5 |
| 15-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | list of objections re richard | 0:30 | 0.5 |
| 16-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | limine rulings on richard | 0:30 | 0.5 |
| 16-Dec-21 | Gerardo Romo | Rosario (Richard) | Court appearance | pretrial conferenfce | 2:00 | 2.0 |
| 16-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | export report | 0:18 | 0.3 |
| 17-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | with richard and nick | 0:54 | 0.9 |
| 17-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | prep with richard and nick | 0:41 | 0.7 |
| 17-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter on nominal damages | 2:30 | 2.5 |
| 17-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | notes/digest 12.17 meeting | 0:54 | 0.9 |
| 17-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | expert report | 0:06 | 0.1 |
| 19-Dec-21 | Gerardo Romo | Rosario (Richard) | Research | letter jury nominal charges | 1:30 | 1.5 |
| 20-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter on damages | 4:42 | 4.7 |
| 20-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting on desig anna, emma, kayla, katie | 0:32 | 0.5 |
| 20-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | cover letter on desigantions | 2:48 | 2.8 |
| 21-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | dep desig | 0:48 | 0.8 |
| 21-Dec-21 | Gerardo Romo | Rosario (Richard) | Court appearance | pretrial conference | 1:47 | 1.8 |

| Date | Timekeeper | Client | Activity | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 21-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | cover letter dep desig | 0:18 | 0.3 |
| 21-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting, katie, nick, anna, emma, kayla | 0:27 | 0.5 |
| 22-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | meet and confer | 1:00 | 1.0 |
| 22-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | joint letter | 2:06 | 2.1 |
| 22-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter on jury | 3:00 | 3.0 |
| 23-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | joint letter | 1:24 | 1.4 |
| 23-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | expert reports on damages | 3:06 | 3.1 |
| 23-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter on jury names | 0:12 | 0.2 |
| 24-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter on jury list | 1:23 | 1.4 |
| 27-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | notes on 12.17 meeting/ outline | 1:48 | 1.8 |
| 27-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | expert dep digests | 3:06 | 3.1 |
| 27-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | expert testimony with PTSD | 3:12 | 3.2 |
| 28-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | organize notes on richard prep | 0:30 | 0.5 |
| 28-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | parker by topic digest | 0:42 | 0.7 |
| 28-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | opening | 0:18 | 0.3 |
| 28-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | organize notes from meeting with richard | 1:00 | 1.0 |
| 28-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | prep with richard | 2:42 | 2.7 |
| 28-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting nick emma, anna katie | 2:56 | 2.9 |
| 29-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | february robbbery docs | 0:30 | 0.5 |
| 29-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter on reconsideration | 2:54 | 2.9 |
| 29-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | richard direct | 0:42 | 0.7 |
| 29-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | topic digist parker | 0:42 | 0.7 |
| 29-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter in deposition dep | 0:54 | 0.9 |
| 29-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | with julian mo, kayla, katie on trial exhibit | 0:45 | 0.8 |
| 30-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | prep with richard | 2:00 | 2.0 |
| 30-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | letter on dep designations | 0:25 | 0.4 |
| 30-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | organize notes from richard prep | 1:00 | 1.0 |
| 30-Dec-21 | Gerardo Romo | Rosario (Richard) | Prep | parker by topic digest | 2:36 | 2.6 |
| 31-Dec-21 | Gerardo Romo | Rosario (Richard) | Review | opening | 0:30 | 0.5 |
| 31-Dec-21 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting nick anna emma katie cam | 1:30 | 1.5 |
| 31-Dec-21 | Gerardo Romo | Rosario (Richard) | Draft | topic digest parker | 3:06 | 3.1 |
| 3-Jan-22 | Gerardo Romo | Rosario (Richard) | Prep | parker by topic digest | 1:54 | 1.9 |
| 3-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | by topic digest Fayer | 1:48 | 1.8 |
| 4-Jan-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting next steps katie cam anna nick emma | 0:25 | 0.4 |

| Date | Timekeeper | Client | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 4-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | by topic digest fayer | 1:54 | 1.9 |
| 5-Jan-22 | Gerardo Romo | Rosario (Richard) | Meeting | meet and confer | 0:16 | 0.3 |
| 5-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | fayer by topic | 3:54 | 3.9 |
| 6-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | by topic fayer | 1:06 | 1.1 |
| 9-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | fayer by topic digest | 1:12 | 1.2 |
| 10-Jan-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting katie, anna, cam, kayla, emma, nick | 0:45 | 0.8 |
| 10-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | by topic fayer | 3:30 | 3.5 |
| 11-Jan-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting emma, cam, katie | 0:20 | 0.3 |
| 11-Jan-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting on demonstratives | 0:24 | 0.4 |
| 11-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | fayer by topic | 3:42 | 3.7 |
| 11-Jan-22 | Gerardo Romo | Rosario (Richard) | Review | disciplinary history / SHU | 1:06 | 1.1 |
| 12-Jan-22 | Gerardo Romo | Rosario (Richard) | Review | prison records | 0:30 | 0.5 |
| 12-Jan-22 | Gerardo Romo | Rosario (Richard) | Review | bad acts | 0:42 | 0.7 |
| 12-Jan-22 | Gerardo Romo | Rosario (Richard) | Meeting | prep with richard | 1:55 | 1.9 |
| 12-Jan-22 | Gerardo Romo | Rosario (Richard) | Court appearance | PTC | 1:05 | 1.1 |
| 13-Jan-22 | Gerardo Romo | Rosario (Richard) | Adminstrative | technoloy form | 0:30 | 0.5 |
| 13-Jan-22 | Gerardo Romo | Rosario (Richard) | Draft | nicole torres letter | 0:06 | 0.1 |
| 13-Jan-22 | Gerardo Romo | Rosario (Richard) | Review | 1992 arrest | 0:42 | 0.7 |
| 13-Jan-22 | Gerardo Romo | Rosario (Richard) | Meeting | with Anna on expert prep | 0:15 | 0.3 |
| 13-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | parker digest | 3:12 | 3.2 |
| 14-Jan-22 | Gerardo Romo | Rosario (Richard) | Court appearance | conference | 0:30 | 0.5 |
| 14-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | parker digest | 2:48 | 2.8 |
| 18-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | parker | 1:18 | 1.3 |
| 18-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | parker | 1:12 | 1.2 |
| 19-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | parker | 3:30 | 3.5 |
| 20-Jan-22 | Gerardo Romo | Rosario (Richard) | Digest | parker | 4:06 | 4.1 |
| 27-Apr-22 | Gerardo Romo | Rosario (Richard) | Meeting | meet and confer re jury instructions | 0:19 | 0.3 |
| 10-May-22 | Gerardo Romo | Rosario (Richard) | Meeting | emma kaitie nick amelia anna cam | 0:30 | 0.5 |
| 10-May-22 | Gerardo Romo | Rosario (Richard) | Review | expert docs | 0:30 | 0.5 |
| 18-May-22 | Gerardo Romo | Rosario (Richard) | Review | order on jury questionairre | 0:12 | 0.2 |
| 19-May-22 | Gerardo Romo | Rosario (Richard) | Draft | jury questionairre | 1:42 | 1.7 |
| 25-May-22 | Gerardo Romo | Rosario (Richard) | Court appearance | court meeting | 0:37 | 0.6 |
| 26-May-22 | Gerardo Romo | Rosario (Richard) | Draft | jury questionnaire | 0:12 | 0.2 |
| 26-May-22 | Gerardo Romo | Rosario (Richard) | Adminstrative | coordinate meeting with richard and agharkar | 0:23 | 0.4 |

| Date | Name | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 31-May-22 | Gerardo Romo | Rosario (Richard) | Draft | juror questionairre | 1:42 | 1.7 |
| 31-May-22 | Gerardo Romo | Rosario (Richard) | Draft | juror questionnaire | 0:42 | 0.7 |
| 31-May-22 | Gerardo Romo | Rosario (Richard) | Meeting | anna and emma jury questionaiire | 0:30 | 0.5 |
| 3-Jun-22 | Gerardo Romo | Rosario (Richard) | Draft | juror questionnaire | 1:42 | 1.7 |
| 3-Jun-22 | Gerardo Romo | Rosario (Richard) | Draft | juror questionnaire | 0:12 | 0.2 |
| 6-Jun-22 | Gerardo Romo | Rosario (Richard) | Adminstrative | facilitate richard meeting with | 0:10 | 0.2 |
| 14-Jun-22 | Gerardo Romo | Rosario (Richard) | Meeting | opening feed back | 2:23 | 2.4 |
| 14-Jun-22 | Gerardo Romo | Rosario (Richard) | Review | review opening | 0:42 | 0.7 |
| 15-Jun-22 | Gerardo Romo | Rosario (Richard) | Meeting | review opening with office | 2:10 | 2.2 |
| 16-Jun-22 | Gerardo Romo | Rosario (Richard) | Meeting | onboarding new team members | 0:30 | 0.5 |
| 16-Jun-22 | Gerardo Romo | Rosario (Richard) | Meeting | meet and confer emma katie cam opp counsel | 0:15 | 0.3 |
| 5-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | kattie emma cam | 0:20 | 0.3 |
| 6-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | nick/amelia | 0:20 | 0.3 |
| 6-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting nick amelia emma katie cam | 0:32 | 0.5 |
| 6-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | MIL on crim | 0:18 | 0.3 |
| 7-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | crim bad acts mil | 0:54 | 0.9 |
| 8-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | richard dep | 0:36 | 0.6 |
| 8-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | richard nick amelia prep | 1:45 | 1.8 |
| 10-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | bad acts ruling | 1:30 | 1.5 |
| 12-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | prep with richard, nick amelia | 1:50 | 1.8 |
| 12-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | exp reports | 1:00 | 1.0 |
| 12-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | expert report | 0:30 | 0.5 |
| 13-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | bad acts, experts, rulings | 3:30 | 3.5 |
| 14-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | email on conference | 0:40 | 0.7 |
| 14-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | joint letter | 2:24 | 2.4 |
| 14-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | prep with richard | 2:00 | 2.0 |
| 15-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | email bad acts/texts | 0:42 | 0.7 |
| 15-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | events for damages | 5:36 | 5.6 |
| 16-Jul-22 | Gerardo Romo | Rosario (Richard) | Prep | prep with richard, notes | 1:30 | 1.5 |
| 17-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | richard, verizon, apple | 1:00 | 1.0 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting re: trial | 1:00 | 1.0 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | email re courtroom logisitics | 0:10 | 0.2 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | call w/Katie | 0:16 | 0.3 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | richard/verizon | 0:40 | 0.7 |

| Date | Name | Client | Activity | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | Deputy clerk on courtroom | 0:30 | 0.5 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | letter for text messages | 0:15 | 0.3 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | call/email with expert | 0:17 | 0.3 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Research | apple/verizon policies on retrieving data | 0:28 | 0.5 |
| 18-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | rulings on sanchez patrakaus | 1:18 | 1.3 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | instructions on juror questionaire | 0:42 | 0.7 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | call with jerry celphone expert | 0:10 | 0.2 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | ruling on petrauskas / sanchez | 2:12 | 2.2 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | richard direct | 0:36 | 0.6 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting prep court conference | 1:00 | 1.0 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Court appearance | court conference | 1:10 | 1.2 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | anna nick amelai bad acts | 0:30 | 0.5 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting after conference | 1:01 | 1.0 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | richard admissions criminal histroyt | 0:24 | 0.4 |
| 19-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | letter on bad acts to court | 3:36 | 3.6 |
| 20-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | sources of bad acts crim history | 1:24 | 1.4 |
| 20-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | tech walk thru hannah and street | 0:21 | 0.4 |
| 20-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | 1992 charge/edits to letter on bad acts | 2:06 | 2.1 |
| 20-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeing letter on bad acts nick emma amelia anna | 0:30 | 0.5 |
| 20-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | changes to letter | 1:12 | 1.2 |
| 20-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | criminal history | 0:54 | 0.9 |
| 20-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | opening | 0:36 | 0.6 |
| 21-Jul-22 | Gerardo Romo | Rosario (Richard) | Digest | Sanchez | 2:00 | 2.0 |
| 21-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | opening | 0:36 | 0.6 |
| 21-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | damages openign | 0:37 | 0.6 |
| 21-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | testimony on martinez/ opening | 0:54 | 0.9 |
| 22-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | court room walk through | 0:55 | 0.9 |
| 22-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeeting | 0:59 | 1.0 |
| 22-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | time for silverman | 1:06 | 1.1 |
| 22-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | fernando dep | 0:30 | 0.5 |
| 23-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | prison files | 0:24 | 0.4 |
| 23-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | phone call amelia on expert | 0:36 | 0.6 |
| 24-Jul-22 | Gerardo Romo | Rosario (Richard) | Phone Call | agharkar amelia nick | 0:57 | 1.0 |
| 24-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | jury consultants | 1:40 | 1.7 |

| Date | Timekeeper | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 24-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | with expert dysart | 1:55 | 1.9 |
| 24-Jul-22 | Gerardo Romo | Rosario (Richard) | Research | juror reserach | 1:54 | 1.9 |
| 24-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | jury infor | 1:12 | 1.2 |
| 25-Jul-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 9:00 | 9.0 |
| 25-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | letter on sanctions | 3:00 | 3.0 |
| 25-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting team | 1:00 | 1.0 |
| 25-Jul-22 | Gerardo Romo | Rosario (Richard) | Prep | trial prep tasks | 0:55 | 0.9 |
| 27-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | letter on bad acts | 3:06 | 3.1 |
| 27-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | edits on bad acts letter | 1:06 | 1.1 |
| 27-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | plan on witnesses | 0:06 | 0.1 |
| 27-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting then meeting with katie cam then amelia | 1:40 | 1.7 |
| 27-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting | 1:00 | 1.0 |
| 27-Jul-22 | Gerardo Romo | Rosario (Richard) | Prep | review cruger testimony for richard prep | 0:24 | 0.4 |
| 27-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | agharkar direct | 0:42 | 0.7 |
| 28-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | nicole torress docs | 0:24 | 0.4 |
| 28-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | nicole strategy, emma, nick amelia | 1:30 | 1.5 |
| 28-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | agharkar direct | 8:06 | 8.1 |
| 28-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | letter on txts | 1:36 | 1.6 |
| 29-Jul-22 | Gerardo Romo | Rosario (Richard) | Draft | letter dep desig | 0:29 | 0.5 |
| 29-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | prep with richard | 2:00 | 2.0 |
| 29-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting on whitaker exhibits | 2:23 | 2.4 |
| 29-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | whitaker outline | 2:00 | 2.0 |
| 30-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | whitaker outline | 2:48 | 2.8 |
| 30-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | cam on ex | 0:26 | 0.4 |
| 30-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | RR crim history | 0:47 | 0.8 |
| 30-Jul-22 | Gerardo Romo | Rosario (Richard) | Meeting | prep with Agharkar | 1:30 | 1.5 |
| 31-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | richard docs for prep | 0:40 | 0.7 |
| 31-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | whitaker outline | 2:06 | 2.1 |
| 31-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | agharkar docs | 0:18 | 0.3 |
| 31-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | whitaker exs | 1:34 | 1.6 |
| 31-Jul-22 | Gerardo Romo | Rosario (Richard) | Review | prepare exhibts torres whitaker, review preadmit list, redactions, review whitaker | 2:12 | 2.2 |

| Date | Timekeeper | Client | Activity | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 1-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 7:55 | 7.9 |
| 1-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | expert disclo | 0:54 | 0.9 |
| 1-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting on davis exhibihts | 0:33 | 0.6 |
| 1-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | lymari leon desingation / trial time | 0:48 | 0.8 |
| 1-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | trial prep | 0:24 | 0.4 |
| 1-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | minerva dep | 0:42 | 0.7 |
| 2-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | agharkar disclosures | 0:30 | 0.5 |
| 2-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | cruger sanchez outline | 2:18 | 2.3 |
| 2-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 7:30 | 7.5 |
| 2-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | sanchez testimony | 1:00 | 1.0 |
| 2-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | sanchez ref for second perp | 0:41 | 0.7 |
| 3-Aug-22 | Gerardo Romo | Rosario (Richard) | Research | rules on prep | 0:24 | 0.4 |
| 3-Aug-22 | Gerardo Romo | Rosario (Richard) | Draft | notes on richard prep/ review minerva dep | 1:06 | 1.1 |
| 3-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | bad acts | 0:18 | 0.3 |
| 3-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 7:30 | 7.5 |
| 4-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 7:30 | 7.5 |
| 5-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | minerva digest | 0:34 | 0.6 |
| 5-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | prison record | 1:28 | 1.5 |
| 5-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | fayer report and dep | 1:48 | 1.8 |
| 5-Aug-22 | Gerardo Romo | Rosario (Richard) | Prep | prep with Agharkar | 2:14 | 2.2 |
| 5-Aug-22 | Gerardo Romo | Rosario (Richard) | Deposition | agharkar dep | 0:40 | 0.7 |
| 5-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | medical records | 1:12 | 1.2 |
| 6-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | testimony on injuries | 0:42 | 0.7 |
| 6-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | medical records and bad acts | 2:18 | 2.3 |
| 6-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | team meeting | 0:53 | 0.9 |
| 6-Aug-22 | Gerardo Romo | Rosario (Richard) | Draft | brief on bad acts | 1:42 | 1.7 |
| 6-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | parker report | 0:30 | 0.5 |
| 7-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | chip texts images for court | 2:16 | 2.3 |
| 7-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | richard trial testimny, witness crim trial testimony | 2:42 | 2.7 |
| 7-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | parker dep | 0:30 | 0.5 |
| 7-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | richard book | 3:24 | 3.4 |
| 7-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | chip texts | 1:30 | 1.5 |
| 8-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | prep with richard | 1:00 | 1.0 |
| 8-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 8:30 | 8.5 |

| Date | Name | Client | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 8-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | review parker | 0:48 | 0.8 |
| 9-Aug-22 | Gerardo Romo | Rosario (Richard) | Prep | videos for jury | 0:36 | 0.6 |
| 9-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 8:00 | 8.0 |
| 9-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | pretrial meeting with richard | 1:15 | 1.3 |
| 9-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | closing prep, work on powerpoint/closing | 4:30 | 4.5 |
| 10-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | trial | 3:00 | 3.0 |
| 10-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting with richard pretrial | 1:20 | 1.3 |
| 11-Aug-22 | Gerardo Romo | Rosario (Richard) | Court appearance | jury verdict | 0:35 | 0.6 |
| 11-Aug-22 | Gerardo Romo | Rosario (Richard) | Phone Call | call with richard | 0:06 | 0.1 |

| | |
|---|---|
| **Total** | **381.3** |

## CHART 2
## FEE PETITION HOURS

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|---|---|---|---|---|---|---|
| 15-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | amelia anna katie cam fee app | 0:30 | 0.5 |
| 15-Aug-22 | Gerardo Romo | Rosario (Richard) | Review | rules on fee application | 0:30 | 0.5 |
| 15-Aug-22 | Gerardo Romo | Rosario (Richard) | Draft | coordinate timeline and request for attorney fees | 0:13 | 0.2 |
| 17-Aug-22 | Gerardo Romo | Rosario (Richard) | Draft | letter motion extention req | 0:54 | 0.9 |
| 17-Aug-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting on fee application anna cam sona | 0:36 | 0.6 |
| 18-Aug-22 | Gerardo Romo | Rosario (Richard) | Phone Call | call with rick re fee app | 0:16 | 0.3 |
| 18-Aug-22 | Gerardo Romo | Rosario (Richard) | Phone Call | call/email former laywers for fee app | 0:41 | 0.7 |
| 2-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | check in re hours emma cam | 0:34 | 0.6 |
| 6-Sep-22 | Gerardo Romo | Rosario (Richard) | Review | hours for fee app | 1:42 | 1.7 |
| 6-Sep-22 | Gerardo Romo | Rosario (Richard) | Review | loan payoff dates and amounts | 0:45 | 0.8 |
| 7-Sep-22 | Gerardo Romo | Rosario (Richard) | Review | hours for fee app | 2:12 | 2.2 |
| 13-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | on time records | 0:36 | 0.6 |
| 16-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | emma sona anna cam nick on fee app | 0:22 | 0.4 |
| 19-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | anna sona cam on fee app | 0:27 | 0.5 |
| 19-Sep-22 | Gerardo Romo | Rosario (Richard) | Review | fee app brief | 0:15 | 0.3 |
| 19-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | review apps/email to attorneys on hours | 1:18 | 1.3 |
| 19-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | affidavits for fee app/send hours to NSB attnys | 1:00 | 1.0 |
| 19-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | template for fee app affidavit | 0:30 | 0.5 |
| 20-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | attorney affidavits fee app: bettina, kate, rick | 2:25 | 2.4 |
| 20-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | EF, NB, Cam, Sona, Anna on fee app | 0:10 | 0.2 |
| 20-Sep-22 | Gerardo Romo | Rosario (Richard) | Review | local rules on affidavit requirements | 0:06 | 0.1 |
| 22-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | kamdang/rachel affidavit fee app | 2:30 | 2.5 |
| 22-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | rachel affidavit edits | 0:24 | 0.4 |
| 22-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | follow up emails with external attnys | 0:12 | 0.2 |
| 23-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | amelia fee affidavit | 0:20 | 0.3 |
| 23-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | anna, sona, cam, emma on fees | 0:30 | 0.5 |
| 26-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | w/ madhuri re fee app research | 0:29 | 0.5 |
| 26-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | chip fee affidavit | 1:58 | 2.0 |
| 26-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | avi and Rhianna fee affidavits | 0:36 | 0.6 |

| Date | | | | | | |
|---|---|---|---|---|---|---|
| 27-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | edits to chip affidavit | 0:42 | 0.7 |
| 27-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | edit and send avi rhianna affidavit | 0:15 | 0.3 |
| 27-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | katie hours draft affidavit | 0:36 | 0.6 |
| 30-Sep-22 | Gerardo Romo | Rosario (Richard) | Meeting | nick emma anna sona on fee application | 0:35 | 0.6 |
| 30-Sep-22 | Gerardo Romo | Rosario (Richard) | Phone Call | madhuri on fee research | 0:10 | 0.2 |
| 30-Sep-22 | Gerardo Romo | Rosario (Richard) | Draft | fee application brief | 4:12 | 4.2 |
| 2-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | fee app motion | 2:18 | 2.3 |
| 2-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | motion for fees | 5:24 | 5.4 |
| 3-Oct-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting on fee app sona cam anna sara | 0:24 | 0.4 |
| 3-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | follow up emails for fee affidavits | 0:12 | 0.2 |
| 3-Oct-22 | Gerardo Romo | Rosario (Richard) | Meeting | meeting on fee app brief: anna, sona, emma | 0:37 | 0.6 |
| 3-Oct-22 | Gerardo Romo | Rosario (Richard) | Research | costs in 2d circuit for fee app | 0:30 | 0.5 |
| 3-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | edits on fee application brief | 3:48 | 3.8 |
| 4-Oct-22 | Gerardo Romo | Rosario (Richard) | Meeting | meet with Madhuri re research on costs | 0:20 | 0.3 |
| 4-Oct-22 | Gerardo Romo | Rosario (Richard) | Meeting | anna sona cam on fee app | 0:25 | 0.4 |
| 4-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | fee brief edits | 3:48 | 3.8 |
| 5-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | fee brief edits | 1:30 | 1.5 |
| 5-Oct-22 | Gerardo Romo | Rosario (Richard) | Meeting | on fee affidavit anna sonna cam | 0:20 | 0.3 |
| 5-Oct-22 | Gerardo Romo | Rosario (Richard) | Review | fee affidavit | 0:10 | 0.2 |
| 5-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | edit fee app brief | 0:42 | 0.7 |
| 5-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | fee brief edits | 1:36 | 1.6 |
| 6-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | edits to fee brief | 2:24 | 2.4 |
| 6-Oct-22 | Gerardo Romo | Rosario (Richard) | Draft | edits on emma declaration | 0:35 | 0.6 |

| | |
|---|---|
| **Total** | **54.6** |