# EXHIBIT 18

# EMMA FREUDENBERGER

## EDUCATION

**COLUMBIA UNIVERSITY SCHOOL OF LAW, New York, NY,** *Juris Doctor, May 2007*

| | |
|---|---|
| Honors: | Harlan Fiske Stone Scholar |
| | Valentin J.T. Wertheimer Prize (for labor and employment law) |
| | New York State Bar Association 2007 Law Student Legal Ethics Award |
| | Charles Evans Hughes Fellow |
| | Public Interest Peer-of-the-Year Award |
| Activities: | *Editor-In-Chief, A Jailhouse Lawyer's Manual* |
| | *Staff Editor, Columbia Human Rights Law Review* |
| | Research Assistant, Professor Suzanne Goldberg |
| Publications: | *Linking Mobilization to Institutional Power: The Faculty-Led Diversity Initiative at Columbia* (with Susan P. Sturm, Jean E. Howard, and Eddie Jauregui) in Doing Diversity in Higher Education, Rutgers University Press, Mary Hartman, Cheryl Wall and Winnifred Brown-Glaude, eds. 2008. |

**WESLEYAN UNIVERSITY, Middletown, CT,** *Bachelor of Arts in English, May 2001*

| | |
|---|---|
| Honors: | Departmental Honors |
| Thesis: | "*Justice Without Bars: Community-Based Alternatives to Incarcerating Mothers*" |

## EXPERIENCE

**Neufeld Scheck & Brustin, LLP,** New York, NY

| | |
|---|---|
| *Partner* | 2013 – present |
| *Associate* | 2010 – 2012 |
| *Johnnie L. Cochran, Jr. Fellow* | 2008 –2010 |
| *Summer Associate* | Summer 2006 |

Represent plaintiffs in 42 U.S.C. § 1983 civil rights actions for wrongful conviction and serious official misconduct. Conduct jury and bench trials; take depositions; draft pleadings, briefs, and motions; manage discovery.

**The Honorable Virginia A. Long, Associate Justice, Supreme Court of New Jersey,** Trenton, NJ
*Law Clerk*                                                                                                   Sept. 2007 – Sept. 2008
Death penalty law clerk to New Jersey Supreme Court until abolition of New Jersey's death penalty in December 2007. Engaged in detailed research and writing pertaining to judicial opinions. Drafted bench memoranda on pending civil and criminal cases. Reviewed petitions for certiorari and made recommendations.

**Neighborhood Defender Service of Harlem,** New York, NY
*Community Defense Extern*                                                                                                   Fall 2006
Participated in defense of a complex homicide case. Researched legal issues relating to suppression of statements and justification. Assisted with the preparation of expert witnesses and development of trial strategy.

**Legal Aid Society of New York, Immigration Law Unit,** New York, NY
*Legal Intern/Teaching Assistant*                                                                                    Sept. 2005 – May 2006
Conducted intake interviews, prepared clients and witnesses for court hearings, researched legal issues, and prepared and filed petitions for clients facing deportation or a change in status due to criminal convictions.

**Committee on the Administration of Justice,** Belfast, Northern Ireland
*Summer Intern*                                                                                                   Summer 2005
Conducted legal and empirical research and drafted article assessing the ongoing implementation of equity monitoring policies in criminal justice and policing under the Belfast/Good Friday Agreement.

**Vera Institute of Justice,** New York, NY
*Program Analyst, State Sentencing and Corrections Program*                                         Nov. 2001 – May 2004
Provided technical assistance on sentencing and corrections issues for state governments. Facilitated meetings between elected officials. Conducted research on state sentencing structures and reform efforts.

**BAR MEMBERSHIPS:** Admitted in New York; S.D.N.Y.; E.D.N.Y.; W.D.N.Y.; M.I.E.D.; U.S. Court of Appeals for the Second Circuit, Third Circuit, Fifth Circuit, Sixth Circuit