# EXHIBIT 19

## CHART 1
## SUBSTANTIVE HOURS

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|---|---|---|---|---|---|---|
| 12-Oct-16 | Emma Freudenberger | Rosario (Richard) | Meeting | Case status meeting w/ RS & AL | 0:24 | 0.4 |
| 3-Nov-16 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ client, NB, RS, investigator | 0:30 | 0.5 |
| 15-Nov-16 | Emma Freudenberger | Rosario (Richard) | Meeting | meeting with RR, team | 1:00 | 1.0 |
| 23-Nov-16 | Emma Freudenberger | Rosario (Richard) | Meeting | meet re appeal and doc collection | 0:18 | 0.3 |
| 4-Dec-16 | Emma Freudenberger | Rosario (Richard) | Review | reviewing police file | 1:48 | 1.8 |
| 5-Dec-16 | Emma Freudenberger | Rosario (Richard) | Review | reading transcripts | 2:00 | 2.0 |
| 6-Dec-16 | Emma Freudenberger | Rosario (Richard) | Review | reading trail transcripts | 3:30 | 3.5 |
| 7-Dec-16 | Emma Freudenberger | Rosario (Richard) | Review | reviewing related robbery docs, reviewing richard's statements | 2:24 | 2.4 |
| 7-Dec-16 | Emma Freudenberger | Rosario (Richard) | Phone Call | call with potential psych expert | 0:36 | 0.6 |
| 8-Dec-16 | Emma Freudenberger | Rosario (Richard) | Meeting | meeting with richard | 4:00 | 4.0 |
| 20-Dec-16 | Emma Freudenberger | Rosario (Richard) | Phone Call | call with chip | 0:18 | 0.3 |
| 22-Dec-16 | Emma Freudenberger | Rosario (Richard) | Phone Call | team call | 0:36 | 0.6 |
| 13-Jan-17 | Emma Freudenberger | Rosario (Richard) | Draft | review NOCs and give edits to rick | 1:18 | 1.3 |
| 24-Jan-17 | Emma Freudenberger | Rosario (Richard) | Meeting | team meeting | 0:12 | 0.2 |
| 27-Jan-17 | Emma Freudenberger | Rosario (Richard) | Meeting | team meet w/ investigator | 0:24 | 0.4 |
| 8-Feb-17 | Emma Freudenberger | Rosario (Richard) | Meeting | investigation meeting | 0:48 | 0.8 |
| 6-Mar-17 | Emma Freudenberger | Rosario (Richard) | Phone Call | call about robbery case | 0:48 | 0.8 |
| 16-Mar-17 | Emma Freudenberger | Rosario (Richard) | phone call | Phone call w/ RS and co-counsel re: Richard's criminal case | 0:24 | 0.4 |
| 28-Mar-17 | Emma Freudenberger | Rosario (Richard) | Meeting | meeting re 50h prep, call to richard | 0:36 | 0.6 |
| 29-Mar-17 | Emma Freudenberger | Rosario (Richard) | Prep | 50 h prep | 4:00 | 4.0 |
| 30-Mar-17 | Emma Freudenberger | Rosario (Richard) | Prep | 50 h prep | 2:12 | 2.2 |
| 30-Mar-17 | Emma Freudenberger | Rosario (Richard) | Meeting | meeting with patrick about witnesses | 1:42 | 1.7 |
| 3-Apr-17 | Emma Freudenberger | Rosario (Richard) | Phone Call | call w richard and RS | 0:24 | 0.4 |
| 3-Apr-17 | Emma Freudenberger | Rosario (Richard) | Phone Call | calls with Richard, Chip | 1:00 | 1.0 |
| 10-Apr-17 | Emma Freudenberger | Rosario (Richard) | Meeting | meeting w client and chip | 3:00 | 3.0 |
| 4-May-17 | Emma Freudenberger | Rosario (Richard) | Review | reviewi complaint, give rick edits (yesterday and today 6.7 hours) | 6:42 | 6.7 |
| 11-May-17 | Emma Freudenberger | Rosario (Richard) | Prep | prep | 2:36 | 2.6 |
| 25-May-17 | Emma Freudenberger | Rosario (Richard) | Prep | 50 h prep | 4:30 | 4.5 |
| 26-May-17 | Emma Freudenberger | Rosario (Richard) | Prep | final 50 h prep | 2:00 | 2.0 |
| 30-May-17 | Emma Freudenberger | Rosario (Richard) | Other | 50 -h and pre-meeting w richard | 9:00 | 9.0 |
| 1-Jun-17 | Emma Freudenberger | Rosario (Richard) | Meeting | Investigation meeting | 2:00 | 2.0 |
| 13-Jun-17 | Emma Freudenberger | Rosario (Richard) | phone call | Phone call w/ RS, client re: case strategy | 0:12 | 0.2 |

| Date | Attorney | Client | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 15-Aug-17 | Emma Freudenberger | Rosario (Richard) | Phone Call | calls with Richard, Marty, follow up emails | 1:18 | 1.3 |
| 21-Dec-17 | Emma Freudenberger | Rosario (Richard) | Review | complaint review | 3:24 | 3.4 |
| 22-Dec-17 | Emma Freudenberger | Rosario (Richard) | Draft | complaint review | 2:30 | 2.5 |
| 16-Apr-18 | Emma Freudenberger | Rosario (Richard) | Meeting | Case meeting | 0:18 | 0.3 |
| 5-Jun-18 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS | 0:06 | 0.1 |
| 21-Aug-18 | Emma Freudenberger | Rosario (Richard) | Meeting | case meeting | 0:30 | 0.5 |
| 4-Sep-18 | Emma Freudenberger | Rosario (Richard) | Discovery | reviewing 26 disclosures | 0:48 | 0.8 |
| 7-Sep-18 | Emma Freudenberger | Rosario (Richard) | Meeting | meet re: case strategy | 0:18 | 0.3 |
| 13-Sep-18 | Emma Freudenberger | Rosario (Richard) | Phone Call | phone call w/ Chip and RS re: case strategy | 0:18 | 0.3 |
| 20-Sep-18 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ opposing counsel | 0:06 | 0.1 |
| 22-Oct-18 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS, ABH re: case strategy | 0:12 | 0.2 |
| 26-Oct-18 | Emma Freudenberger | Rosario (Richard) | Review | premotion conference letter review | 2:18 | 2.3 |
| 5-Nov-18 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: court hearing | 0:18 | 0.3 |
| 6-Nov-18 | Emma Freudenberger | Rosario (Richard) | Court appearance | meeti with rick before premotion conference, pre motion conference | 3:30 | 3.5 |
| 4-Dec-18 | Emma Freudenberger | Rosario (Richard) | Meeting | meet re case strategy | 0:24 | 0.4 |
| 14-Dec-18 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ NB, EF, AF re: deposition scheduling | 0:18 | 0.3 |
| 17-Dec-18 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet re deps, discovery | 0:30 | 0.5 |
| 18-Dec-18 | Emma Freudenberger | Rosario (Richard) | Meeting | witness interview meeting | 0:06 | 0.1 |
| 20-Dec-18 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re MTD | 0:30 | 0.5 |
| 24-Dec-18 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | emails and calls re city dep position | 2:06 | 2.1 |
| 27-Dec-18 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | edits to discovery letter | 2:18 | 2.3 |
| 28-Dec-18 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | editing and filing letter on deps | 5:12 | 5.2 |
| 2-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meeting with Rick | 0:24 | 0.4 |
| 3-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | case strategy, etc meeting | 0:48 | 0.8 |
| 7-Jan-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | witness call | 0:24 | 0.4 |
| 8-Jan-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ expert & RS | 0:06 | 0.1 |
| 8-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ NB, RS, AF re: dep scheduling. | 0:12 | 0.2 |
| 9-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | case meeting/team meeting | 0:42 | 0.7 |
| 15-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ NB, RS, LK, and AF re: deposition strategy | 0:54 | 0.9 |
| 23-Jan-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ RS re: discovery responses | 0:30 | 0.5 |
| 25-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: discovery response and demands | 0:18 | 0.3 |
| 25-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meeting w/ NB,RS, LK, AF re: case strategy and deps | 0:24 | 0.4 |
| 29-Jan-19 | Emma Freudenberger | Rosario (Richard) | Deposition | attendign sanchez dep, meetings during sanchez dep | 1:48 | 1.8 |
| 30-Jan-19 | Emma Freudenberger | Rosario (Richard) | Deposition | davis dep | 3:00 | 3.0 |
| 30-Jan-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Team meeting w/ NB, RS, LK, AF re: deposition | 0:12 | 0.2 |
| 7-Feb-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ NB, RS, LK, AF re: case strategy and depositions | 0:36 | 0.6 |

| Date | Timekeeper | Matter | Category | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 8-Feb-19 | Emma Freudenberger | Rosario (Richard) | Prep | Chip dep prep | 0:24 | 0.4 |
| 13-Feb-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ RS re: Chip dep | 0:24 | 0.4 |
| 14-Feb-19 | Emma Freudenberger | Rosario (Richard) | Deposition | Chip deposition | 5:12 | 5.2 |
| 15-Feb-19 | Emma Freudenberger | Rosario (Richard) | Draft | Edits to letter motion for more deps, call with nick about letter motion | 1:36 | 1.6 |
| 19-Feb-19 | Emma Freudenberger | Rosario (Richard) | Draft | finalizing letter motion | 1:00 | 1.0 |
| 20-Feb-19 | Emma Freudenberger | Rosario (Richard) | Draft | Edits to letter motion for conference | 2:42 | 2.7 |
| 1-Mar-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | call with rick | 0:30 | 0.5 |
| 12-Mar-19 | Emma Freudenberger | Rosario (Richard) | Draft | reviewing joint status letter | 0:42 | 0.7 |
| 13-Mar-19 | Emma Freudenberger | Rosario (Richard) | Meeting | slepian meeting | 4:00 | 4.0 |
| 19-Mar-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS, LK, NB re: case strategy, depositions | 1:12 | 1.2 |
| 20-Mar-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: discovery responses | 0:12 | 0.2 |
| 21-Mar-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ Rick and Chip | 0:18 | 0.3 |
| 29-Mar-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: discovery responses | 0:18 | 0.3 |
| 29-Mar-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS, NB, LK, AF re: discovery, case strategy, experts | 0:30 | 0.5 |
| 1-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet re: discovery responses | 0:42 | 0.7 |
| 3-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet re: request to admit responses | 0:24 | 0.4 |
| 9-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: discovery | 0:48 | 0.8 |
| 10-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meeting w/ RS, AF re: discovery | 0:24 | 0.4 |
| 12-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meeting re: document production, psych expert report, requests to admit | 1:12 | 1.2 |
| 18-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: discovery | 0:18 | 0.3 |
| 23-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: expert | 0:06 | 0.1 |
| 25-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: expert report | 0:18 | 0.3 |
| 29-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS, NB re: discovery | 0:18 | 0.3 |
| 30-Apr-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: discovery dispute | 0:24 | 0.4 |
| 1-May-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet re: discovery | 0:36 | 0.6 |
| 3-May-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: Joyce Hartsfield | 0:18 | 0.3 |
| 6-May-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Discuss Hartsfield dep w/ Rick | 0:18 | 0.3 |
| 7-May-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS, NB, AF re: expert report revisions | 0:30 | 0.5 |
| 8-May-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/RS & NB re: expert report | 0:48 | 0.8 |
| 10-May-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS re: discovery letter | 0:12 | 0.2 |
| 16-May-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | responding to counsel on outstanding discovery issues, speaking to chip re deposition | 1:18 | 1.3 |
| 17-May-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | call with Chip re dep prep | 0:30 | 0.5 |
| 17-May-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | email to opposing counsel | 0:18 | 0.3 |

| Date | Name | Matter | Category | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 20-May-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | meet and confer with opposing counsel, discussing contention ROG responses | 0:54 | 0.9 |
| 21-May-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing Cruger with Len, meeting with Rick about ROG draft, scheduling Chip's deposition | 1:24 | 1.4 |
| 22-May-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing rosario privilege log, emails re chips dep, discussion with rick about discovery loose ends | 0:30 | 0.5 |
| 22-May-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | editing rosario letters, editing contention rogs, feedback on contention rogs, strategy discussions re rogs and ocurt orders | 7:00 | 7.0 |
| 23-May-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing filings, RTAs, discussing robbery vacatur | 0:48 | 0.8 |
| 3-Jun-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | supervising alexis gonzalez dep while nick in meeting, follow-up conversation with rick and len about proof | 2:42 | 2.7 |
| 26-Jun-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ RS, AF & Chip re: case | 0:54 | 0.9 |
| 9-Jul-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet re: Ds proposed IME | 0:12 | 0.2 |
| 16-Jul-19 | Emma Freudenberger | Rosario (Richard) | Review | reviewing psych motion practice, discussing response with rick, reviewing expert reports | 1:18 | 1.3 |
| 22-Jul-19 | Emma Freudenberger | Rosario (Richard) | Meeting | meeting with rick and nick to discuss ichard instagram issues | 0:18 | 0.3 |
| 23-Jul-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | call to brachah about social media, follow up conversation with rick | 0:30 | 0.5 |
| 3-Sep-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ NB, RS re: experts, discovery | 0:18 | 0.3 |
| 6-Sep-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ expert Dysart, NB, RS, LK | 0:48 | 0.8 |
| 9-Sep-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS & NB re: expert deps | 0:12 | 0.2 |
| 11-Sep-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS, NB re discovery letter | 0:24 | 0.4 |
| 15-Sep-19 | Emma Freudenberger | Rosario (Richard) | Review | reading, editing reply on expert deps | 0:42 | 0.7 |
| 16-Sep-19 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | meeting with nick and rick about expert issues, reviewing correspondance and reports | 1:18 | 1.3 |
| 10-Oct-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS & LK re: expert | 0:12 | 0.2 |
| 15-Oct-19 | Emma Freudenberger | Rosario (Richard) | Review | Discuss w/ LK and RS disclosure of expert discovery | 0:12 | 0.2 |
| 16-Oct-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS to discuss Dysart dep | 0:06 | 0.1 |
| 30-Oct-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS, ABH re: SJ letter | 0:18 | 0.3 |
| 4-Nov-19 | Emma Freudenberger | Rosario (Richard) | Draft | edits to premotion letter | 0:48 | 0.8 |
| 5-Nov-19 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ NB & RS re: SJ letter | 0:12 | 0.2 |
| 7-Nov-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ RS & BR re: Rosario SJ | 0:24 | 0.4 |
| 11-Nov-19 | Emma Freudenberger | Rosario (Richard) | Prep | premotion conference prep | 2:30 | 2.5 |
| 12-Nov-19 | Emma Freudenberger | Rosario (Richard) | Court appearance | rosario pre motion conference, discussing with nick ahead of time | 0:48 | 0.8 |
| 18-Dec-19 | Emma Freudenberger | Rosario (Richard) | Meeting | Rosario sj meeting | 0:30 | 0.5 |

| Date | Name | Client | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 13-Jan-20 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ NB, ABH, RS, AS, AF, BR re: MSJ response | 0:54 | 0.9 |
| 16-Jan-20 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | team meeting, follow up conversations with nick and rick | 2:24 | 2.4 |
| 24-Jan-20 | Emma Freudenberger | Rosario (Richard) | Meeting | Discuss motion to dismiss w/ RS | 0:06 | 0.1 |
| 10-Feb-20 | Emma Freudenberger | Rosario (Richard) | Meeting | Meet w/ NB, RS, ABH, AS, BR re: MSJ Opp | 1:36 | 1.6 |
| 18-Feb-20 | Emma Freudenberger | Rosario (Richard) | Review | reading sj briefs, meeting | 3:42 | 3.7 |
| 19-Feb-20 | Emma Freudenberger | Rosario (Richard) | Review | final sj review, feedback | 2:24 | 2.4 |
| 21-Feb-20 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | sending sj to richard and chip | 0:24 | 0.4 |
| 16-Apr-20 | Emma Freudenberger | Rosario (Richard) | Phone Call | Phone call w/ RS & ABH re: SJ reply | 0:18 | 0.3 |
| 17-Apr-20 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | talk to anna, rick re: response to brachah | 0:24 | 0.4 |
| 21-Jan-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | talk to anna/emma re: daubert plan | 0:24 | 0.4 |
| 22-Jan-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ nick, anna, katie haas, kayla, talk to chip re: Strategy | 0:30 | 0.5 |
| 22-Jan-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Nick, Katie H, Anna and Rick re Daubert motions | 0:18 | 0.3 |
| 5-Feb-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ anna, talk to bettina re: Pretrial schedule | 0:30 | 0.5 |
| 10-Feb-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Rosario call and follow up emails | 0:30 | 0.5 |
| 18-Feb-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Pretrial planning call w/ NB, ABH, BR, KH, KJ. | 1:00 | 1.0 |
| 22-Feb-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Katie H and Kayla re trial prep | 0:30 | 0.5 |
| 24-Feb-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | w/ anna and nick discuss prep for status conference re: trial procedure | 0:24 | 0.4 |
| 1-Mar-21 | Emma Freudenberger | Rosario (Richard) | Meeting | w/ anna and bettina, then just anna discuss pretrial briefing requirement, plan | 0:42 | 0.7 |
| 9-Mar-21 | Emma Freudenberger | Rosario (Richard) | Meeting | Meetings re Daubert | 1:06 | 1.1 |
| 12-Mar-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Team call on MILs | 0:42 | 0.7 |
| 18-Mar-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | Calls emails | 1:30 | 1.5 |
| 23-Mar-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ anna, katie h, kayla talk to brachah re: MILs, pretrial filings | 0:42 | 0.7 |
| 25-Mar-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Katie H and potential damages witness | 0:30 | 0.5 |
| 8-Apr-21 | Emma Freudenberger | Rosario (Richard) | Meeting | Meeting with Katie H and Kayla | 0:30 | 0.5 |
| 9-Apr-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ nick, anna, katie h discuss draft jury instructions | 0:42 | 0.7 |
| 16-Apr-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ anna, talk to katie h re: MILs | 0:48 | 0.8 |
| 19-Apr-21 | Emma Freudenberger | Rosario (Richard) | Meeting | w/ nick, anna, katie h, yasmin, jahne, kayla discuss draft jury questionnaire | 1:30 | 1.5 |
| 18-May-21 | Emma Freudenberger | Rosario (Richard) | Meeting | Mtg with Anna and Katie H re deadlines and priorities | 0:30 | 0.5 |
| 24-May-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | Reading brief, call with chip et al | 0:48 | 0.8 |
| 27-May-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Katie H and opposing counsel | 0:12 | 0.2 |
| 10-Jun-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Discuss MIL plan w/ nick, anna, katie h, kayla | 0:42 | 0.7 |
| 10-Jun-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Kayla re Minerva's digest. | 0:12 | 0.2 |
| 21-Jun-21 | Emma Freudenberger | Rosario (Richard) | Meeting | W/ nick, anna, katie h, christina, kayla discuss MIL opp | 0:48 | 0.8 |

| Date | Name | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 22-Jun-21 | Emma Freudenberger | Rosario (Richard) | Meeting | Talk to nick, anna re: MILs | 0:24 | 0.4 |
| 23-Jun-21 | Emma Freudenberger | Rosario (Richard) | Meeting | Talk to anna, katie h. Re; MIL responses | 0:12 | 0.2 |
| 25-Jun-21 | Emma Freudenberger | Rosario (Richard) | Meeting | W/ anna, christina, katie h, bianca, rhianna discuss MIL opp | 0:42 | 0.7 |
| 30-Jun-21 | Emma Freudenberger | Rosario (Richard) | Draft | Met w/ Rhianna about draft response to MIL. | 0:25 | 0.5 |
| 6-Jul-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Katie H and Kayla re stipulations | 0:09 | 0.2 |
| 7-Jul-21 | Emma Freudenberger | Rosario (Richard) | Meeting | W/ anna, katie h discuss MIL re: Vacated robbery conviction | 0:12 | 0.2 |
| 12-Jul-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Talk to nick, anna, re: MIL strategy | 0:12 | 0.2 |
| 13-Jul-21 | Emma Freudenberger | Rosario (Richard) | Meeting | W/ nick, anna discuss edits to MIL opposition | 0:30 | 0.5 |
| 19-Jul-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ anna, katie h discuss plan for pretrial briefing | 0:12 | 0.2 |
| 19-Jul-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Kayla, Katie H, and Carlos Malonado. | 1:00 | 1.0 |
| 25-Aug-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ anna, katie h discuss pretrial filings | 0:30 | 0.5 |
| 30-Aug-21 | Emma Freudenberger | Rosario (Richard) | Prep | Reading transcripts and designations | 3:24 | 3.4 |
| 1-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | Team meeting, prep for team meeting | 1:42 | 1.7 |
| 3-Sep-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Calls to witnesses, call with nick | 0:54 | 0.9 |
| 3-Sep-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with intern and katie about silverman motion, reviewing notes from initial assignment | 0:30 | 0.5 |
| 6-Sep-21 | Emma Freudenberger | Rosario (Richard) | Prep | Reviewing docs for exhibit list, designations | 4:00 | 4.0 |
| 7-Sep-21 | Emma Freudenberger | Rosario (Richard) | Prep | Exhibit/trial prep meeting with nick and katie | 2:18 | 2.3 |
| 7-Sep-21 | Emma Freudenberger | Rosario (Richard) | Review | Reviewing damages exhibits | 0:48 | 0.8 |
| 8-Sep-21 | Emma Freudenberger | Rosario (Richard) | Prep | Stipulations and JPTO drafts | 3:30 | 3.5 |
| 8-Sep-21 | Emma Freudenberger | Rosario (Richard) | Prep | Dep designations | 1:18 | 1.3 |
| 10-Sep-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | calls with Katie H re JPTO | 0:12 | 0.2 |
| 12-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | Trial prep work, JPTO, witness review | 5:00 | 5.0 |
| 13-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | JPTO edits | 5:00 | 5.0 |
| 15-Sep-21 | Emma Freudenberger | Rosario (Richard) | Prep | Pretrial tasks | 1:00 | 1.0 |
| 16-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | Email to brachah re JPTO, call with KAtie about jury questionnaire motion, call with Anna and Nick about verdict sheet, correspondance with kayla about exhibits, call with Nick about trial date | 3:00 | 3.0 |
| 17-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing jury questionnaire motion, call with nick, edits to katie | 1:30 | 1.5 |
| 23-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | trial prep, revieiwng letter | 0:30 | 0.5 |
| 26-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing serrano transcript and video, call to serrano, emails to nick | 2:30 | 2.5 |
| 28-Sep-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | meeting with jury consultants, pretrial order doc review | 3:24 | 3.4 |
| 28-Sep-21 | Emma Freudenberger | Rosario (Richard) | Prep | meeting on voir dire | 1:00 | 1.0 |

| Date | Attorney | Matter | Category | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 29-Sep-21 | Emma Freudenberger | Rosario (Richard) | Prep | conviction designations for trial, reivewing letters, photos | 4:42 | 4.7 |
| 30-Sep-21 | Emma Freudenberger | Rosario (Richard) | Review | reviewing filings, reviewing JPTO, trial prep | 5:00 | 5.0 |
| 5-Oct-21 | Emma Freudenberger | Rosario (Richard) | Review | reviewing pretrial docs | 3:30 | 3.5 |
| 5-Oct-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | rosario jury instructions and miscellaneous pretrial orderr questions | 2:30 | 2.5 |
| 6-Oct-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | pretrial call | 1:00 | 1.0 |
| 7-Oct-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing pretrial docs and filings, emails with opposing counsel, meetings with katie about same | 4:00 | 4.0 |
| 7-Oct-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | call with richard, email with chips | 0:24 | 0.4 |
| 20-Oct-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | follow up calls to witnesses, call with patrick, call with nick, katie re letter | 1:00 | 1.0 |
| 22-Oct-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | materials to Patrick, call with Adam Bloom | 0:48 | 0.8 |
| 26-Oct-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Adam Bloom, Kayla, Nick, and Katie H. | 0:18 | 0.3 |
| 27-Oct-21 | Emma Freudenberger | Rosario (Richard) | Prep | Calls to witnesses, calls with patrick, call with chip, call with richard, meeting w nick | 2:30 | 2.5 |
| 24-Nov-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | call with brachah, meeting with nick about trial | 0:48 | 0.8 |
| 2-Dec-21 | Emma Freudenberger | Rosario (Richard) | Phone Call | team call, dep and police file review | 3:00 | 3.0 |
| 6-Dec-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | conference, trial prep meeting, prep for team meeting, reviewing pretrial docs | 5:00 | 5.0 |
| 7-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | exhibit meeting, reviewing police docs, substantive trial prep | 4:42 | 4.7 |
| 8-Dec-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | trial prep | 2:12 | 2.2 |
| 9-Dec-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | team meeting, reviewing alibi deps | 4:18 | 4.3 |
| 10-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | calls with katie re exhibits, exhibit review, trial prep | 5:00 | 5.0 |
| 11-Dec-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | trial prep | 4:42 | 4.7 |
| 12-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep | 3:30 | 3.5 |
| 13-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep | 2:48 | 2.8 |
| 15-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | prep for pretrial conference, josh re jury roll list research, team meetings and witness calls, trial prep | 6:48 | 6.8 |
| 16-Dec-21 | Emma Freudenberger | Rosario (Richard) | Court appearance | prep for pretrial conference, pretrial conference, check-in re rulings on exhibits post-conference | 3:00 | 3.0 |
| 17-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | meeting re trial assignments, trial prep | 5:24 | 5.4 |
| 18-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | Sanchez digest, prep, reviewing Cruger, opening | 5:30 | 5.5 |
| 19-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | opening, trial prep | 5:12 | 5.2 |
| 20-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | pretrial submission review, trial prep incl witness outreach & outlines, opening | 4:18 | 4.3 |
| 21-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | prep for PTC, PTC, follow up meeting, trial prep | 6:18 | 6.3 |

| Date | Name | Matter | Category | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 22-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep including dysart outline, letters, juror issues, outline review, opening, meet and confer and prep/follow-up | 10:12 | 10.2 |
| 23-Dec-21 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | letter review/revisions, call with Brachah | 1:48 | 1.8 |
| 24-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | letter review, trial prep | 2:42 | 2.7 |
| 27-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | Martinez outline, opening, reviewing admissions, reviewing dep video, communications with witnesses, general trial prep | 9:00 | 9.0 |
| 28-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | trial logistics/binders call, exhibit meeting, Alexis gonzalez letter, Petrauskas outline, misc trial prep, opening work | 8:48 | 8.8 |
| 29-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | call with dysart, dysart outline, reviewing draft re vacatur letter, opening edits, misc exhibit trial prep questions and review, whitaker review | 9:00 | 9.0 |
| 30-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | revising fernando letter, witness order, opening edits, dysart, revieiwng outline drafts | 8:42 | 8.7 |
| 31-Dec-21 | Emma Freudenberger | Rosario (Richard) | Prep | opening edits, trial prep, witness calls | 3:30 | 3.5 |
| 3-Jan-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | call with nick, call with nick and anna, updating to do list | 0:42 | 0.7 |
| 4-Jan-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | cal w/ nick, Anna, katie h, gerardo, kayla, cam to discuss next steps | 0:30 | 0.5 |
| 5-Jan-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | call w/ nick, Anna, Katie h, Gerardo re trial date | 0:24 | 0.4 |
| 5-Jan-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | call w katie re direct examination outline | 0:24 | 0.4 |
| 7-Jan-22 | Emma Freudenberger | Rosario (Richard) | Prep | calls with nick, amelia, anna, katie H re trial date, email to team | 1:24 | 1.4 |
| 8-Jan-22 | Emma Freudenberger | Rosario (Richard) | Prep | opening, petrauskas digest | 4:30 | 4.5 |
| 9-Jan-22 | Emma Freudenberger | Rosario (Richard) | Prep | Editing opening, practicing opening, petrauskas outline | 6:18 | 6.3 |
| 10-Jan-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | team call, editing opening, meeting on exhibits, martinez edits, call with Dysart, call with Katie, editing letter to court, calls to witnesses | 5:18 | 5.3 |
| 11-Jan-22 | Emma Freudenberger | Rosario (Richard) | Prep | outlines, team calls on exhibits and demonstratives, calls with Nick about Davis | 4:18 | 4.3 |
| 12-Jan-22 | Emma Freudenberger | Rosario (Richard) | Prep | prep for conference, conference, meeting to prep for conference, calls to witnesses | 5:00 | 5.0 |
| 13-Jan-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | response to adjournment request, call with Hannah Faddis, call with Nick, drafting letter | 2:18 | 2.3 |
| 14-Jan-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | Telephonic conference with court | 0:30 | 0.5 |
| 10-Feb-22 | Emma Freudenberger | Rosario (Richard) | Review | reviewing 56.1 drafts | 1:30 | 1.5 |
| 27-Apr-22 | Emma Freudenberger | Rosario (Richard) | Meeting | meet and confer re jury instructions | 0:19 | 0.3 |

| Date | Name | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 29-Apr-22 | Emma Freudenberger | Rosario (Richard) | Meeting | talk to anna, then w/ anna to katie re: filing on limiting instructions | 0:18 | 0.3 |
| 5-May-22 | Emma Freudenberger | Rosario (Richard) | Meeting | Meeting with Cam and Katie H | 0:45 | 0.8 |
| 6-May-22 | Emma Freudenberger | Rosario (Richard) | Meeting | Meeting with Cam and Katie H | 0:30 | 0.5 |
| 10-May-22 | Emma Freudenberger | Rosario (Richard) | Meeting | team meeting re: trial plan | 1:06 | 1.1 |
| 13-May-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | Calls with Katie | 0:09 | 0.2 |
| 25-May-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | status conference, follow up call with nick | 0:54 | 0.9 |
| 27-May-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing courts orders, meeting with katie, reviewing qeustionnaire | 1:00 | 1.0 |
| 31-May-22 | Emma Freudenberger | Rosario (Richard) | Meeting | W/ anna, gerardo discuss jury questionnaire | 0:18 | 0.3 |
| 3-Jun-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | Calls with Katie re joint letter | 0:30 | 0.5 |
| 6-Jun-22 | Emma Freudenberger | Rosario (Richard) | Meeting | W/ katie h, Anna discuss response to letter re: Robbery investigation | 0:12 | 0.2 |
| 14-Jun-22 | Emma Freudenberger | Rosario (Richard) | Prep | opening for firm, post-opening feedback meeting, follow up with staff for feedback on opening | 4:00 | 4.0 |
| 15-Jun-22 | Emma Freudenberger | Rosario (Richard) | Prep | opening revisions | 2:24 | 2.4 |
| 16-Jun-22 | Emma Freudenberger | Rosario (Richard) | Meeting | meet and confer gerardo katie cam opp counsel | 0:15 | 0.3 |
| 16-Jun-22 | Emma Freudenberger | Rosario (Richard) | Meeting | onboarding new team members | 0:30 | 0.5 |
| 5-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | team meeting, follow up with katie and cam re subpoenas | 1:42 | 1.7 |
| 6-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | prep for team meeting, team meeting, exhibit review, police file review | 2:30 | 2.5 |
| 7-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep, incl meeting with Katie re rulings, witness follow up, substantive prep | 5:18 | 5.3 |
| 8-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep | 4:18 | 4.3 |
| 9-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | calls w nick and richard, call w jenine torres, call w john torres | 2:30 | 2.5 |
| 10-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | dysart outline, calls w nick re richard, call w richard | 4:30 | 4.5 |
| 11-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | call with dysart, opening editing, meeting on opening with nick and anna, meeting with cam about logistics, supplies, exhibits, opening revisions, call with kate about richard, calls with nick about richard, opening, witnesses, calls to alibi witnesses, NT | 9:12 | 9.2 |
| 12-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | revieiwing davis, dysart and torres outlines, call w chenoa, general trial prep tasks, call w katie, team meeting | 9:00 | 9.0 |
| 13-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep, dysart, torres outlines, opening, para supervision, calls w nick re vacatur, silverman, etc. | 9:30 | 9.5 |
| 14-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep, dysart outline, torres, reviewing designations, meeting w gerardo, meeting w anna | 8:18 | 8.3 |

| Date | Name | Matter | Category | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 15-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | prep for prep with chip, prep with chip, call with renato, follow up work re voir dire prep | 4:30 | 4.5 |
| 16-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | revising opening, reviewing Whitaker, Dysart outline | 6:42 | 6.7 |
| 17-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | trial prep, opening, outlines, calls with associates, nick | 7:30 | 7.5 |
| 18-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | meet and confer re texts, team meeting, prep with dysart, reviewing Nick outlines, opening edits, alibi witness outlines | 9:00 | 9.0 |
| 19-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | opening edits and practice, prep for pretrial conference, pretrial conference, jury questionnaire review, meeting with nick, phone calls | 7:36 | 7.6 |
| 20-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | Dysart prep, prep for Dysart prep, meeting on exhibits, reviewing exhibits and binders, martinez review | 8:24 | 8.4 |
| 21-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | opening, press, team calls & meetings, dysart outline edits, alibi outlines | 9:48 | 9.8 |
| 22-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | prep with dysart, opening revisions, tech walkthrough, team meeting, martinez/whitaker outline, witness calls | 10:02 | 10.0 |
| 23-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | dysart prep, revising opening, meeting with nick, supervising filings, team calls | 9:00 | 9.0 |
| 24-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | jury selection meeting, rehearsing opening, prep with jen, prep team meetings, designation meetings | 13:00 | 13.0 |
| 25-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | jury selection, openings, practicing opening, post trial meeting, prepping chenoa, call with dysart, silverman designation meeting | 11:30 | 11.5 |
| 26-Jul-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | pretrial meetings, trial, post trial meeting | 10:18 | 10.3 |
| 27-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | team meetings, maritnez prep, torres prep, calls with jerry, call with minerva | 10:18 | 10.3 |
| 28-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | team meetings, martinz prep, nitcole torres strategy, john torres videos | 8:30 | 8.5 |
| 29-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | meeting with richard, meeting with kate, team meeting, exhibit meeting, martinez prep, reviewing filings, reviewing cruger, etc. | 11:48 | 11.8 |
| 30-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | martinez prep, meeting about whitaker and cruger, reviewing whitaker and cruger, reviewing john and jenine prior statements and outlines, revising cop outlines, meeting re richard, reviewing and strategizing re lymari rulings, sanchez strategy mtg | 11:00 | 11.0 |

| Date | Name | Matter | Category | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 31-Jul-22 | Emma Freudenberger | Rosario (Richard) | Prep | meeting with richard, Nicole Torres prep, NT outline review, zoom with John and Janine, John and Janine outline work, team check in, answering questions re exhibits, etc., call with opposing counsel | 11:42 | 11.7 |
| 1-Aug-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | trial, meeting with John and Jenine, prep for John and Jenine meeting, edits to John and Jenine outlines | 12:18 | 12.3 |
| 2-Aug-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | trial, prep, team meetings | 10:30 | 10.5 |
| 3-Aug-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | trial, martinez and chip prep | 15:30 | 15.5 |
| 4-Aug-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | martinez prep, trial, post-trial meeting | 11:30 | 11.5 |
| 5-Aug-22 | Emma Freudenberger | Rosario (Richard) | Prep | petrauskas outline, chip outline, team meetings, letter re petrauskas | 8:12 | 8.2 |
| 6-Aug-22 | Emma Freudenberger | Rosario (Richard) | Prep | Richard prep, Chip prep, petrauskas prep, tx review for closing | 7:12 | 7.2 |
| 7-Aug-22 | Emma Freudenberger | Rosario (Richard) | Prep | pre w richard, prep w chip, petrauskas prep, meetings re exhibits, testimony before resting, closing | 9:00 | 9.0 |
| 8-Aug-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | trial, pretrial prep, closing work, petrauskas prep | 14:00 | 14.0 |
| 9-Aug-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | trial, petrauskas morning prep, closing | 15:30 | 15.5 |
| 10-Aug-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | drafting rebuttal section pre-court, closings, court appearance re City motions, ROGs, transcript review for jury note, meeting with richard after court | 8:48 | 8.8 |
| 11-Aug-22 | Emma Freudenberger | Rosario (Richard) | Court appearance | calls with richard and chip, nick, re deliberations, transcript review for note, appearance for jury verdict | 3:12 | 3.2 |

| | |
|---|---|
| **Total** | **759.3** |

## CHART 2
## FEE PETITION HOURS

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|---|---|---|---|---|---|---|
| 22-Aug-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | talk to anna re: fee petition | 0:12 | 0.2 |
| 23-Aug-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call with Sona, Anna, Cam re fee petition | 0:30 | 0.5 |
| 25-Aug-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | W/ nick, anna, chip talk to richard re: Next steps | 0:24 | 0.4 |
| 26-Aug-22 | Emma Freudenberger | Rosario (Richard) | Phone Call | Call re: Fee petition w/ anna, cam, sara | 0:18 | 0.3 |
| 23-Sep-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | meeting re fee petition | 0:30 | 0.5 |
| 30-Sep-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing Madhuri's research, meeting re fee application | 1:00 | 1 |
| 2-Oct-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing emails | 0:24 | 0.4 |
| 5-Oct-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | reviewing declaration and brief | 1:30 | 1.5 |
| 6-Oct-22 | Emma Freudenberger | Rosario (Richard) | Miscellaneous | answering questions re declarations | 0:24 | 0.4 |

| | Total | 5.2 |
|---|---|---|