# EXHIBIT A

# NICK BRUSTIN

99 Hudson Street, 8th Floor, NY, NY 10013 | (212) 965-9081 | nick@nsbcivilrights.com

---

**NEUFELD SCHECK & BRUSTIN, LLP**, *Partner (2003),* New York, NY     1999 – present

Conduct and manage all aspects of national civil rights practice principally focused on representing victims of police brutality or other official misconduct, and individuals who have been wrongfully convicted and incarcerated. Supervise attorneys and other staff in all aspects of civil discovery, trial and appellate advocacy. Taken and defended hundreds of fact and expert depositions including numerous police chiefs, district attorneys, and other high-ranking public officials.

**Trial:** Tried numerous federal and state cases nationwide, including: *Trulove v. D'Amico* (lead counsel at trial, where jury awarded $10 million in damages to plaintiff who spent six years in prison after being wrongfully convicted of murder); *Gates v. District of Columbia* (lead counsel at trial, where jury found that District of Columbia police officers had fabricated evidence and hid exculpatory evidence during plaintiff's trial for rape and murder, resulting in 28-year wrongful conviction, with the government subsequently settling claims for $16.65 million); *Howard v. City of Durham* (lead counsel at trial where jury awarded $6 million to plaintiff after he spent decades in prison for two murders he did not commit); *Deskovic v. City of Peekkill, et al.* (federal wrongful conviction trial in Westchester for 16 years wrongful imprisonment resulting in the largest ever jury award in the United States of $41.65 million); *Restivo v. Nassau County* (federal wrongful conviction trial involving claims of individual police misconduct, resulting in what was at the time the largest jury award ever of $36 million); *Mann v. Walder* (a police misconduct case in New Jersey involving the shooting and death of a Native American man, the first ever jury award in New Jersey for §1983 loss-of-life damages.) *Mayes v. City of Hammond, Ind, et. al.* (federal wrongful conviction trial involving claims of individual and systemic police misconduct); *Young v. City of Providence, R.I., et. al.* (multiple federal trials involving claims of individual and systemic misconduct in connection with the friendly-fire shooting death of an African-American police officer); *Graham v. Adkins, et al.* (federal wrongful conviction trial in central Louisiana involving claims of individual and systemic police and prosecutorial misconduct); *Gonzalez v. State of New York* (Court of Claims unjust imprisonment trial).

**Appellate:** Draft appellate briefs and perform oral arguments before federal and state appellate courts including *Lowery v. Manhattan, KS, et al.*, U.S. Court of Appeals, 10th Circuit (argued absolute and qualified immunity appeal in wrongful conviction case before panel including former Supreme Court Justice Sandra Day O'Connor).

**Settlement:** Obtained numerous injunctive decrees and precedent setting settlements, including: *Deskovic v. City of Peekskill* (over $23 million in settlements, the largest total settlement amount for a wrongfully convicted individual, for plaintiff wrongly imprisoned for 16 years—from age 16 until he was 32—for a rape and murder he did not commit); *Coley v. Simi Valley* (obtaining $21 million settlement for wrongfully convicted plaintiff who served 39 years in prison for murders of a woman and her 4-year-old son); *Garcia v. City of New York,* and *Morillo v. City of New York* (two $7.5 million settlements following plaintiffs' wrongful convictions for murder); *Sterling v. Monroe County* (obtaining $8.625 million in settlement compensation for plaintiff, who served nearly 19 years in prison for a murder he did not commit); *Green v. City of Cleveland, et al.* (wrongful conviction settlement including comprehensive, independent audit of Cleveland's crime lab); *Lloyd v. City of Detroit, et al.* (wrongful conviction settlement including agreement by City to videotape all major felony

interrogations); *Prater v. City of Chattanooga, et al.*, (settlement in shooting death case including comprehensive audit of City's police training and supervision); *Gibbs v. City of New York, et al.* (wrongful conviction case resulting in largest individual settlement ever paid by City).

**BELDOCK LEVINE & HOFFMAN, LLP**, *Associate,* New York, NY
1997 – 99

Participated in all aspects of civil litigation, including federal and state trials and appeals. Focused on civil rights and employment discrimination litigation, including the firm's class action race discrimination suit against the New York City Department of Parks and Recreation.

**US DOJ, CIVIL RIGHTS DIV., EDUC. OPPORTUNITIES SECTION**, *Trial Attorney*, Washington, DC
1995 – 97

Enforced federal civil rights statutes requiring equal educational opportunities. Conducted all aspects of civil rights investigations and related civil litigation and trial proceedings, including numerous continuing school desegregation cases and the DOJ's successful efforts to integrate The Citadel, the S.C. Military College.

**EDUCATION:**
- **FORDHAM UNIVERSITY SCHOOL OF LAW**, J.D., 1995
- **HARVARD GRADUATE SCHOOL OF EDUCATION**, M.A. Education Policy and Administration. 1991
- **BROWN UNIVERSITY**, B.A., English, 1988

**AWARDS & HONORS:**
- Wasserstein Public Interest Fellow at Harvard Law School, 2011
- Benchmark Plaintiff "Litigation Star," 2013
- New York Super Lawyer, Civil Rights/First Amendment Litigation (multiple years)

**PRESENTATIONS & TEACHING:** Presents on civil rights issues at public interest conferences and CLE seminars nationwide, including the annual NAACP Legal Defense and Educ. Fund Civil Rights Conference, Nat'l Lawyers Guild Annual Convention, Nat'l Police Accountability Project, Atlantic Philanthropies, and the West Virginia Association for Justice. Taught litigation skills course as an adjunct professor at Fordham University School of Law.

**OTHER:** Taught 7th and 8th grade English at I.S. 136 in Manhattan; ran youth job training programs in Bronx.