# EXHIBIT B

## CHART 1
## SUBSTANTIVE HOURS

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|---|---|---|---|---|---|---|
| 3-Jul-16 | Nick Brustin | Rosario (Richard) | Review | prep for client meet; revie documents and and pleadings and video | 4:00 | 4.0 |
| 4-Jul-16 | Nick Brustin | Rosario (Richard) | Prep | prep for client m,eet; review docs and pleadings and reports | 3:00 | 3.0 |
| 5-Jul-16 | Nick Brustin | Rosario (Richard) | Meeting | prep for meet and meet client and criminal counsel re case and retainer | 4:42 | 4.7 |
| 3-Nov-16 | Nick Brustin | Rosario (Richard) | Meeting | prep for meet rr, review docs; meet rr re complaint and discovery | 1:42 | 1.7 |
| 15-Nov-16 | Nick Brustin | Rosario (Richard) | Meeting | meet rr re discovery; | 1:00 | 1.0 |
| 23-Nov-16 | Nick Brustin | Rosario (Richard) | Meeting | meet re appeal, doc collection | 0:18 | 0.3 |
| 22-Dec-16 | Nick Brustin | Rosario (Richard) | Meeting | meet ef re complaint; tc rr and chip re filing | 1:00 | 1.0 |
| 8-Feb-17 | Nick Brustin | Rosario (Richard) | Meeting | Meet re: investigator | 0:48 | 0.8 |
| 6-Mar-17 | Nick Brustin | Rosario (Richard) | Meeting | Meet re: complaint | 0:12 | 0.2 |
| 11-May-17 | Nick Brustin | Rosario (Richard) | Meeting | prep for 50h; meet richard re 50h | 3:00 | 3.0 |
| 16-May-17 | Nick Brustin | Rosario (Richard) | Prep | prep rr re 50h | 1:30 | 1.5 |
| 1-Jun-17 | Nick Brustin | Rosario (Richard) | Meeting | meet patrick re witness interviews; review interview notes | 1:42 | 1.7 |
| 11-Jan-18 | Nick Brustin | Rosario (Richard) | Meeting | prep for settle conference, settle conference | 7:30 | 7.5 |
| 16-Apr-18 | Nick Brustin | Rosario (Richard) | Meeting | Case meeting | 0:18 | 0.3 |
| 31-Jul-18 | Nick Brustin | Rosario (Richard) | Review | review docs, joint discovery plan edits | 2:12 | 2.2 |
| 7-Sep-18 | Nick Brustin | Rosario (Richard) | Meeting | meeting re: case strategy | 0:18 | 0.3 |
| 10-Sep-18 | Nick Brustin | Rosario (Richard) | Meeting | review discovery, meet with ef re discovery; meet rr re discovery responses | 2:12 | 2.2 |
| 9-Oct-18 | Nick Brustin | Rosario (Richard) | Phone Call | Phone call w/ expert | 0:24 | 0.4 |
| 23-Oct-18 | Nick Brustin | Rosario (Richard) | Deposition | Discuss deposition prep | 0:12 | 0.2 |
| 4-Dec-18 | Nick Brustin | Rosario (Richard) | Meeting | meeting re: case strategy | 0:24 | 0.4 |
| 14-Dec-18 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ NB, EF, AF re: deposition scheduling | 0:18 | 0.3 |
| 17-Dec-18 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps, review docs and Slepian interviews | 3:00 | 3.0 |
| 17-Dec-18 | Nick Brustin | Rosario (Richard) | Meeting | meet w/ team | 0:30 | 0.5 |
| 18-Dec-18 | Nick Brustin | Rosario (Richard) | Review | review alibi witness stataments, meet re witness statements | 2:30 | 2.5 |
| 20-Dec-18 | Nick Brustin | Rosario (Richard) | Prep | prep for eyewitness deps | 3:42 | 3.7 |
| 27-Dec-18 | Nick Brustin | Rosario (Richard) | Phone Call | TC w/RS | 0:18 | 0.3 |
| 28-Dec-18 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps; tc emma and rick letters | 4:00 | 4.0 |

| Date | Timekeeper | Matter | Activity | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 31-Dec-18 | Nick Brustin | Rosario (Richard) | Phone Call | meet rick re deps; review Slepian interviews; tc glenn re dep | 1:00 | 1.0 |
| 2-Jan-19 | Nick Brustin | Rosario (Richard) | Prep | pre for torres, sanches and davis deps, review transcripts and reports | 3:18 | 3.3 |
| 4-Jan-19 | Nick Brustin | Rosario (Richard) | Meeting | case strategy mtg | 0:18 | 0.3 |
| 6-Jan-19 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps, torres, sanchez and davis; review transcripts and docs | 2:42 | 2.7 |
| 8-Jan-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, EF, AF re: dep scheduling. | 0:12 | 0.2 |
| 9-Jan-19 | Nick Brustin | Rosario (Richard) | Meeting | case meeting/team meeting | 0:42 | 0.7 |
| 14-Jan-19 | Nick Brustin | Rosario (Richard) | Phone Call | TC w/ investigator | 0:24 | 0.4 |
| 15-Jan-19 | Nick Brustin | Rosario (Richard) | Review | tc chip re dep; review docs for chip dep; tc glen garber re dep, review docs re garber dep; prep for police and eyewitness deps; lunch meet Slepian re witnesses | 5:12 | 5.2 |
| 16-Jan-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, AF re case | 1:18 | 1.3 |
| 17-Jan-19 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps | 2:12 | 2.2 |
| 18-Jan-19 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps | 3:48 | 3.8 |
| 21-Jan-19 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps; review da file | 5:30 | 5.5 |
| 22-Jan-19 | Nick Brustin | Rosario (Richard) | Review | tc chip for dep prep, Richard dep prep, da doc review and motion, meet re discovery with team | 4:42 | 4.7 |
| 23-Jan-19 | Nick Brustin | Rosario (Richard) | Phone Call | prep Richard for dep | 2:30 | 2.5 |
| 24-Jan-19 | Nick Brustin | Rosario (Richard) | Meeting | Team meeting | 0:36 | 0.6 |
| 25-Jan-19 | Nick Brustin | Rosario (Richard) | Prep | review docs and interviews for garber dep; prep glenn and rebecca | 2:30 | 2.5 |
| 25-Jan-19 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps | 3:30 | 3.5 |
| 26-Jan-19 | Nick Brustin | Rosario (Richard) | Review | prep for eyewitness deps | 6:00 | 6.0 |
| 28-Jan-19 | Nick Brustin | Rosario (Richard) | Review | prep for sanchez and davis deps | 4:42 | 4.7 |
| 29-Jan-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for sanchez dep, tc and eamils to court re dep, sanchez dep, prep for davis dap | 8:30 | 8.5 |
| 30-Jan-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for davis dep; davis dep; meet re davis dep | 3:48 | 3.8 |
| 4-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for Richard dep; tc Kaiser, review Kaiser notes, prtep for chip dep | 5:00 | 5.0 |
| 5-Feb-19 | Nick Brustin | Rosario (Richard) | Prep | prep for Richard dep | 5:00 | 5.0 |
| 6-Feb-19 | Nick Brustin | Rosario (Richard) | Deposition | Richard dep | 8:18 | 8.3 |
| 7-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for chip dep; prep for police deps | 5:42 | 5.7 |
| 7-Feb-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, EF, LK, AF re: case strategy and depositions | 0:36 | 0.6 |
| 8-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for police deps; meet chip for dep prep | 6:12 | 6.2 |

| Date | Attorney | Client | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 11-Feb-19 | Nick Brustin | Rosario (Richard) | Phone Call | tcs len and rick re deps | 1:00 | 1.0 |
| 13-Feb-19 | Nick Brustin | Rosario (Richard) | Review | edit motion, tc emma re edits | 1:30 | 1.5 |
| 16-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for police deps | 4:00 | 4.0 |
| 18-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for police deps (whit, Martinez, cruger) | 5:00 | 5.0 |
| 19-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for whit and mart deps | 2:00 | 2.0 |
| 20-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for whit and Martinez deps | 6:30 | 6.5 |
| 21-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for whit and martinez | 4:12 | 4.2 |
| 22-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for Martinez and whit deps | 4:42 | 4.7 |
| 24-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for Martinez and whitaker deps | 6:36 | 6.6 |
| 25-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for Martinez dep | 5:42 | 5.7 |
| 26-Feb-19 | Nick Brustin | Rosario (Richard) | Review | prep for garber dep; prep for Martinez dep | 8:18 | 8.3 |
| 27-Feb-19 | Nick Brustin | Rosario (Richard) | Deposition | Martinez dep prep and dep; | 8:42 | 8.7 |
| 28-Feb-19 | Nick Brustin | Rosario (Richard) | Review | glen garber dep; prep for whitaker dep | 9:00 | 9.0 |
| 1-Mar-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for whitaker dep; whitaker dep | 8:24 | 8.4 |
| 3-Mar-19 | Nick Brustin | Rosario (Richard) | Review | prep for cruger dep | 3:00 | 3.0 |
| 4-Mar-19 | Nick Brustin | Rosario (Richard) | Review | prep for cruger dep | 4:30 | 4.5 |
| 5-Mar-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for cruger dep; cruger dep | 6:00 | 6.0 |
| 5-Mar-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS re: Cruger dep | 0:12 | 0.2 |
| 6-Mar-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for Dysart cal, tc Dysart re report; prep for petrauskas dep; petrauskas dep | 6:30 | 6.5 |
| 7-Mar-19 | Nick Brustin | Rosario (Richard) | Phone Call | tc mediator re settle; prep for mediation | 0:36 | 0.6 |
| 7-Mar-19 | Nick Brustin | Rosario (Richard) | Review | meet re discovery deps and mediation with team; review comparable cases | 1:00 | 1.0 |
| 8-Mar-19 | Nick Brustin | Rosario (Richard) | Review | meet len, rick allie re discovery and mediation; mediation prep; edit mediation letter | 1:06 | 1.1 |
| 11-Mar-19 | Nick Brustin | Rosario (Richard) | Review | review discovery correspondence; emails and tcs settlement conference; tc rr re settle | 1:24 | 1.4 |
| 12-Mar-19 | Nick Brustin | Rosario (Richard) | Review | prep for mediation | 2:00 | 2.0 |
| 13-Mar-19 | Nick Brustin | Rosario (Richard) | Meeting | prep for mediation, mediation; tc chip, emma re mediation; tc Richard re mediation | 4:30 | 4.5 |
| 18-Mar-19 | Nick Brustin | Rosario (Richard) | Meeting | meet len and ef re discovery and extension; emails Richard re discovery, tc mediator | 0:42 | 0.7 |
| 19-Mar-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, LK, EF re: case strategy, depositions | 1:12 | 1.2 |
| 21-Mar-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ Rick re: expert scheduling | 0:12 | 0.2 |
| 21-Mar-19 | Nick Brustin | Rosario (Richard) | Phone Call | Phone call w/ expert Agharkar and RS | 0:24 | 0.4 |

| Date | Person | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 29-Mar-19 | Nick Brustin | Rosario (Richard) | Review | meet team re deps and discovery, tc chip re Richard dep; tc Richard re deps | 2:00 | 2.0 |
| 29-Mar-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, EF, LK, AF re: discovery, case strategy, experts | 0:30 | 0.5 |
| 29-Mar-19 | Nick Brustin | Rosario (Richard) | Meeting | meet re: case | 0:06 | 0.1 |
| 1-Apr-19 | Nick Brustin | Rosario (Richard) | Review | prep for Nicole torres dep; meet team re dep | 2:00 | 2.0 |
| 2-Apr-19 | Nick Brustin | Rosario (Richard) | Meeting | meet Nicole torres, prep for torres dep | 3:18 | 3.3 |
| 3-Apr-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for torres dep, torres dep | 3:00 | 3.0 |
| 8-Apr-19 | Nick Brustin | Rosario (Richard) | Review | review expert materials; tc Dysart; tc agharkar re reports | 3:00 | 3.0 |
| 12-Apr-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet re: psych expert report, requests to admit | 0:42 | 0.7 |
| 15-Apr-19 | Nick Brustin | Rosario (Richard) | Review | edit rta, prep for sanchez and rr deps | 1:42 | 1.7 |
| 16-Apr-19 | Nick Brustin | Rosario (Richard) | Review | review draft report, tc agharkar re report | 2:12 | 2.2 |
| 18-Apr-19 | Nick Brustin | Rosario (Richard) | Review | prep for sanchez dep and Richard dep | 3:00 | 3.0 |
| 22-Apr-19 | Nick Brustin | Rosario (Richard) | Meeting | meet rick and len re sanchez dep; prep for sanchez dep | 1:30 | 1.5 |
| 23-Apr-19 | Nick Brustin | Rosario (Richard) | Prep | prep for sanchez dep | 5:30 | 5.5 |
| 24-Apr-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for sanchez dep; sanchez dep | 6:00 | 6.0 |
| 29-Apr-19 | Nick Brustin | Rosario (Richard) | Prep | review docs for dep, prep Richard for dep | 3:30 | 3.5 |
| 29-Apr-19 | Nick Brustin | Rosario (Richard) | Review | review silverman outline, meet len for dep prep | 2:48 | 2.8 |
| 2-May-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for dep and dep of richard | 8:30 | 8.5 |
| 3-May-19 | Nick Brustin | Rosario (Richard) | Review | edit expert reports | 1:42 | 1.7 |
| 7-May-19 | Nick Brustin | Rosario (Richard) | Review | edit agharkar report | 1:30 | 1.5 |
| 7-May-19 | Nick Brustin | Rosario (Richard) | Review | edit Dysart report; tc rick and emma re report | 2:00 | 2.0 |
| 8-May-19 | Nick Brustin | Rosario (Richard) | Review | edit Dysart report meet rick and emma re edits | 2:42 | 2.7 |
| 9-May-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for silverman and silverman dep | 3:00 | 3.0 |
| 10-May-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, LK re: dep prep | 0:30 | 0.5 |
| 13-May-19 | Nick Brustin | Rosario (Richard) | Prep | prep with len for dep | 1:30 | 1.5 |
| 14-May-19 | Nick Brustin | Rosario (Richard) | Deposition | fortunato dep and prep with len | 1:30 | 1.5 |
| 15-May-19 | Nick Brustin | Rosario (Richard) | Review | prep for guanica dep | 1:30 | 1.5 |
| 16-May-19 | Nick Brustin | Rosario (Richard) | Review | prep for guanica Collazo dep; Collazo dep | 4:30 | 4.5 |
| 20-May-19 | Nick Brustin | Rosario (Richard) | Review | meet team re deps and response to interrogs; schedule Gonzales dep; review interrogs | 1:00 | 1.0 |
| 22-May-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet re: rog responses | 0:42 | 0.7 |
| 23-May-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS re: Alex Gonzalez dep prep | 0:18 | 0.3 |
| 29-May-19 | Nick Brustin | Rosario (Richard) | Meeting | meet w/ RS re: dep prep--Alex Gonzalez | 0:12 | 0.2 |
| 3-Jun-19 | Nick Brustin | Rosario (Richard) | Deposition | prep for Gonzales dep, Gonzales dep | 3:00 | 3.0 |
| 5-Jun-19 | Nick Brustin | Rosario (Richard) | Phone Call | phone call w/Chip | 0:48 | 0.8 |

| Date | Attorney | Client | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 12-Jun-19 | Nick Brustin | Rosario (Richard) | Review | meet re daubert response, edit response | 0:30 | 0.5 |
| 8-Jul-19 | Nick Brustin | Rosario (Richard) | Phone Call | call re: 440 | 0:24 | 0.4 |
| 9-Jul-19 | Nick Brustin | Rosario (Richard) | Meeting | meet re: defendant report | 0:12 | 0.2 |
| 22-Jul-19 | Nick Brustin | Rosario (Richard) | Meeting | meeting with rick and emma to discuss Richard instagram issues | 0:18 | 0.3 |
| 13-Aug-19 | Nick Brustin | Rosario (Richard) | Phone Call | Phone call w/ Chip, RS | 0:18 | 0.3 |
| 3-Sep-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, EF re: experts, discovery | 0:18 | 0.3 |
| 4-Sep-19 | Nick Brustin | Rosario (Richard) | Review | review expert reports, prep for expert deps, meet re experts | 3:42 | 3.7 |
| 6-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for calls with osych experts re def experts, prep for Dysart call re def expert; prep for expert deps of psych, review all reports | 4:42 | 4.7 |
| 7-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep | 1:42 | 1.7 |
| 8-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep, mickes research | 2:00 | 2.0 |
| 9-Sep-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ EF & RS re: expert deps | 0:12 | 0.2 |
| 10-Sep-19 | Nick Brustin | Rosario (Richard) | Meeting | meet to discuss expert deps | 0:48 | 0.8 |
| 11-Sep-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ EF, RS re discovery letter | 0:24 | 0.4 |
| 12-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep and sj, digest police deps | 2:12 | 2.2 |
| 13-Sep-19 | Nick Brustin | Rosario (Richard) | Review | digest deps for mickes and sj | 2:00 | 2.0 |
| 15-Sep-19 | Nick Brustin | Rosario (Richard) | Review | digest police deps for mickes and sj | 1:42 | 1.7 |
| 17-Sep-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS re: expert dep | 0:12 | 0.2 |
| 18-Sep-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, LK re: experts , discovery | 0:48 | 0.8 |
| 19-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep | 3:42 | 3.7 |
| 20-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep, Dysart report | 5:00 | 5.0 |
| 21-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep | 4:00 | 4.0 |
| 22-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep | 3:18 | 3.3 |
| 23-Sep-19 | Nick Brustin | Rosario (Richard) | Review | tc Dysart re report, review psych reports, prep for mickes | 2:00 | 2.0 |
| 23-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep | 1:48 | 1.8 |
| 24-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep | 3:18 | 3.3 |
| 25-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep | 5:30 | 5.5 |
| 26-Sep-19 | Nick Brustin | Rosario (Richard) | Review | prep for mickes dep, mickes dep | 8:42 | 8.7 |
| 3-Oct-19 | Nick Brustin | Rosario (Richard) | Review | prep Dysart for dep, prep for psych deps | 4:36 | 4.6 |
| 16-Oct-19 | Nick Brustin | Rosario (Richard) | Meeting | Dep prep meeting with Avi and Rick | 0:30 | 0.5 |
| 5-Nov-19 | Nick Brustin | Rosario (Richard) | Phone Call | Phone call w/ RS & EF re: SJ letter | 0:12 | 0.2 |
| 12-Nov-19 | Nick Brustin | Rosario (Richard) | Court appearance | discuss pre motion conference with emma | 0:48 | 0.8 |
| 4-Dec-19 | Nick Brustin | Rosario (Richard) | Review | review docs and expert reprots re sj, meet team re sj | 2:30 | 2.5 |

| Date | Attorney | Client | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 18-Dec-19 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, EF, ABH, AS, AF re: summary jgmt response | 1:00 | 1.0 |
| 20-Dec-19 | Nick Brustin | Rosario (Richard) | Meeting | prep for sj, review digests, meet re sj facts | 3:30 | 3.5 |
| 10-Jan-20 | Nick Brustin | Rosario (Richard) | Review | review motions | 2:30 | 2.5 |
| 13-Jan-20 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, ABH, EF, AS, AF, BR re: MSJ response | 0:54 | 0.9 |
| 13-Jan-20 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS re: R 56.1 statement | 0:06 | 0.1 |
| 14-Jan-20 | Nick Brustin | Rosario (Richard) | Review | review facts for sj, meet re facts | 3:00 | 3.0 |
| 16-Jan-20 | Nick Brustin | Rosario (Richard) | Meeting | Meet w/ RS, EF, ABH, AS, AF re: MSJ | 1:00 | 1.0 |
| 23-Jan-20 | Nick Brustin | Rosario (Richard) | Review | edit facts | 2:12 | 2.2 |
| 7-Feb-20 | Nick Brustin | Rosario (Richard) | Review | edit facts, meet re facts and breif | 3:00 | 3.0 |
| 10-Feb-20 | Nick Brustin | Rosario (Richard) | Review | edit facts | 5:00 | 5.0 |
| 14-Feb-20 | Nick Brustin | Rosario (Richard) | Review | edit facts, meet re edits | 5:00 | 5.0 |
| 17-Feb-20 | Nick Brustin | Rosario (Richard) | Review | edit facts | 2:18 | 2.3 |
| 18-Feb-20 | Nick Brustin | Rosario (Richard) | Review | edit brief and facts, meet re edits | 5:42 | 5.7 |
| 20-Feb-20 | Nick Brustin | Rosario (Richard) | Review | sj response edits | 4:00 | 4.0 |
| 21-Jan-21 | Nick Brustin | Rosario (Richard) | Phone Call | talk to anna/emma re: daubert plan | 0:24 | 0.4 |
| 22-Jan-21 | Nick Brustin | Rosario (Richard) | Phone Call | W/ anna, emma, katie haas, kayla, talk to chip re: Strategy | 0:30 | 0.5 |
| 22-Jan-21 | Nick Brustin | Rosario (Richard) | Review | review sj decision, review exopert reports, meet re daubert, tc chip re settle | 3:00 | 3.0 |
| 10-Feb-21 | Nick Brustin | Rosario (Richard) | Review | meet re trial prep, review docs | 2:12 | 2.2 |
| 12-Feb-21 | Nick Brustin | Rosario (Richard) | Phone Call | W/ anna, katie H., amelia, Talk to chris ritter and arif re: Jury consulting | 0:30 | 0.5 |
| 18-Feb-21 | Nick Brustin | Rosario (Richard) | Meeting | meet w trial team re pre trial | 1:00 | 1.0 |
| 23-Feb-21 | Nick Brustin | Rosario (Richard) | Meeting | tc chip re trial and settle, motion to dismiss conviction | 1:00 | 1.0 |
| 24-Feb-21 | Nick Brustin | Rosario (Richard) | Phone Call | w/ emma and anna discuss prep for status conference re: trial procedure | 0:24 | 0.4 |
| 25-Feb-21 | Nick Brustin | Rosario (Richard) | Court appearance | Telephonic court appearance w/ anna, katie haas, kayla | 0:48 | 0.8 |
| 25-Feb-21 | Nick Brustin | Rosario (Richard) | Meeting | W/ anna, amelia, katie h. Talk to jury consultant re voir dire | 1:00 | 1.0 |
| 5-Mar-21 | Nick Brustin | Rosario (Richard) | Review | prep for trial, tc re trial prep | 2:00 | 2.0 |
| 9-Mar-21 | Nick Brustin | Rosario (Richard) | Review | review motions, meet re motions | 2:24 | 2.4 |
| 23-Mar-21 | Nick Brustin | Rosario (Richard) | Review | review mils | 1:00 | 1.0 |
| 31-Mar-21 | Nick Brustin | Rosario (Richard) | Meeting | W/ anna, katie h, yasmin meet w/ jury consultants re: Motion for jury questionnaire | 0:30 | 0.5 |
| 9-Apr-21 | Nick Brustin | Rosario (Richard) | Phone Call | W/ anna, emma, katie h discuss draft jury instructions | 0:42 | 0.7 |
| 19-Apr-21 | Nick Brustin | Rosario (Richard) | Meeting | w/ anna, emma, katie h, yasmin, jahne, kayla discuss draft jury questionnaire | 1:30 | 1.5 |

| Date | Timekeeper | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 14-May-21 | Nick Brustin | Rosario (Richard) | Review | review deps and digests for mils and trial prep | 4:48 | 4.8 |
| 18-May-21 | Nick Brustin | Rosario (Richard) | Meeting | Meeting with Katie H and Emma re Rosario priorities | 0:15 | 0.3 |
| 24-May-21 | Nick Brustin | Rosario (Richard) | Review | review bronx filing, tc re filing | 1:30 | 1.5 |
| 2-Jun-21 | Nick Brustin | Rosario (Richard) | Review | jury questionair and motion | 1:00 | 1.0 |
| 10-Jun-21 | Nick Brustin | Rosario (Richard) | Review | meet re rosario mil, review testimony | 2:42 | 2.7 |
| 17-Jun-21 | Nick Brustin | Rosario (Richard) | Review | edit mils | 1:30 | 1.5 |
| 21-Jun-21 | Nick Brustin | Rosario (Richard) | Meeting | W/ anna, emma, katie h, christina, kayla discuss MIL opp | 0:48 | 0.8 |
| 21-Jun-21 | Nick Brustin | Rosario (Richard) | Review | edit mils, meet re edits | 1:48 | 1.8 |
| 22-Jun-21 | Nick Brustin | Rosario (Richard) | Review | edit mils | 2:00 | 2.0 |
| 23-Jun-21 | Nick Brustin | Rosario (Richard) | Review | edit mils, meet re edits | 1:48 | 1.8 |
| 24-Jun-21 | Nick Brustin | Rosario (Richard) | Review | review mils from defs | 1:18 | 1.3 |
| 8-Jul-21 | Nick Brustin | Rosario (Richard) | Review | meet kh re dateline clips, review mils | 2:00 | 2.0 |
| 12-Jul-21 | Nick Brustin | Rosario (Richard) | Phone Call | Talk to anna, emma, re: MIL strategy | 0:12 | 0.2 |
| 13-Jul-21 | Nick Brustin | Rosario (Richard) | Meeting | W/ nick, emma discuss edits to MIL opposition | 0:30 | 0.5 |
| 20-Jul-21 | Nick Brustin | Rosario (Richard) | Meeting | meet richard re trial | 1:00 | 1.0 |
| 27-Aug-21 | Nick Brustin | Rosario (Richard) | Review | review aff, review questionairre, meet re consultants | 1:30 | 1.5 |
| 1-Sep-21 | Nick Brustin | Rosario (Richard) | Phone Call | Trial prep call with Emma, Katie H, Kayla, and follow-up notes/tasks | 0:18 | 0.3 |
| 3-Sep-21 | Nick Brustin | Rosario (Richard) | Phone Call | call with emma | 0:22 | 0.4 |
| 7-Sep-21 | Nick Brustin | Rosario (Richard) | Meeting | review pre trial docs, meet re pretrial docs | 2:12 | 2.2 |
| 10-Sep-21 | Nick Brustin | Rosario (Richard) | Phone Call | call with Kayla, Emma, and Katie H. jpto | 0:18 | 0.3 |
| 16-Sep-21 | Nick Brustin | Rosario (Richard) | Phone Call | W/ anna, katie h, emma discuss jury questionnaire, verdict sheet | 0:30 | 0.5 |
| 28-Sep-21 | Nick Brustin | Rosario (Richard) | Review | rosario voir dire, meet re voir dire | 3:00 | 3.0 |
| 6-Oct-21 | Nick Brustin | Rosario (Richard) | Review | edit pre trial docs, meet re pretrial docs, tc rr re trial | 3:00 | 3.0 |
| 26-Oct-21 | Nick Brustin | Rosario (Richard) | Phone Call | Call with Adam Bloom, Emma, Emma, and Katie H. | 0:18 | 0.3 |
| 2-Dec-21 | Nick Brustin | Rosario (Richard) | Phone Call | W/ anna, emma, katie h, kayla discuss trial prep | 0:12 | 0.2 |
| 6-Dec-21 | Nick Brustin | Rosario (Richard) | Meeting | court conference re trial, meet with emma anna katie anna | 2:12 | 2.2 |
| 7-Dec-21 | Nick Brustin | Rosario (Richard) | Meeting | W/ emma, anna, katie h, kayla review trial exhibits | 3:30 | 3.5 |
| 8-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for trial, pretrial docs, designations, | 7:48 | 7.8 |
| 9-Dec-21 | Nick Brustin | Rosario (Richard) | Meeting | W/ anna, emma, katie h, gerardo, cam discuss trial prep, pretrial filings | 1:36 | 1.6 |
| 14-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for pretrial, dep designation, review deps and testimony | 7:48 | 7.8 |
| 15-Dec-21 | Nick Brustin | Rosario (Richard) | Prep | trial prep, dep designations | 7:12 | 7.2 |
| 16-Dec-21 | Nick Brustin | Rosario (Richard) | Court appearance | pretrial conference and trial prep, whitaker cross | 8:42 | 8.7 |

| Date | Name | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 17-Dec-21 | Nick Brustin | Rosario (Richard) | Prep | trial prep, designations, whitaker cross | 9:00 | 9.0 |
| 18-Dec-21 | Nick Brustin | Rosario (Richard) | Prep | trial prep whitaker and cruger | 4:00 | 4.0 |
| 19-Dec-21 | Nick Brustin | Rosario (Richard) | Prep | trial prep whitaker and richard | 3:48 | 3.8 |
| 20-Dec-21 | Nick Brustin | Rosario (Richard) | Prep | trial prep whiotaker and sanchez | 4:00 | 4.0 |
| 21-Dec-21 | Nick Brustin | Rosario (Richard) | Court appearance | prep for pretrial conference, pretrial conference, prep for trial nicole torres | 7:30 | 7.5 |
| 22-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for trial sanchez and cruger | 4:00 | 4.0 |
| 23-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for trial sanchez | 7:12 | 7.2 |
| 24-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for trial cruger | 6:30 | 6.5 |
| 25-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for trial cruger | 5:00 | 5.0 |
| 26-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for trial richard and whitaker | 6:42 | 6.7 |
| 27-Dec-21 | Nick Brustin | Rosario (Richard) | Review | edit opening, whitaker, sanchez, davis | 9:30 | 9.5 |
| 28-Dec-21 | Nick Brustin | Rosario (Richard) | Review | prep for richard, meet richard, trial strateguy meet | 10:42 | 10.7 |
| 29-Dec-21 | Nick Brustin | Rosario (Richard) | Prep | prep for trial - davis, cruger, alexis gonzalis, | 10:18 | 10.3 |
| 30-Dec-21 | Nick Brustin | Rosario (Richard) | Review | edit opening, meet richard, dysart, psych experts | 11:00 | 11.0 |
| 31-Dec-21 | Nick Brustin | Rosario (Richard) | Review | davis, sanchez, cruger opening | 7:00 | 7.0 |
| 4-Jan-22 | Nick Brustin | Rosario (Richard) | Phone Call | call anna, emma, katie h, gerardo, kayla, cam next steps | 0:30 | 0.5 |
| 5-Jan-22 | Nick Brustin | Rosario (Richard) | Phone Call | anna, emma, Katie h, gerardo trial date | 0:24 | 0.4 |
| 5-Jan-22 | Nick Brustin | Rosario (Richard) | Loan | with Katie, review Richard loans | 0:21 | 0.4 |
| 8-Jan-22 | Nick Brustin | Rosario (Richard) | Review | trial prep, rihcard direct, police defs | 5:30 | 5.5 |
| 9-Jan-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, experts | 4:48 | 4.8 |
| 10-Jan-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, eywtinesses, opening, meet team, def direct | 7:30 | 7.5 |
| 11-Jan-22 | Nick Brustin | Rosario (Richard) | Review | meet re demonstratives, opening, richard prep | 4:00 | 4.0 |
| 12-Jan-22 | Nick Brustin | Rosario (Richard) | Court appearance | prep for conference, prep richard, conference | 7:48 | 7.8 |
| 13-Jan-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial | 4:36 | 4.6 |
| 14-Jan-22 | Nick Brustin | Rosario (Richard) | Court appearance | prep for trial, conference with court | 2:48 | 2.8 |
| 10-May-22 | Nick Brustin | Rosario (Richard) | Review | review motions, meet re trial | 2:00 | 2.0 |
| 25-May-22 | Nick Brustin | Rosario (Richard) | Court appearance | meet re conference, court conference, review motions and trial prep | 3:00 | 3.0 |
| 13-Jun-22 | Nick Brustin | Rosario (Richard) | Review | edit opening, trial prep | 2:18 | 2.3 |
| 14-Jun-22 | Nick Brustin | Rosario (Richard) | Review | rosario opnening | 2:18 | 2.3 |
| 16-Jun-22 | Nick Brustin | Rosario (Richard) | Meeting | onboarding new team members | 0:30 | 0.5 |
| 16-Jun-22 | Nick Brustin | Rosario (Richard) | Meeting | team meet re trial | 1:00 | 1.0 |
| 30-Jun-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, richard direct, review mils, | 4:00 | 4.0 |
| 5-Jul-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, whitaker, | 2:00 | 2.0 |
| 6-Jul-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, exhibits, alibi docs | 3:18 | 3.3 |

| Date | Name | Matter | Type | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 7-Jul-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, richard, experts, alibi outlines | 1:54 | 1.9 |
| 8-Jul-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, review rr testimony prep rr, review designations | 5:00 | 5.0 |
| 9-Jul-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial, whitaker | 5:36 | 5.6 |
| 10-Jul-22 | Nick Brustin | Rosario (Richard) | Review | prep for trial whitaker; sanchez | 4:48 | 4.8 |
| 11-Jul-22 | Nick Brustin | Rosario (Richard) | Review | edit opening, meet re opening, meet psych re richard, prep for richard, | 7:30 | 7.5 |
| 12-Jul-22 | Nick Brustin | Rosario (Richard) | Review | prep richard, alibi witness outlines, cruger outline | 8:18 | 8.3 |
| 13-Jul-22 | Nick Brustin | Rosario (Richard) | Review | alibi outline, cruger outline, sanchez outline, davis outline | 5:48 | 5.8 |
| 14-Jul-22 | Nick Brustin | Rosario (Richard) | Review | davis ouitline, open edits, richard prep, review opsych reprots, mneet agharkar | 8:48 | 8.8 |
| 15-Jul-22 | Nick Brustin | Rosario (Richard) | Review | chip outline, meet chip, meet jury consultants, | 8:36 | 8.6 |
| 16-Jul-22 | Nick Brustin | Rosario (Richard) | Review | meet riochard re dep; dysart outline, cruger outline, | 5:00 | 5.0 |
| 17-Jul-22 | Nick Brustin | Rosario (Richard) | Review | edit opening and dysart, meet re open and dysart w/emma, cruger outline | 3:30 | 3.5 |
| 18-Jul-22 | Nick Brustin | Rosario (Richard) | Review | team meet, edit torres, edit dysart, meet re dysart, edit text motion, tcs re texts w expert, davis outline | 7:18 | 7.3 |
| 19-Jul-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial prep and pretrial conference | 9:30 | 9.5 |
| 20-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 7:48 | 7.8 |
| 21-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 8:24 | 8.4 |
| 22-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 7:06 | 7.1 |
| 23-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 7:24 | 7.4 |
| 24-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 10:00 | 10.0 |
| 25-Jul-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 14:00 | 14.0 |
| 26-Jul-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 10:12 | 10.2 |
| 27-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 8:18 | 8.3 |
| 28-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 7:54 | 7.9 |
| 29-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 9:06 | 9.1 |
| 30-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 7:00 | 7.0 |
| 31-Jul-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 10:30 | 10.5 |
| 1-Aug-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 14:48 | 14.8 |
| 2-Aug-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 14:00 | 14.0 |
| 3-Aug-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 14:12 | 14.2 |
| 4-Aug-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 10:00 | 10.0 |
| 5-Aug-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 9:24 | 9.4 |
| 6-Aug-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 9:30 | 9.5 |

| Date | Timekeeper | Matter | Activity | Description | Time | Hours |
|---|---|---|---|---|---|---|
| 7-Aug-22 | Nick Brustin | Rosario (Richard) | Prep | trial prep | 10:00 | 10.0 |
| 8-Aug-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 14:30 | 14.5 |
| 9-Aug-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and trial prep | 18:00 | 18.0 |
| 10-Aug-22 | Nick Brustin | Rosario (Richard) | Court appearance | trial and prep | 10:00 | 10.0 |
| 11-Aug-22 | Nick Brustin | Rosario (Richard) | Prep | tcs re jury deliberations | 1:30 | 1.5 |
| 25-Aug-22 | Nick Brustin | Rosario (Richard) | Phone Call | W/ emma, anna, chip talk to richard re: Next steps | 0:24 | 0.4 |

| | | |
|---|---|---|
| | Total | 1010.0 |

## CHART 2
## TRAVEL HOURS

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|---|---|---|---|---|---|---|
| 17-May-19 | Nick Brustin | Rosario (Richard) | Travel | travel home | 1:30 | 1.5 |

| | |
|---|---|
| Total | 1.5 |

## CHART 3
## FEE PETITION HOURS

| Date | Person | Client | Activity | Description | Duration | Time Totals |
|---|---|---|---|---|---|---|
| 24-Aug-22 | Nick Brustin | Rosario (Richard) | Review | meet re fees and appeal | 1:30 | 1.5 |
| 25-Aug-22 | Nick Brustin | Rosario (Richard) | Review | meet re appeal | 1:00 | 1.0 |
| 26-Aug-22 | Nick Brustin | Rosario (Richard) | Review | fees | 1:30 | 1.5 |
| 16-Sep-22 | Nick Brustin | Rosario (Richard) | Review | meet re fees | 1:00 | 1.0 |
| 4-Oct-22 | Nick Brustin | Rosario (Richard) | Review | review and edit declarations | 2:48 | 2.8 |
| 5-Oct-22 | Nick Brustin | Rosario (Richard) | Review | review brief and declaration | 2:00 | 2.0 |
| 6-Oct-22 | Nick Brustin | Rosario (Richard) | Review | review brief and declaration and expenses | 2:30 | 2.5 |

| | |
|---|---|
| Total | 12.3 |