# EXHIBIT C

# CHART 1
## Summary of Expenses

| Type of Expense | Amount |
|---|---|
| Deposition/Discovery Expenses | $60,008.71 |
| Investigation Fees & Expenses | $34,979.29 |
| Jury Consultant Fees and Expenses | $88,831.00 |
| Printing, Copying and Duplication | $18,334.00 |
| Process Server Fees | $2,830.57 |
| Records Requests & Related Court Fees | $789.20 |
| Shipping Costs | $1,044.83 |
| Transcript Costs | $8,865.37 |
| Travel, Car Service, and Meal Costs | $44,504.69 |
| Trial Costs | $9,459.08 |
| Westlaw/Research | $13,417.48 |
| Witness Fees | $736.77 |
| **TOTAL** | **$283,800.99** |

**CHART 2**
**Deposition/Discovery Expenses**

| Date | Name | Memo | Amount |
|---|---|---|---|
| 02/20/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1411251 | $2,421.47 |
| 02/20/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1411214 | $980.50 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1417485 | $932.05 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1420071 | $250.00 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1420139 | $370.00 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1419992 | $190.00 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1419841 | $480.80 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1420126 | $775.00 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1420140 | $515.00 |
| 02/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1420038 | $385.00 |
| 03/18/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1430618 | $586.60 |
| 03/18/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1430619 | $523.95 |
| 03/18/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1428988 | $1,025.45 |
| 03/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1434556 | $972.70 |
| 03/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1436481 | $3,523.60 |
| 03/27/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1438729 | $295.00 |
| 04/03/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1443402 | $1,515.75 |
| 04/10/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1446250 | $2,833.25 |
| 04/10/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1447574 | $1,668.00 |
| 04/10/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1446050 | $773.00 |
| 04/17/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1440302 | $1,020.00 |
| 04/17/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1441622 | $1,710.50 |
| 04/17/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1441555 | $2,548.00 |
| 04/17/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1441349 | $1,181.75 |
| 04/25/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1457924 | $405.50 |
| 04/25/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1453936 | $406.25 |
| 04/25/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1454604 | $603.75 |
| 04/25/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1456291 | $85.50 |
| 04/25/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1453928 | $306.20 |
| 06/04/2019 | Regus | Conference Room Rental | $604.00 |
| 06/06/2019 | Regus | Conference Room Rental | $576.00 |
| 06/12/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1479755 | $770.80 |
| 06/12/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1485954 | $298.00 |
| 06/12/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1476990 | $1,310.80 |
| 06/12/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1488872 | $2,597.40 |
| 06/12/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1488545 | $697.80 |
| 06/12/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1490097 | $991.80 |
| 06/12/2019 | Diamond Reporting | Inv# 194337602 | $657.50 |
| 06/19/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1497695 | $260.00 |
| 06/19/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1496723 | $698.50 |
| 06/26/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1499320 | $1,018.85 |
| 06/27/2019 | Esquire Deposition Solutions, LLC | INV1393449 | $385.13 |
| 07/03/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1460609 | $295.00 |

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 07/03/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1461101 | $643.20 |
| 07/10/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1483231 | $627.50 |
| 07/10/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1484055 | $580.00 |
| 07/10/2019 | Diamond Reporting | Inv# 191135902 | $202.50 |
| 07/30/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1484453 | $2,510.10 |
| 07/30/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1483680 | $2,296.05 |
| 08/14/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1405959 | $200.70 |
| 10/02/2019 | Victoria Torres Court Reporting, Inc. | Expedited Transcript Excerpts - Invoice 20192907 | $85.50 |
| 10/16/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1568846 | $3,323.25 |
| 10/30/2019 | Esquire Deposition Solutions, LLC | Invoice #INV1579088 | $1,032.00 |
| 11/05/2019 | New York City Law Department | 9/26/19 Deposition - Dr. Mickes | $1,913.15 |
| 11/13/2019 | Esquire Deposition Solutions, LLC | INV1589969 | $1,562.80 |
| 11/26/2019 | Esquire Deposition Solutions, LLC | INV1600560 | $1,198.10 |
| 06/02/2021 | Esquire Deposition Solutions, LLC | INV1859402 | $350.00 |
| 06/09/2021 | Esquire Deposition Solutions, LLC | INV1862355 | $440.50 |
| 06/09/2021 | Esquire Deposition Solutions, LLC | INV1862476 | $825.50 |
| 01/19/2022 | Esquire Deposition Solutions, LLC | INV2091079, INV2091080, INV2091081 | $435.00 |
| 05/04/2022 | Veritext | Invoice 5197505 | $486.69 |
| 05/04/2022 | Veritext | Invoice 5034214 | $784.71 |
| 04/10/2019 | Rick Sawyer | Hard Drive for discovery production | $65.31 |
| | | **Total** | **$60,008.71** |

# CHART 3
## Investigation Fees & Expenses

| Date | Name | Memo | Amount |
|---|---|---|---|
| 03/01/2017 | Patrick Hoffman Investigations | IRB Focus | $15.57 |
| 04/20/2017 | Patrick Hoffman Investigations | Travel Transportation | $35.00 |
| 04/20/2017 | Patrick Hoffman Investigations | Research | $47.30 |
| 04/20/2017 | Patrick Hoffman Investigations | Working Meal | $17.76 |
| 04/20/2017 | Patrick Hoffman Investigations | Working Meal | $26.94 |
| 04/20/2017 | Patrick Hoffman Investigations | Working Meal | $13.59 |
| 04/20/2017 | Patrick Hoffman Investigations | Travel Transportation | $60.36 |
| 04/20/2017 | Patrick Hoffman Investigations | Research | $45.50 |
| 04/20/2017 | Patrick Hoffman Investigations | Research | $43.92 |
| 09/06/2017 | Patrick Hoffman Investigations | 5/2017 Court Exp | $201.00 |
| 09/06/2017 | Patrick Hoffman Investigations | 6/2017 Court Exp | $68.00 |
| 08/07/2018 | Patrick Hoffman Investigations | Court Records | $77.00 |
| 03/18/2019 | Patrick Hoffman Investigations | Reimb Expenses | $577.60 |
| 03/18/2019 | Patrick Hoffman Investigations | Reimb Expenses | $191.00 |
| 03/18/2019 | Patrick Hoffman Investigations | Reimb Expenses | $12.90 |
| 03/18/2019 | Patrick Hoffman Investigations | Reimb Expenses | $26.68 |
| 03/18/2019 | Patrick Hoffman Investigations | Reimb Expenses | $25.71 |
| 03/18/2019 | Patrick Hoffman Investigations | Reimb Expenses | $68.00 |
| 05/29/2019 | Patrick Hoffman Investigations | Investigation Services from 11.2.2016 to 5.29.2019 | $20,700.00 |
| 03/18/2021 | Patrick Hoffman Investigations | Outside Services | $255.00 |
| 12/01/2021 | Patrick Hoffman Investigations | Outside Services | $4,208.76 |
| 01/19/2022 | Patrick Hoffman Investigations | Outside Services | $3,069.03 |
| 03/23/2022 | Patrick Hoffman Investigations | Outside Services | $75.00 |
| 05/18/2022 | Patrick Hoffman Investigations | Outside Services | $2,737.50 |
| 09/14/2022 | Patrick Hoffman Investigations | Investigative Services | $2,112.50 |
| 09/14/2022 | Patrick Hoffman Investigations | Witness fee for Davis | $62.88 |
| 09/14/2022 | Patrick Hoffman Investigations | Witness fee for Sanchez | $64.25 |
| 09/14/2022 | Patrick Hoffman Investigations | Mileage (63 Miles * 0.625) | $39.38 |
| 09/14/2022 | Patrick Hoffman Investigations | Tolls 07.11 | $22.65 |
| 09/14/2022 | Patrick Hoffman Investigations | Miles 07.15 | $63.75 |
| 09/14/2022 | Patrick Hoffman Investigations | Tolls 07.15 | $14.76 |

**Total $34,979.29**

## CHART 4
## Jury Consultant Fees

| Date | Name | Memo | Amount |
|---|---|---|---|
| 03/17/2022 | Dubin Research & Consulting | Rosario: Inv. #2909 | $8,457.00 |
| 09/28/2022 | Dubin Research & Consulting | Jury Consulting Services - July 2022 | $78,934.00 |
| 09/21/2022 | Jury Mapping | Invoice 1380 | $1,440.00 |

| | Total | $88,831.00 |
|---|---|---|

# CHART 5
## Printing Costs

| Date | Name | Memo | Amount |
|---|---|---|---|
| 02/27/2020 | PaperCut | PaperCut printing charges 9/9/16-2/27/2020 | $7,794.40 |
| 12/31/2020 | PaperCut | Papercut 2.28.2020 to 12.31.2020 | $100.40 |
| 12/31/2021 | PaperCut Charges 2021 | PaperCut Charges 2021 | $3,133.20 |
| 01/31/2022 | Papercut Charges Jan 2022 | Papercut Charges Jan 2022 | $135.60 |
| 05/31/2022 | PaperCut Charges May 2022 | PaperCut Charges May 2022 | $48.50 |
| 06/30/2022 | Papercut charges June 2022 | Papercut charges June 2022 | $7.00 |
| 07/20/2022 | Sara Canter | Scanning of Jury Questionnaires - Fedex | $586.85 |
| 07/20/2022 | Sara Canter | Copying of Jury Questionnaires - Fedex | $274.35 |
| 07/31/2022 | Papercut charges July 2022 | Papercut charges July 2022 | $4,571.80 |
| 08/31/2022 | PaperCut - August 2022 | PaperCut - August 2022 | $1,654.90 |
| 09/30/2022 | PaperCut | PaperCut Charges September 2022 | $27.00 |

| | | Total | $18,334.00 |
|---|---|---|---|

**CHART 6**
**Process Server Fees**

| Date | Name | Memo | Amount |
|---|---|---|---|
| 04/18/2018 | Brockway | Process Server | $285.00 |
| 04/26/2018 | Paypal | Process Server | $419.61 |
| 04/30/2018 | Paypal | Process Server - Irwin Silverman | $103.30 |
| 05/01/2018 | Supreme Judicial Services, Inc. | Summons & Complaint | $69.00 |
| 05/01/2018 | Supreme Judicial Services, Inc. | NYS service, Westtown, NY | $150.00 |
| 05/15/2018 | Supreme Judicial Services, Inc. | National Service- Monroe Township, NJ | $154.00 |
| 05/15/2018 | OneWorld Judicial Services Inc | Job#2168675 | $88.45 |
| 02/23/2019 | Paypal - Brockway | Brockway Inv/ Process Server | $70.00 |
| 03/01/2019 | Brockway | Process Server | $76.80 |
| 04/10/2019 | Paypal | Process Server | $175.40 |
| 04/11/2019 | Legal Wheels | Process Server | $213.00 |
| 04/25/2019 | John Brown & Associates Court Consultants | Process of Service - Nicole Torres; Invoice Date 4/11/19 | $486.01 |
| 05/08/2019 | Legal WheelsRunner Service Inc | Invoice 44193 | $305.00 |
| 06/05/2019 | Legal WheelsRunner Service Inc | Invoice 44279 | $30.00 |
| 10/22/2020 | Paypal | Process Server | $205.00 |
| | | **Total** | **$2,830.57** |

**CHART 7**
**Records & Court Fees**

| Date | Name | Memo | Amount |
|---|---|---|---|
| 01/10/2017 | Superintendent Eastern Correctional Fac | Records Request | $89.55 |
| 02/15/2017 | Superintendent Eastern Correctional Fac | Records Request | $277.25 |
| 11/07/2017 | Albany Crt Claim | 10/11 Albany Ct Claim Filing | $50.00 |
| 01/29/2018 | County Clerk, Bronx County | Filing Fee | $210.00 |
| 09/26/2018 | Office of District Attorney, Bronx County | Document Request | $162.40 |

| | **Total $789.20** |
|---|---|

**CHART 8**
**Shipping Costs**

| Date | Name | Memo | Amount |
|---|---|---|---|
| 01/07/2017 | UPS | 12/11 UPS | $19.69 |
| 02/02/2017 | UPS | 1/28 | $68.71 |
| 02/06/2017 | UPS | 12/22 UPS | $23.57 |
| 02/28/2017 | FedEx | 1/20 FedEx | $42.64 |
| 06/26/2018 | UPS | Shipping, Inv#0000T2T098248 | $26.83 |
| 10/01/2018 | UPS | Postage | $31.36 |
| 10/22/2018 | UPS | Postage | $14.54 |
| 01/02/2019 | USPS | Stamps | $6.70 |
| 01/10/2019 | USPS | Stamps | $6.70 |
| 01/11/2019 | USPS | Stamps | $6.70 |
| 01/11/2019 | USPS | Stamps | $6.70 |
| 01/11/2019 | USPS | Stamps | $6.70 |
| 01/11/2019 | USPS | Stamps | $6.70 |
| 01/16/2019 | USPS | Stamps | $6.70 |
| 01/18/2019 | USPS | Stamps | $6.70 |
| 01/18/2019 | USPS | Stamps | $6.70 |
| 01/25/2019 | USPS | Stamps | $6.70 |
| 01/25/2019 | USPS | Stamps | $6.70 |
| 01/28/2019 | UPS | Postage | $15.90 |
| 01/28/2019 | UPS | Postage | $55.10 |
| 02/09/2019 | FedEx | Postage | $101.95 |
| 02/19/2019 | USPS | Stamps | $7.35 |
| 02/27/2019 | UPS | Inv # 0000T2T098079 | $73.87 |
| 03/06/2019 | USPS | Stamps | $51.00 |
| 03/13/2019 | UPS | Inv # 0000T2T098099 | $193.49 |
| 03/25/2019 | UPS | Inv # 0000T2T098119 | $26.54 |
| 04/03/2019 | UPS | Inv # 0000T2T098129 | $50.53 |
| 10/16/2019 | USPS | Postage | $7.35 |
| 02/07/2020 | USPS | Postage | $7.75 |
| 02/21/2020 | USPS | Postage | $15.05 |
| 05/20/2020 | USPS | Postage | $7.50 |
| 06/11/2020 | USPS | Postage | $7.50 |
| 01/29/2021 | USPS | Postage | $4.20 |
| 06/23/2021 | USPS | Postage | $7.70 |
| 07/07/2021 | USPS | Postage | $7.70 |
| 11/15/2021 | USPS | Postage | $4.50 |
| 12/22/2021 | USPS | Postage | $7.95 |
| 07/19/2022 | FedEx | Shipping | $54.96 |
| 07/20/2022 | FedEx | Shipping | $35.90 |

**Total $1,044.83**

## CHART 9
## Transcript Costs

| Date | Name | Memo | Amount |
|---|---|---|---|
| 01/02/2019 | Office of the District Atty Bronx County | Transcript | $876.50 |
| 07/27/2022 | Southern District Reporters PC | 61.00 Pages at $3.53 | $215.33 |
| 08/05/2022 | Southern District Reporters PC | Invoices 0544621-IN & 0544623-IN re: Case No. 18CV04023 | $1,340.13 |
| 08/31/2022 | Southern District Reporters PC | Payment for invoices for customer #1022203, Case no. 18CV04023 | $6,433.41 |

**Total** $8,865.37

## CHART 10
## Travel, Car Service, and Meal Costs

| Date | Name | Memo | Amount |
|---|---|---|---|
| 11/30/2016 | CC4206 | Airfare 10/27 | $611.20 |
| 12/15/2016 | Richard Rosario | reimb: transportation/baggage fee | $76.22 |
| 01/07/2017 | American Airlines | 11/21 American Airfare | $208.99 |
| 01/07/2017 | Carmel | 12/08 Carmellimo | $50.00 |
| 02/28/2017 | JetBlue | 1/17 Jetblue Airfare | $172.40 |
| 02/28/2017 | JetBlue | 2/02 Jetblue Airfare | $30.00 |
| 04/19/2017 | CC4206 | 3/28 Car Rental | $111.07 |
| 04/19/2017 | CC4206 | 3/27 Airfare | $558.40 |
| 04/19/2017 | CC4206 | 4/02 Lodging | $155.68 |
| 07/05/2017 | JetBlue | 5/23 JetBlue Airfare | $451.40 |
| 07/05/2017 | Carmel | 5/25 Carmel Car Service | $70.90 |
| 08/30/2018 | JetBlue | Airfare | $605.82 |
| 10/30/2018 | Delta | Airfare | $280.40 |
| 01/16/2019 | Legend Car Service | Car Service | $89.40 |
| 02/07/2019 | Travelocity | Airfare | $5.42 |
| 02/07/2019 | Travelocity | Airfare | $44.00 |
| 02/07/2019 | JetBlue | Airfare | $246.70 |
| 02/07/2019 | JetBlue | Airfare | $246.70 |
| 02/07/2019 | Spirit Airlines | Airfare | $161.40 |
| 02/20/2019 | Rick Sawyer | Transportation | $530.53 |
| 02/20/2019 | Rick Sawyer | Lodging | $1,159.62 |
| 02/20/2019 | Rick Sawyer | Meals | $174.26 |
| 02/28/2019 | Travel Insurance Policy |  | $23.70 |
| 03/01/2019 | Delta | Plane ticket for deponent | $364.60 |
| 03/01/2019 | Travel Insurance Policy |  | $23.70 |
| 03/01/2019 | Delta | Plane ticket for deponent | $364.60 |
| 03/06/2019 | Len Hong Kamdang | Transportation | $457.12 |
| 03/06/2019 | Len Hong Kamdang | Lodging | $160.21 |
| 03/06/2019 | Len Hong Kamdang | Meals | $61.34 |
| 03/06/2019 | Len Hong Kamdang | Misc - Travel Insurance, Parking, and Airplane Internet | $199.26 |
| 03/06/2019 | Len Hong Kamdang | Transportation | $708.14 |
| 03/06/2019 | Len Hong Kamdang | Lodging | $766.12 |
| 03/06/2019 | Len Hong Kamdang | Meals | $313.38 |
| 03/06/2019 | Len Hong Kamdang | Misc - Travel Insurance, Parking, and Airplane Internet | $211.06 |
| 03/19/2019 | Expedia Travel | Hilton Garden Inn Tribeca for Witnesses | $383.38 |
| 03/27/2019 | Legend Car Service | Acc# 9081; Inv# 28437 | $105.83 |
| 04/02/2019 | La Quinta Inns | Hotel stay for witness | $168.66 |
| 04/03/2019 | Len Hong Kamdang | Transportation | $117.53 |
| 04/10/2019 | Nick Brustin | Transportation | $199.84 |

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 04/10/2019 | Delta | Plane ticket for Plaintiff | $400.60 |
| 04/10/2019 | ET Dollar | Travel expense | $57.84 |
| 04/17/2019 | Courtyard by Marriott | Client Hotel | $358.04 |
| 05/01/2019 | Richard Rosario | reimb: care rental fee | $233.33 |
| 05/01/2019 | Richard Rosario | reimb: airfare fee | $477.60 |
| 05/21/2019 | Len Hong Kamdang | Exp Reimb | $1,092.58 |
| 06/05/2019 | Nick Brustin | Transportation | $275.06 |
| 06/05/2019 | Nick Brustin | Lodging | $394.53 |
| 07/05/2019 | JetBlue | Client Flights | $417.60 |
| 07/19/2019 | JetBlue | Client Flights | $214.99 |
| 07/20/2019 | Arlo Hudson Square | Hotel for Client | $1,331.66 |
| 08/01/2019 | Arlo Hudson Square | Hotel Charges for Client | $55.00 |
| 08/01/2019 | Arlo Hudson Square | Hotel Charges for Client | $328.30 |
| 08/07/2019 | GroundLink Holdings LLC | Invoice # 942810 | $191.60 |
| 08/07/2019 | GroundLink Holdings LLC | Invoice #935049 | $284.30 |
| 09/10/2019 | GroundLink Holdings LLC | Invoice # 949093 | $231.63 |
| 11/10/2021 | Fernando Torres | Reimbursement for flight to/from deposition. | $352.00 |
| 12/16/2021 | Lyft | Car for Katie H | $49.40 |
| 12/17/2021 | Lyft | Car for Kayla | $209.91 |
| 12/17/2021 | Lyft | Car for Cam | $81.53 |
| 12/27/2021 | Delta | Air travel for trial for Michael Serrano | $146.80 |
| 12/28/2021 | Katie Haas | Meals - After Hours Meals | $23.13 |
| 12/28/2021 | Kayla Jessup | Meals - After Hours Meals | $25.28 |
| 12/28/2021 | Camilo Duran | Meals - After Hours Meals | $31.46 |
| 01/12/2022 | Delta | Air travel for trial for Dr. Dysart | $470.89 |
| 07/12/2022 | JetBlue | Flight for Dysart | $307.80 |
| 07/12/2022 | Delta | Flight for Dysart | $355.09 |
| 07/13/2022 | Camilo Duran | Dinner in the office working past 8.30pm | $22.75 |
| 07/14/2022 | Delta | Flight for Nicole Torres | $498.60 |
| 07/14/2022 | JetBlue | Flight for Nicole Torres | $400.10 |
| 07/15/2022 | American Airlines | Flight for Michael Serrano | $261.60 |
| 07/15/2022 | Spirit Airlines | Airfare | $230.59 |
| 07/20/2022 | Camilo Duran | Dinner in the office working past 8.30pm | $34.18 |
| 07/20/2022 | Camilo Duran | Dinner in the office working past 8.30pm | $35.00 |
| 07/20/2022 | Camilo Duran | Lyft home after 9:30pm | $69.24 |
| 07/21/2022 | Lyft | Katie H Ride Home After 9pm | $50.99 |
| 07/22/2022 | Delta | Flights for John & Jenine Torres | $2,096.40 |
| 07/22/2022 | Dial 7 | Car for Kenneth Jones | $83.25 |
| 07/22/2022 | JetBlue | Client Flights | $2,198.18 |
| 07/22/2022 | Lyft | Katie H Ride Home After 9pm | $29.68 |
| 07/22/2022 | Smyth Hotel | Hotel room for John / Jenine Torres | $612.35 |
| 07/24/2022 | Lyft | Katie H Ride Home After 9pm | $29.85 |
| 07/24/2022 | Lyft | Katie H Ride Home After 9pm | $48.87 |
| 07/25/2022 | Dial 7 | Car for Kenneth Jones | $124.90 |

| Date | Vendor | Description | Amount |
|---|---|---|---|
| 07/25/2022 | Lyft | Katie H Ride Home After 9pm | $54.68 |
| 07/25/2022 | Aloft Hotel | Room for Richard - One night | $185.95 |
| 07/26/2022 | 24 - 7 Ride | Car Service for Nicole Torres | $184.00 |
| 07/26/2022 | Lyft | Katie H Ride Home After 9pm | $24.99 |
| 07/26/2022 | Lyft | Katie H Ride Home After 9pm | $93.99 |
| 07/26/2022 | Lyft | Katie H Ride Home After 9pm | $62.99 |
| 07/26/2022 | Roxy Hotel | Hotel for Chenoa Ruiz | $1,599.65 |
| 07/26/2022 | Uber | Uber for Chenoa Ruiz - Court to hotel | $11.60 |
| 07/26/2022 | Uber | Uber for Chenoa Ruiz - to airport | $95.40 |
| 07/26/2022 | Uber | Uber for Mike Serrano to Bronx | $48.42 |
| 07/26/2022 | Lyft | Katie H Ride Home After 9pm | $31.67 |
| 07/29/2022 | Dial 7 | Car for Kenneth Jones | $100.05 |
| 07/30/2022 | Dial 7 | Car for Kenneth Jones | $6.55 |
| 07/31/2022 | Lyft | Katie H Ride Home After 9pm | $100.99 |
| 07/31/2022 | Lyft | Katie H Ride Home After 9pm | $62.99 |
| 08/01/2022 | 24 - 7 Ride | Car Service for Nicole Torres | $196.00 |
| 08/01/2022 | Lyft | Katie H Ride Home After 9pm | $32.99 |
| 08/01/2022 | Smyth Hotel | Late checkout for John / Jenine Torres | $200.00 |
| 08/01/2022 | Uber | Car for Nicole Torres to Airport | $64.96 |
| 08/02/2022 | 24 - 7 Ride | Tip on ride | $36.80 |
| 08/02/2022 | Lyft | Katie H Ride Home After 9pm | $10.99 |
| 08/02/2022 | Lyft | Katie H Ride Home After 9pm | $24.70 |
| 08/02/2022 | Lyft | Katie H Ride Home After 9pm | $62.99 |
| 08/02/2022 | Smyth Hotel | Richard's room | $2,357.82 |
| 08/02/2022 | Smyth Hotel | Additional night for John/Jenine Torres | $514.81 |
| 08/02/2022 | Uber | Car for John /Jenine to court | $14.63 |
| 08/02/2022 | Uber | Car for John /Jenine to Airport | $79.16 |
| 08/03/2022 | Lyft | Katie H Ride Home After 9pm | $24.80 |
| 08/03/2022 | Uber | Car for Robert Davis | $67.18 |
| 08/04/2022 | Sara Canter | Lyft Ride for Chenoa Ruiz to Court | $16.66 |
| 08/04/2022 | Lyft | Katie H Ride Home After 9pm | $11.65 |
| 08/04/2022 | Lyft | Katie H Ride Home After 9pm | $10.99 |
| 08/04/2022 | Lyft | Katie H Ride Home After 9pm | $24.99 |
| 08/04/2022 | Smyth Hotel | Richard's room | $1,995.84 |
| 08/07/2022 | Lyft | Katie H Ride Home After 9pm | $11.99 |
| 08/08/2022 | Lyft | Katie H Ride Home After 9pm | $26.69 |
| 08/08/2022 | Smyth Hotel | Richard's room | $611.46 |
| 08/09/2022 | Lyft | Katie H Ride Home After 9pm | $10.92 |
| 08/09/2022 | Lyft | Katie H Ride Home After 9pm | $23.92 |
| 08/10/2022 | Lyft | Katie H Ride Home After 9pm | $11.87 |
| 08/10/2022 | Lyft | Katie H Ride Home After 9pm | $24.85 |
| 08/10/2022 | Smyth Hotel | Richard's room | $565.56 |
| 08/13/2022 | Smyth Hotel | Richard's room | $276.24 |
| 08/19/2022 | Gerardo Romo | Transportation | $158.12 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 08/19/2022 | Gerardo Romo | Meals | $532.01 |
| 08/19/2022 | Anna Hoffmann | Transportation | $544.87 |
| 08/19/2022 | Anna Hoffmann | Meals | $549.27 |
| 08/19/2022 | Camilo Duran | Transportation | $224.67 |
| 08/19/2022 | Camilo Duran | Meals | $903.09 |
| 08/19/2022 | Katherine Haas | Meals 07/20- 08/09 | $682.81 |
| 08/19/2022 | Katherine Haas | transportation 08/01 and 08/06 | $55.98 |
| 08/24/2022 | Bhushan Agharkar | Payment for August Invoice (Travel Expense Portion) | $1,514.87 |
| 08/24/2022 | Anna Hoffmann | Transportation | $66.00 |
| 08/24/2022 | Anna Hoffmann | Meals | $27.39 |
| 08/25/2022 | Jennifer Dysart | Inv. Dated 8/17/2022 (Travel Expenses) | $330.28 |
| 08/31/2022 | Nick Brustin | Transportation | $513.47 |
| 08/31/2022 | Nick Brustin | Meals | $659.97 |
| 08/31/2022 | Emma Freudenberger | Transportation | $235.00 |
| 08/31/2022 | Emma Freudenberger | Meals | $237.76 |
| 09/07/2022 | Amelia Green | Transportation | $370.94 |
| 09/07/2022 | Amelia Green | Meals | $1,029.35 |
| | | **Total** | **$44,504.69** |

**CHART 11**
**Trial Costs**

| Date | Name | Memo | Amount |
|---|---|---|---|
| 09/16/2021 | Apa.org | Academic article for the joint pre-trial order exhibits in Rosario's case | $14.95 |
| 12/16/2021 | Amazon | Supplies | $92.40 |
| 12/22/2021 | Amazon | Supplies | $128.00 |
| 12/27/2021 | Amazon | Supplies | $314.54 |
| 12/28/2021 | Exhibit Indexes | Order of Exhibit Stickers for trial | $166.22 |
| 12/30/2021 | Lowes | Carts to transport materials to court | $141.49 |
| 07/20/2022 | Amazon | HDMI Splitter / Laptop Sleeves | $78.36 |
| 07/20/2022 | Best Buy | HDMI Splitter | $137.16 |
| 07/20/2022 | doneby5.com | Electronic Exhibit marking software | $56.62 |
| 07/21/2022 | Amazon | Wireless Mouse /USB Splitter | $52.80 |
| 07/22/2022 | Best Buy | HDMI Switches | $97.96 |
| 07/25/2022 | Amazon | Mask Extenders | $28.28 |
| 07/27/2022 | Sara Canter | MicroCenter – Supplies for Court | $220.98 |
| 07/27/2022 | Amazon | Heavy duty binders | $84.17 |
| 07/27/2022 | Amazon | Heavy duty binders | $607.96 |
| 07/27/2022 | Amazon | Stand for trial | $43.45 |
| 07/28/2022 | Amazon | Heavy Duty Binders | $261.10 |
| 08/08/2022 | Nicole Torres | Reimbursement for Lost Income | $201.60 |
| 08/19/2022 | Gerald R Grant Jr | Payment for 08/11/2022 Invoice #7607 | $3,330.25 |
| 08/19/2022 | Camilo Duran | Snack for Trial Team | $23.71 |
| 08/19/2022 | Katherine Haas | Misc - Covid Tests and Scans at FedEx for Trial | $86.38 |
| 09/27/2022 | Emma Freudenberger | Hotel During Trial due to SDNY Covid Protocol | $3,290.70 |

| | Total | $9,459.08 |
|---|---|---|

## CHART 12
## Westlaw/Research Costs

| Date | Name | Memo | Amount |
|---|---|---|---|
| 03/04/2020 | Westlaw | Westlaw charges 12/17-2/20 | $4,916.89 |
| 12/31/2020 | Westlaw | Westlaw March 2020 to December 2020 | $898.25 |
| 01/31/2021 | Westlaw Charges Jan 2021 | Westlaw Charges Jan 2021 | $110.06 |
| 02/28/2021 | Westlaw Charges Feb 2021 | Westlaw Charges Feb 2021 | $445.66 |
| 03/31/2021 | Westlaw Mar 2021 | Westlaw Mar 2021 | $1,304.02 |
| 05/05/2021 | Westlaw April 2021 | Westlaw April 2021 | $1,046.30 |
| 06/30/2021 | Westlaw June 2021 | Westlaw June 2021 | $497.35 |
| 07/31/2021 | Westlaw July 2021 | Westlaw July 2021 | $1,363.69 |
| 08/31/2021 | Westlaw August 2021 | Westlaw August 2021 | $163.51 |
| 09/30/2021 | Westlaw September 2021 | Westlaw September 2021 | $1,524.83 |
| 10/31/2021 | Westlaw October 2021 | Westlaw October 2021 | $76.28 |
| 12/31/2021 | Pacer Q4 2021 | Pacer Q4 2021 | $0.80 |
| 01/31/2022 | Westlaw Jan 2022 | Westlaw Jan 2022 | $31.11 |
| 07/31/2022 | Westlaw July 2022 | Westlaw July 2022 | $771.10 |
| 08/31/2022 | Westlaw - August 2022 | Westlaw - August 2022 | $225.89 |
| 10/04/2022 | Westlaw September 2022 | Westlaw September 2022 | $41.74 |
| | | **Total** | **$13,417.48** |

## CHART 13
### Witness Fee

| Date | Name | Memo | Amount |
|---|---|---|---|
| 01/02/2019 | Michael Sanchez | Witness Fee | $63.00 |
| 01/02/2019 | Robert Davis | Witness Fee | $56.33 |
| 01/09/2019 | John Torres | Witness fee | $54.38 |
| 01/09/2019 | Jenine Torres | Witness fee | $54.38 |
| 01/16/2019 | Michael Serrano | Witness fee | $60.70 |
| 03/04/2019 | Nicole Torres | Witness fee | $40.00 |
| 03/06/2019 | Ricardo Ruiz | Witness Fee | $40.00 |
| 04/03/2019 | Nicole Torress | Witness Fee (lost income due t | $140.00 |
| 05/14/2019 | Alexis Gonzalez | Witness Fee | $47.48 |
| 12/17/2021 | Steven Kaiser | Witness Fee | $60.50 |
| 07/14/2022 | Jeanne Petrauskas | Witness Fee | $120.00 |

| | Total | $736.77 |
|---|---|---|